```
 1                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2

 3    UNITED STATES OF AMERICA,
                                           Criminal Action
 4              Plaintiff,                 No. 1: 21-248

 5         vs.                             Washington, DC
                                           March 20, 2023
 6    AARON JAMES MILEUR - 1,
      TYRONE MCFADDEN, JR. - 2,            2:18 p.m.
 7    CARRIE ANN WILLIAMS - 3,

 8              Defendant.
      _____/
 9

10                   TRANSCRIPT OF SENTENCING
             BEFORE THE HONORABLE RANDOLPH D. MOSS
11                UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

      For the Plaintiff:      EMILY W. ALLEN
14                            DOJ-USAO
                              United States Attorney's Office
15                            222 West 7th Avenue
                              Room 253
16                            Anchorage, AK 99513

17    For Defendant Mileur:   EUGENE JEEN-YOUNG KIM OHM
                              FEDERAL PUBLIC DEFENDER
18                            FOR THE DISTRICT OF COLUMBIA
                              625 Indiana Avenue, NW
19                            Suite 550
                              Washington, DC 20004
20
      For Defendant McFadden: ALLEN HOWARD ORENBERG
21                            THE ORENBERG LAW FIRM, P.C.
                              12505 Park Potomac Avenue
22                            6th Floor
                              Potomac, MD 20854
23

24                       CONTINUED ON NEXT PAGE

25
```

```
1                        APPEARANCES CONTINUED

2

3    For Defendant Williams: NATHAN I. SILVER, II
                             LAW OFFICES OF NATHAN I. SILVER
4                            6300 Orchid Drive
                             Bethesda, MD 20817
5

6

7    Court Reporter:        SHERRY LINDSAY
                            Official Court Reporter
8                           U.S. District & Bankruptcy Courts
                            333 Constitution Avenue, NW
9                           Room 6710
                            Washington, DC 20001
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          **P R O C E E D I N G S**

2          THE COURTROOM DEPUTY:  We are on the record in

3   criminal case number 21-248, Aaron James Mileur; Tyrone

4   McFadden, Jr.; and Carrie Ann Williams.

5          Will counsel please state your name for the record,

6   starting with government counsel.

7          MS. ALLEN:  Good afternoon, Your Honor, Emily Allen

8   for the United States.

9          THE COURT:  Good afternoon, Ms. Allen.

10          MR. OHM:  Eugene Ohm on behalf of Aaron Mileur.

11   Good afternoon, Your Honor.

12          THE COURT:  Good afternoon.

13          MR. ORENBERG:  Good afternoon, Your Honor.  Allen

14   Orenberg on behalf of Mr. McFadden.

15          THE COURT:  Good afternoon.

16          MR. SILVER:  And good afternoon, Your Honor.  Nathan

17   Silver appearing for Ms. Carry Williams who is appearing

18   remotely and agrees to do in lieu of an in-person appearance.

19          THE COURT:  All right.  Well, thank you, all.  So

20   before we get going here, let me ask everyone whether your

21   preference is that I go through the whole process separately

22   for each defendant or whether it makes sense to go through at

23   least all of the background and stuff, which is identical

24   together.  And then, obviously, when we get to the question of

25   sentencing, I would consider those individually and hear from

1    each lawyer and anyone else they want me to hear from.  I am

2    happy to do it either way.  Why don't I start with Mr. Ohm.

3    What is your preference?

4              MR. OHM:  Your Honor, we defer to the Court.

5              THE COURT:  Okay.  Mr. Orenberg.

6              MR. ORENBERG:  Your Honor, we are fine with a joint

7    session and, as you said, break out individually for the

8    individual sentencings.

9              THE COURT:  All right.  Mr. Silver.

10             MR. SILVER:  I will go further, Your Honor.  I think

11   a joint session is a great idea.  I endorse it wholeheartedly.

12             THE COURT:  Mr. Orenberg, just for the record, can

13   you confirm whether your client agrees to proceed and would

14   like to proceed by Zoom today, instead of doing this today in

15   person.

16             MR. ORENBERG:  That is correct, Your Honor.  I have

17   discussed with my client, his right to be in court to have an

18   in-person sentencing, but he prefers to do it by Zoom as the

19   Court is permitting today.

20             THE COURT:  And Mr. Ohm, what about Mr. Mileur?

21             MR. OHM:  Your Honor, Zoom is preferable.

22             THE COURT:  Okay.  All right.  So we are here for --

23   then for the sentencing in the cases of United States of

24   America versus Aaron James Mileur, Tyrone McFadden, and Carrie

25   Ann Williams, each of whom have pled guilty to parading,

1   demonstrating or picketing in a Capitol Building in violation

2   of 40 USC section 5104(e)(2)(G).  As to each of the three

3   defendants, I have received and reviewed the presentence

4   report and sentencing recommendation from the probation

5   office.  As well as the letters that were submitted along with

6   the sentencing memoranda submitted by the defense.

7           Mr. Ohm, are there any additional materials that you

8   think I should review today?

9           MR. OHM:  No, Your Honor.  Did the Court get the

10  last letter I submitted?

11          THE COURT:  I did.  I got that late last night or

12  this morning but I have read that, yes.

13          MR. OHM:  Thank you.  That is it.

14          THE COURT:  Mr. Orenberg?

15          MR. ORENBERG:  No, Your Honor.

16          THE COURT:  Mr. Silver, anything further?

17          MR. SILVER:  No, Your Honor.

18          THE COURT:  All right.  So let me just say to all

19  three of you that this process -- I am sure you want to just

20  get to the bottom line.  It is important that we go through

21  some steps that may seem a bit mechanical to you, but it is

22  for purposes of making sure that we have agreement on all of

23  the relevant law and sentencing factors and background.  And

24  if there is any disagreement, I need to know what it is so

25  that I can resolve that before I actually turn to the

1    sentencing.  So we are going to start by reviewing the

2    presentence report and resolving any objections with respect

3    to those.  Then, I will, as to each of you, hear from the

4    government, your lawyer for each of you if you would like to

5    be heard and anyone else you would like to make any

6    presentation to the Court.  And then finally I need to fashion

7    a just and fair sentence in light of the factors that Congress

8    has specified in a statute, which is 18 USC section 3553(a).

9    And as part of the last step, I will actually impose the

10   sentence.

11           So let me start with the presentence reports.  And I

12   believe that in each case that I received the presentence

13   report on March 13th, 2023.  I am confirming I received it all

14   on the same day, yes, March 13th, 2023 and received a

15   recommendation as to each of you from the probation office.

16   Ms. Allen, does the government have any objection to any of

17   the factual material set forth in the presentence reports?

18           MS. ALLEN:  No, Your Honor.

19           THE COURT:  All right.  And, Mr. Ohm, any objection

20   on behalf of Mr. Mileur?

21           MR. OHM:  No, Your Honor.

22           THE COURT:  Mr. Orenberg, any objection on behalf of

23   Mr. McFadden?

24           MR. ORENBERG:  No, Your Honor.

25           THE COURT:  Mr. Silver, any objection on behalf of

1    Ms. Williams?

2              MR. SILVER:  No, Your Honor.

3              THE COURT:  All right.  Let me ask -- I am going to

4    go through each -- Mr. Mileur, I am looking for you on the

5    screen there.  Have you had enough time to review the

6    presentence report and discuss it with your lawyer?

7              DEFENDANT MILEUR:  I believe so, yes, sir.

8              THE COURT:  And, Mr. McFadden, have you had enough

9    time to review the presentence report and discuss it with your

10   lawyer?

11             DEFENDANT MCFADDEN:  Yes, sir.

12             THE COURT:  And, Ms. Williams, same question to you.

13             DEFENDANT WILLIAMS:  Yes, sir.

14             THE COURT:  And, Mr. Mileur, are you fully satisfied

15   with the assistance of your lawyer in this case?

16             DEFENDANT MILEUR:  Yes, Your Honor.

17             THE COURT:  Mr. McFadden, are you fully satisfied

18   with the assistance of your lawyer?

19             DEFENDANT MCFADDEN:  Yes, sir.

20             DEFENDANT WILLIAMS:  Yes, sir.

21             THE COURT:  Mr. Williams, you beat to me the punch,

22   are you fully satisfied with the assistance of your lawyer?

23             DEFENDANT WILLIAMS:  Yes, sir.

24             THE COURT:  And I will ask all of the lawyers,

25   anyone expecting an evidentiary hearing or anything today?

1          Hearing no request, my assumption will be that we do

2     not have a request for an evidentiary hearing.  So I will

3     accept the facts as set forth in each of the presentence

4     reports as the facts for purposes of my sentencing with

5     respect to the relevant defendant.

6          Because each of you have pled guilty to a class B

7     misdemeanor, the US Sentencing Commission guidelines do not

8     apply in this case.  I am required to consider the factors

9     that Congress has specified in that statute that I mentioned

10    which is at 3553(a).  In addition, as to each of you, you

11    pleaded guilty to Count 4 of the superseding information,

12    which charges you with parading, demonstrating or picketing in

13    a Capitol building in violation of 40 USC section

14    5104(e)(2)(G).  And that offense carries a maximum sentence of

15    6 months imprisonment, 5 years of probation, $5,000 fine

16    and/or restitution.

17          The probation office has recommended -- has not

18    recommended incarceration as to any of the three of you and

19    has instead recommended in each case a term of 36 months

20    probation with a 120-day period of home detention by location

21    monitoring.  No fine, $500 in restitution, 50 hours of

22    community service, financial disclosure and a firearms

23    restriction during a term of supervision.  And that

24    recommendation is based purely on the material set forth in

25    the probation office's report.  Anything that anyone wants to

1    clarify with respect to any of that?

2              DEFENDANT MCFADDEN:  Yes, sir.  You said -- what was

3    it?  You said, yeah, 120 days on the --

4              THE COURT:  That is what the probation office is

5    recommending to the court.

6              DEFENDANT MCFADDEN:  Oh, okay.  I understand.

7              THE COURT:  The government I think is recommending I

8    think -- was it 90 days, Ms. Allen, home detention?

9              MS. ALLEN:  Yes, Your Honor.

10             THE COURT:  Yes, 90 days home detention is what the

11   government is recommending.

12             DEFENDANT MCFADDEN:  Okay.

13             MR. ORENBERG:  Your Honor, this is Allen Orenberg on

14   behalf of Mr. McFadden.  I am reviewing the sentencing

15   recommendation at least with regard to my client and it only

16   recommends 36 months probation.

17             THE COURT:  Let me see.

18             MR. ORENBERG:  I don't see anywhere in here

19   recommending 120 days home confinement.

20             THE COURT:  Thank you for that.  Let me take a look.

21             No.  I think if you look -- maybe -- I wonder if

22   this doesn't go to you.  Do you receive the -- maybe you don't

23   receive the sentencing format that goes to the Court.

24             MR. ORENBERG:  Oh, I apologize.  It is in the

25   sentencing format, location monitoring for 120 days.  Okay.

1    But that -- that is not set out in the front part with regards

2    to the probation office's recommendation.  It is somewhat

3    buried in the body of the sentencing format.

4         THE COURT:  It is in the sentencing format, it is

5    what their recommendation is.  If you feel like you need more

6    time to respond to that or you want to confer with your client

7    about that, you are welcome to do so, of course.

8         MR. ORENBERG:  To be candid, I missed that when

9    discussing -- preparing for the sentencing hearing today.  I

10   will leave that up to Mr. McFadden.  If you need more time to

11   discuss this with me, we can do that now or perhaps ask that

12   the sentencing hearing be rescheduled.

13        THE COURT:  If you want to break out for a minute,

14   Mr. McFadden, and have a private conversation with

15   Mr. Orenberg, I think that the deputy clerk can put you in a

16   break-out room if you would like to do that for a few minutes.

17   Do you want to talk to your lawyer or not?  It is up to you.

18        DEFENDANT MCFADDEN:  Yeah.  Sure, I do.

19        THE COURT:  Okay.

20        DEFENDANT MCFADDEN:  I would like to take about five

21   minutes to talk to him.

22        THE COURT:  That is fine.

23        Can you do that, Glenda?

24        THE COURTROOM DEPUTY:  Yes, Your Honor.  Is it

25   okay -- because Ms. Williams is with Mr. McFadden, so whatever

1    conversation Mr. McFadden has with Mr. Orenberg, I think

2    Ms. Williams will be privy to.  But if everybody is fine with

3    that, yes.  They are on together, so I can't separate them.

4              THE COURT:  Mr. Silver, do you want to join

5    together?  I will leave it up to the lawyers and the clients.

6    The other option would be for Ms. Williams to step out of the

7    room, whichever option you want to do is fine with me.

8              THE COURTROOM DEPUTY:  Mr. Silver, you are on mute.

9              MR. SILVER:  I will be happy to join, unless

10   Mr. Orenberg himself objects and then in that case

11   Ms. Williams can step out of the room.

12             MR. ORENBERG:  I don't object, Your Honor.  I don't

13   think it is any secret the two of them have been joined at the

14   hip throughout the entirety of these proceedings anyway.

15             THE COURT:  So that is fine.  Why don't we put the

16   four of you together in a breakout room.  You can have a

17   conversation.

18             And, Glenda, how do they let you know when they want

19   to come back?

20             THE COURTROOM DEPUTY:  How much time do you want to

21   give them and then I sort of just close the breakout room.

22             THE COURT:  We can leave that to Mr. Orenberg to

23   tell us.

24             MR. ORENBERG:  Five minutes is fine.  I think we hit

25   leave the breakout room too.

1          THE COURTROOM DEPUTY:  And then you will come back,

2    yes.

3          MR. ORENBERG:  Thank you.

4          THE COURT:  I am going to go on mute while you are

5    doing that.

6          (Pause.)

7          DEFENDANT MCFADDEN:  I don't know how this works.

8          MR. ORENBERG:  Just hold on there, Mr. McFadden.

9          DEFENDANT MCFADDEN:  Sure.  Sure.

10         (Pause.)

11         THE COURTROOM DEPUTY:  Mr. McFadden, you should see

12   something that says -- oh, he joined.  Okay.

13         (Pause.)

14         THE COURTROOM DEPUTY:  Are we ready to proceed,

15   Mr. Orenberg?

16         MR. ORENBERG:  Yes.

17         THE COURTROOM DEPUTY:  Your Honor, we are back on

18   the record.

19         THE COURT:  All right.  Thank you.  Mr. Orenberg,

20   did you have opportunity to consult with your client?

21         MR. ORENBERG:  Yes, I did, Your Honor, thank you

22   very much for the Court's indulgence.

23         THE COURT:  Do you want to proceed now?

24         MR. ORENBERG:  Yes, we are ready to proceed.

25         THE COURT:  All right.  Thank you.

1    So that brings us to the stage in which I now need

2    consider the relevant sentencing factors.  And I am required

3    under that statute that I mentioned a couple of times now, 18

4    USC section 3553(a) to ensure that I impose a sentence that is

5    sufficient but not greater than necessary to comply with the

6    purposes of sentencing.  These purposes include the need for

7    sentence imposed to reflect the seriousness of the offense, to

8    have respect for the law and provide just punishment for the

9    offense.  The sentence should also afford adequate deterrence

10   to promote conduct, protect the public from future crimes of

11   the defendant and promote rehabilitation.  And in addition to

12   the guidelines and policy statements, I must consider the

13   nature and circumstances of the offense, the history and

14   characteristics of the defendant, the need for the sentence

15   imposed, the guidelines range, if applicable, which it is not

16   here, and the need to avoid unwarranted sentencing disparities

17   among defendants with similar records who have been found

18   guilty of similar conduct.  And then finally I need to

19   consider the types of sentences available.

20   Why don't we go ahead and do these one at a time.

21   Why don't we go ahead and start Mr. Mileur.  So, Ms. Allen, do

22   you want to address Mr. Mileur first and then I will hear from

23   Mr. Ohm?  And then I impose sentence and I will move on to the

24   next one.

25   MS. ALLEN:  Thank you, Your Honor.  As the Court and

1    I think all of the parties are aware, this recommendation by

2    the government is one that is fairly unusual in that we are

3    not asking for any time in custody.  And that is in

4    recognition of the role that these defendants and Mr. Mileur

5    played in relation to the others who participated in the riot

6    on January 6.  In committing the crime that they pled guilty

7    to, Mr. Miller and his two codefendants were not acting in an

8    aggravating way as compared to the other people present that

9    day.  But I do want to emphasize the conduct here is serious

10   and they were not innocent bystanders.  And Mr. Mileur has

11   advanced the position that this case is like any other

12   trespassing case and should be evaluated by the Court with

13   respect to the sentencing factors like any other sentencing --

14   like any other trespassing case.

15          And I think that is entirely wrong.  I think the

16   context of what happened on January 6 is very relevant to the

17   Court's sentencing here.  And certainly affects the conduct of

18   these defendants throughout the day and overall.  It is much

19   more serious than any run-of-the-mill trespassing case and

20   these defendants, including Mr. Mileur -- in particular

21   Mr. Mileur were well aware of the fact that the police

22   officers that were around them were in distress, the fact the

23   mob overran the police line, the mob that Mr. Mileur and his

24   codefendants were a part of.  They stormed the steps of the

25   Capitol, after breaching the police line and then breached the

1   building to enter the US Capitol anyway.  I think it is a

2   disservice to the police officers who were protecting congress

3   that day and a disservice to the American public to suggest

4   that this case is just like any other trespassing case.

5            So even after the destruction and chaos of the day

6   were well apparent to the defendants, they indicated an amount

7   of -- a measure of pride in their accomplishments in having

8   gained access to the building.  They bragged about making

9   history in a conversation with Mr. Mileur and Ms. Williams.

10  They talked about how much fun that they had at the event,

11  even the very next day after news of the events had circulated

12  to everyone.  And for all of these reasons, I think a sentence

13  that includes a punitive component is important here, even

14  accounting for the short time these defendants were in the

15  Capitol building, a sentence of 90 days home detention is

16  appropriate to account for those factors.  We are also asking

17  for 60 hours of community service.  And, of course, the $500

18  restitution payment that the parties have agreed to.  And all

19  of that would be part of a period of probation of three years

20  that the government is requesting here, which is in line with

21  the recommendation of the probation office.

22           Just very slightly different in that we are asking

23  for 90 days of home detention where the probation office is

24  asking for 120 days.

25           THE COURT:  All right.  Thank you.

1          Mr. Ohm.

2          MR. OHM:  Thank you, Your Honor.  And as the Court

3   knows, we are asking for a period of probation for Mr. Mileur

4   and I -- we would recommend a one-year period of probation

5   based on upon his history and the nature and circumstances as

6   it relates to him.

7          Now, as the Court knows and I think what -- we have

8   seen a -- I imagine the Court has seen a whole bunch of these

9   cases.  And I think early on, it wasn't clear that there were

10  sort of different segments of incidents that were happening,

11  for example, the west terrace, and the east terrace were very,

12  very different in terms of what individuals could perceive.

13  The Court now understands all of that was going on with

14  Mr. Mileur and how he really didn't have any intention to go

15  disturb the certification process.  In fact, his original plan

16  was to go to the inauguration.  And then he went to this

17  rally because -- or didn't go to the rally, but he had a

18  conversation with his cousin and his cousin's fiance about

19  essentially sightseeing.  They took a detour both because of

20  Ms. Williams' injury and also because they were told that

21  President Trump would be speaking at the Capitol Building.

22          Mr. Mileur never even made it to the west side.  I

23  know that there was a tremendous amount of disturbing violence

24  that was going on during the course of all of this.  But

25  Mr. Mileur was on the east side with the doors leading up to

1    the rotunda, went inside for about 4 minutes, did not leave

2    that room and immediately left that -- the building through

3    the same door.  So he is -- and I know the government is

4    talking about trespasses generally.  Because we have so many

5    data points here, I don't think it is necessary to do that.

6    In terms of the charge for which Mr. Mileur was convicted, I

7    have counted -- and this is off of the government's chart that

8    there have been 77 of them.  And more -- 30 of them have

9    received probationary sentences.  One of them have received a

10   fine and no probationary sentence.

11           Now, the question then is, is in terms of the

12   spectrum of individuals who were charged with this parading

13   offense, where Mr. Mileur fits into that category.  And I

14   would tell the Court that I think it is very clear that he

15   fits into the -- he is on the end of the spectrum where he

16   should be found less culpable than all of the other

17   individuals in the Court's determination as to what is a

18   sentence that does not create an unwarranted sentencing

19   disparity.

20           He didn't have any arms.  He didn't have any

21   weapons.  He walked in.  It actually isn't very clear, and

22   Mr. Mileur would tell the Court that, there wasn't like any

23   push forward on the part of he or his cousin or his cousin's

24   fiance, that they were essentially standing there.  And they

25   ended up inside because of the weight of the people and the

1    crowd that they were in sort of pushed forward in.  And I

2    think that is corroborated by the fact that he came back

3    outside within 3 or 4 minutes.

4              The government has not challenged the veracity of

5    his statements that Mr. Mileur made to the FBI.  And even

6    within the context of that interview, you can hear the agents

7    telling him he is a good guy, he seems to be straightforward

8    with them.  And everything about his history and

9    characteristics demonstrate that.  And in that statement, he

10   said things that really does set him apart from many of the

11   other individuals.  He said things distinguishing himself from

12   the quote/unquote agitators.  He said things that he -- that

13   related to his interactions with the police.  In fact, he was

14   telling the police, you need to go up there because there are

15   more individuals up there.  And he had no hostile

16   communications with the police.  And then he pointed out the

17   law enforcement that -- the agitators seemed to be coming and

18   having negative interactions with police or something that he

19   didn't want to be part of.  And that is something that he did

20   not consider to be part of what he was doing there.

21             Your Honor, in contrast to that, Mr. Mileur

22   presents -- he is an individual who not only is a veteran, but

23   has continued to serve the veteran's community as a young -- a

24   man in Alaska.  The Court has seen the letters from other

25   people, from AMVETS who have seen him volunteer both to the

1    organization, but also to individuals who are elderly, who

2    have some disabilities to go above and beyond what even a

3    volunteer would do for AMVETS and go to their houses even with

4    construction projects that they couldn't complete or afford on

5    their own.

6         So Mr. Mileur really does present as somebody who is

7    a good hardworking man.  He works more than 40 hours a week.

8    The company that he works for is entirely reliant upon him.

9    And while he made a bad choice in perhaps not getting outside

10   of that building within 30 seconds, he did leave within 4

11   minutes.  I would note that the government is --

12        THE COURT:  I might say he made a bad choice going

13   into the building in the first place.

14        MR. OHM:  I wouldn't disagree with that, Your Honor.

15        THE COURT:  He is nodding his head yes to that.

16        MR. OHM:  He did, Your Honor.  But he did not --

17   that -- I think Mr. Mileur wanted me to make clear that was

18   not -- it was either fight to get out or go with the crowd to

19   get in.  It wasn't like he made a decision -- he wasn't

20   standing outside those doors because he wanted to go in.  He

21   was standing outside those doors because he was trying to get

22   a better view of the speech he thought was happening, because

23   he saw these government cars and he thought there was a speech

24   because that is what he was told.  So then he ended up outside

25   of those doors, so I certainly agree with Your Honor.  But the

1   point I wanted to make was that he found himself inside

2   without having made a conscious decision, I need to get into

3   the building, which I think separates him from most of the

4   individuals charged in this courthouse.

5            THE COURT:  I am a little concerned about the

6   argument you are making to me now, Mr. Ohm, because it seems

7   it is a little bit at odds with his guilty plea.  If you are

8   saying he didn't actually voluntarily entering the building,

9   you seem to be suggesting that he didn't -- there is not a

10  factual basis for his plea.

11           MR. OHM:  Your Honor, because he is charged with

12  parading and demonstrating because he stayed in there for 4

13  minutes I don't think the -- I don't think what his mindset

14  was at the time of entry is relevant to -- or I think that

15  we -- our position still makes out the factual basis for the

16  parading statute.

17           THE COURT:  Can I ask you a question.  You said

18  there were 77, I think, cases in the government's chart, which

19  I take it are probably mostly guilty pleas but maybe some

20  convictions on like charges or for the same charge.  You said

21  30 received probation.  Does that mean that the other 47

22  received jail sentences?

23           MR. OHM:  No, Your Honor.  27 of those received home

24  detention.

25           THE COURT:  So you mean 30 pure probation without

1      home detention?

2           MR. OHM:  Correct, Your Honor, I apologize.

3           THE COURT:  And then there were 27 that received --

4           MR. OHM:  Some period of home detention, yes.

5           THE COURT:  So that gets to 57.

6           MR. OHM:  19 incarceration sentences.

7           THE COURT:  Okay.

8           MR. OHM:  And then one fine.

9           THE COURT:  Okay.  Thank you.

10           MR. OHM:  And, Your Honor, I would point out that

11 some of these parading cases involved individuals who are on

12 social media while they were approaching the Capitol talking

13 about snipers in certain buildings and where they are.  Some

14 involve people who are on the grounds for 3, 4 hours and that

15 were inside the building for more than an hour.  They include

16 people who were in Speaker Pelosi's office.  There were people

17 I believe in Senator Merkley's office is one that I read.

18       So the government has come up with I think a pretty

19 straight forward set of standards in which they -- which they

20 argue relates to the culpability of certain individuals.  If

21 the Court looks at those factors the government has been

22 arguing and articulating, none of those apply to Mr. Mileur.

23 And even things that the government allocutes for now, I think

24 is not stuff that involves Mr. Mileur or -- they aren't things

25 that Mr. Mileur said.  They are communications that Mr. Mileur

1    was on the receiving end of.  So it isn't -- we would ask the

2    Court not to hold against Mr. Mileur the comments that were

3    made that the government allocuted upon.  My understanding is

4    that there were no posts or -- no statements made and posts by

5    Mr. Mileur himself where he is bragging or saying anything

6    about his conduct.  And, in fact, when I met Mr. Mileur, he

7    had -- he described it -- I remember this vividly, because he

8    was one of the first clients I had when he wrote his letter,

9    the subject line was or his first communication with me the

10   subject line was, my DC mistake.  So from the very beginning,

11   he recognized that this whole thing was something that was a

12   huge mistake.

13          But I think in the course of time he did realize

14   that there were a series of events that happened that he did

15   not intend that led him to be inside this building.  And, you

16   know, I know that the government is allocuting for something

17   punitive.  I would note, Your Honor, for somebody like

18   Mr. Mileur this has been substantially punitive.  He has

19   suffered because of this.  In the very small community that he

20   lives in, he has been -- and he understands why.  And he is

21   not protesting this but he has -- he is now associated with

22   insurrectionists who were violent who had nooses, were calling

23   for Mike Pence's head.  And he is a military man with an

24   inordinate amount of respect for law enforcement.  And he is

25   now considered by the internet and the world, part of this

1    group that did injury to law enforcement.  And he is extremely

2    ashamed that he is part of that group.  And he is somewhat

3    resentful that the world now considers him as part of that

4    group.

5            Now it might be fair, but he did not know what this

6    day was going to come out being.  And so, Your Honor, he --

7    there has been much damage to Mr. Mileur's reputation because

8    of these charges.  And regardless of that, he decided he

9    wanted to take responsibility for his actions.  But to be

10   clear, Your Honor, he does not want to take any responsibility

11   for anything beyond his actions.  And so he did want to make

12   those distinctions for the Court knowing that the way the

13   media reports a lot of these cases, the distinctions sort of

14   become blurred and everybody sort of grouped to seditious

15   conspirator.

16           THE COURT:  So do you want to address the portion of

17   the government's sentencing memorandum that talks about the

18   preservation or non-preservation of the videos and photos on

19   Mr. Mileur's phone and the Facebook text exchange with

20   Ms. Williams where you could arguably could see that as a

21   suggestion that she delete what she have on her phone.  So she

22   says, "So the news said the government wants people to turn

23   over any videos of people who stormed the Capitol."

24           Mr. Mileur, "Don't."

25           Ms. Williams, "I am not, LOL."

1          Mr. Mileur, "Have you taken it down yet?"

2          MR. OHM:  Yes, Your Honor.  And I -- I think what I

3   said in the memo and -- our position here is that it really

4   does leave people in the situation where you are dealing with

5   Facebook posts that are considered celebratory.  It puts them

6   in a very difficult position.  Because if they don't take them

7   down, it seems like they are continuing to celebrate.  The

8   Court may recall that during this period of time also,

9   Facebook and other social media outlets were taking things

10  down and shutting down accounts because of exactly the kind of

11  posts Ms. Williams had out there.

12          So either you look like you are continuing in your

13  celebration or you look like you are continuing to agitate

14  individuals and spreading this election lie or saying that the

15  January 6 was a positive thing or you are considered

16  obstructing justice or whatnot.  I would point out that the

17  probation office did not seek and the government did not seek

18  any obstruction of justice enhancement.  I guess they couldn't

19  have, it is a parading offense.  But that wasn't mentioned.

20  But that Mr. Mileur, his reaction is -- was really based upon

21  the thing that I was just talking about, which is the

22  community's reaction, being vilified by other folks that they

23  knew because they were being associated with this.

24          In terms of the videos that he had, Mr. Mileur did

25  actually break his phone.  And that is why he had replaced his

1    phone.  The government has never asked -- I have had other

2    cases in which the government asked during a debriefing

3    afterwards -- I don't think it was required of Mr. Mileur,

4    because he had spoken to the FBI beforehand.  But in other

5    cases where they have asked if it exists, we could look and we

6    could sign our own releases and try and get the information

7    ourselves.  And we certainly would have been willing to do

8    that, since we have been in a non-trial disposition posture

9    for the entirety of the pretrial period.  If the Court -- if

10   that is going to make a difference for the Court in terms of

11   incarcerative time, then I would request that we be allowed to

12   do.  So we have no problem making those efforts for the

13   government.  We did not know this was going to be something

14   that would be brought up as something that we were willfully

15   trying to hide.

16               THE COURT:  I don't think anyone is asking that I

17   incarcerate Mr. Mileur, so I don't think that is --

18               MR. OHM:  Even in the home sense though I guess,

19   Your Honor.

20               THE COURT:  Oh, home detention.  I am considering a

21   home detention sentence, so I don't know if there is more you

22   want to do on that.

23               MS. ALLEN:  Your Honor, if I could be heard on that

24   when Mr. Ohm is finished.

25               THE COURT:  That is fine.

1          MR. OHM:  I mean, if the Court or the government

2     would like for us to look for the information and if it would

3     change the government's recommendation or change what the

4     Court is thinking about, then we are happy to look.  I don't

5     believe that this was ever requested of us.  And so, I mean,

6     the first that we heard of that sort of allegation is I

7     believe in the sentencing memo.

8          THE COURT:  Ms. Allen.

9          MS. ALLEN:  Thank you, Your Honor.

10          Your Honor, we are asking the Court to consider that

11     as part of our allocution at sentencing.  And Mr. Mileur

12     reported himself to the interviewing agents in March of 2021

13     that he had deleted photos and videos from his phone.  He

14     offered his phone to be searched, but also reported that it

15     was a new phone that he had gotten since January 6,

16     purportedly because the screen was cracked.  But because he

17     had specifically told the agents he had deleted photos and

18     videos from his phone and in light of the Facebook exchange

19     that he had with Ms. Williams, it is certainly a plausible

20     interpretation of that that, you know, there was an

21     intentional effort to remove evidence from law enforcement.

22          I mean he did tell the FBI that he had deleted

23     photos and videos.  They did not follow up right away and

24     search the cloud until 2022.  But at that point, they were not

25     able to locate photos and videos.  We are not asking

1    Mr. Mileur to provide his phone, because I don't believe there

2    is any reason to think he was untruthful in that interview.  I

3    just think we are basing our recommendation on those

4    statements and not on any refusal by Mr. Mileur to cooperate

5    since then, because that certainly is not the case.

6              THE COURT:  Mr. Ohm.

7              MR. OHM:  Your Honor, I am just looking at the

8    transcript that I have of the interview.  And what he said

9    was, "The phone got a cracked screen on it.  And actually I

10   was told to delete some of the stuff that I did on there.  I

11   do think that it is on my Google photo thing of like pictures

12   from the steps and stuff."

13             So I think -- I don't think it is exactly what the

14   government said in that it was a deletion, because it appears

15   that he didn't believe that he fully deleted it.  He believed

16   that he deleted it from the one phone when he got the second

17   phone, but he also believed it was in the cloud.  So in terms

18   of it being an -- it doesn't make sense it would be obstructed

19   if he believed it was in the cloud and then told the FBI that

20   and the only reason the FBI didn't get it is because they

21   waited another year or whatever stance we are in.  But I don't

22   think that is enough to conclude that Mr. Mileur had any

23   intent to hide evidence or anything like that.

24             THE COURT:  I see Mr. Mileur is raising his hand,

25   Mr. Ohm.  Why don't I let -- well, whenever he wants to speak,

1    he is welcome to speak to the Court.  But why don't I let you

2    finish up and also let me know whether there is anything you

3    think I need to continue proceedings for or whether the record

4    is what it is on this issue and I can decide this based on the

5    argument what to make of this.

6              MR. OHM:  Understood, Your Honor.  In terms of

7    Mr. Mileur's nature and characteristics, I think his past has

8    been -- that demonstrated what kind of a person he is.  He

9    doesn't have a criminal record.  There is no evidence he is

10   part of any kind of organization.  He didn't come here as part

11   of any group.  He wouldn't have been here if his cousin didn't

12   live near there and he hadn't seen her and hadn't seen her for

13   20 years.  He's a very hard-working man who is a giving man

14   with his time and generous with his efforts and his skills.

15   And he has been completely compliant on pretrial release.

16   Given that and given the very limited interaction that he had

17   with everybody, the only positive interactions he had with the

18   police while he was in there, I'd ask the Court to sentence

19   him to a period of probation.

20              And it seems like Mr. Mileur would like to speak

21   with the Court.

22              THE COURT:  Are you satisfied with the record or do

23   you feel like you want to supplement in any way?

24              MR. OHM:  I guess, I'd like to hear from Mr. Mileur.

25   And then if he -- I don't want to ask for a continuance

1   without talking to him first so --

2              THE COURT:  Again, if you need to go in a break-out

3   room -- maybe you want to let him address the Court now and

4   you decide based on what he says whether you need to talk to

5   him further.

6              MR. OHM:  That sounds good.

7              THE COURT:  All right.  Mr. Mileur, would you like

8   to address the Court?

9              DEFENDANT MILEUR:  Yes, Your Honor.  In regards to

10  information being taken down off of Facebook, I was receiving

11  emails, direct messages, doxing information of not just me, my

12  sister, my brother, my parents, close friends of mine.  And so

13  I removed those posts off of Facebook in regards -- in

14  reaction to those threats being made to me via from my

15  Facebook account and because of the Facebook posts I had.  So

16  I advised my cousin to do the same so she wouldn't receive the

17  same threats I was receiving.  That was the only reason I took

18  those down.  And just from Facebook, I did not delete photos

19  from my phone.  There was a transfer.  Not everything

20  transferred over.  I advised the FBI agents that, yes, there

21  should still have been stuff in the cloud.

22             THE COURT:  Would you like also just to address the

23  Court more generally.  It is up to you -- you are entitled to

24  do so, but it is your decision.

25             DEFENDANT MILEUR:  Are you talking to me, Your

1    Honor?

2         THE COURT:  Yeah.  Would you like to address more

3    generally the events of that day.  As I said, it is --

4         DEFENDANT MILEUR:  The events of that day -- yes.

5    So my original plan was to be in DC for January 20th during

6    the inauguration.  I wasn't sure if my guy or the other guy

7    was going to make it.  I was hoping the best result or what I

8    would consider to be, but my intent was to be there on

9    January 20th to witness an inauguration.  I had never been to

10   an inauguration.  My goal was to be there for an inauguration,

11   no matter who was going to be there.

12        So I changed my plans because Trump had announced he

13   was doing potentially his last rally.  And I had never been to

14   one so I wanted to go to that instead.  Our initial plans were

15   to arrive in DC, go and listen to Trump for however long.

16   Because I understand my cousin, she is not a big fan of him.

17   But we were going to go there, listen to him however long she

18   felt comfortable listening.  And then we would continue on to

19   monuments because COVID had shut down a lot of the indoor

20   museums.  She received an injury coming off the train that

21   morning.  We did arrive late.  She received an injury.  I

22   believe she had twisted her ankle, but I believe it was

23   something to do with a previous injury with her knee, which

24   she did receive surgery for a few months afterwards.

25        So we kind of limited our area of transportation

1    that day because of her limited mobility.  We found out that
2    Trump was going to be coming to the Capitol Building via a
3    group that was outside the train depot that morning informing
4    people coming out of the train depot, you know, if you can't
5    make it to the Mall, come on to the Capitol building, Trump
6    will meet you there.  And you can listen to him there if you
7    still want to listen.  So that is the only reason we even knew
8    about anything going on at the Capitol Building that day.  I
9    know the prosecution has said we were down at the Mall and
10   listening to him there and walked with the crowd.  I don't
11   know where they got any of that information from, but it
12   didn't come from any of us.  So we were down there for quite a
13   few hours prior to anything going on.  I believe it was around
14   probably around 2:30ish.  We did see a crowd coming up
15   Pennsylvania Avenue.  They walked right through the police
16   line like it wasn't even there.  The police line that we
17   walked past, they instructed us to go down there and Trump
18   would be down there later to talk.
19          But the distance between us and the east side steps
20   where Trump was supposed to be speaking, it seemed like
21   100 yards or something.  It was pretty far away.  And I am
22   just referencing some of the videos I have seen online of some
23   of his rallies.  People are right there up front pretty close.
24   So I was like, are we going to move up at any point?  So when
25   they moved in through that police line, there was a few kind

1   of questions going through my mind, is this kind of us moving

2   up so we could be closer to hear him speak or what is going

3   on?  Because there were a few police officers in front of us.

4   Some of them didn't seem like they were on the same page.

5   Some of them were telling the crowd to stay.  Others were

6   walking away.  It was sort of like, what is going on?  There

7   was a lot of misinformation there.

8           And then, once I saw the line kind of breaking

9   through the initial police line that we had walked through, my

10  cousin had been sitting down behind us on the curb.  When I

11  reached back to pick her up, she had seen other people pushing

12  down the barricade.  By the time I turned around, the

13  barricades were pushed down.  And we had gotten there so

14  early, there was a huge crowd that had formed behind us.  So

15  we started helping her over the barricade, because if we

16  didn't move, we were going to get kind of caught up in those

17  barricades and crushed by the crowd.

18          And then shortly after that, we were walking with

19  police officers and crowds.  There were officers all around us

20  walking with the crowd.  And instead of walking forward to the

21  house steps, they were moving to the rotunda steps.  So we

22  were just kind of moving with the crowd.  And by the time we

23  got there, the police officers, they did form a line at the

24  base of the rotunda steps.  And we were sort of waiting.  And

25  the next thing we know, there were some people -- we were

1    about 30 or 40 rows of people back.  We were so packed

2    together, that I could see there was a gap between the

3    agitators and the protesters.  And I mean, I wasn't close

4    enough to see exactly what was going on.  But it didn't seem

5    like it needed -- like police had anything out of control.

6    There was a small group of agitators who were trying to push

7    the cops back.  And it looked like they were being successful.

8    I don't know why they were being successful.  They had riot

9    officers who I felt like were well equipped to deal with the

10   small group that were actually trying to agitate everything.

11   And then they kind of ran up the steps.  They never reformed

12   the line until they got to the very top.  And as they were

13   moving up, we kind of followed behind.  And we honestly didn't

14   know what the heck was going on.

15            There was a lot of like, what are we doing?  What is

16   going on?  Going in the building was -- going into the Capitol

17   building that day was not even on the list of possibilities

18   for us.  My personal reasons for going there was there were 11

19   senators who were going to be pushing the electoral votes back

20   to the states to have them do their recounts and everything.

21   And my opinion or my -- if I remember correctly, they were

22   supposed to be at the rally where Trump was speaking.  I

23   didn't know when the count for the electoral college was going

24   to be happening.  But I was under the impression that the 11

25   senators who were going to be pushing for the electoral counts

1    to go back were going to be at the rally with Trump.  That is

2    where I thought they were going to be.  I didn't know they

3    were doing a count that day in the Capitol building.  So I

4    know it was called the Stop the Steal rally, but I wasn't sure

5    when the count was going to be happening.

6               THE COURT:  Anything that you want to let me he know

7    about sentencing or anything else I should consider?

8               DEFENDANT MILEUR:  I really would like to have house

9    incarceration, if possible.  But I do work 6 days a week right

10   now.  It is kind of a two-man operation.

11              THE COURT:  A home detention sentence -- and the

12   government can clarify if this is not their position, but my

13   understanding of a home detention sentence is it would allow

14   you to leave the house for purposes of going to work.

15              MS. ALLEN:  Yes, Your Honor.

16              DEFENDANT MILEUR:  So pretty much what I do right

17   now.

18              THE COURT:  I understand.  It depends on the person,

19   but sometimes it is not that much of an imposition because it

20   doesn't change that much of their life.

21              DEFENDANT MILEUR:  Yeah.  It is -- we spend -- in

22   Alaska, I don't really go do anything, because it is trudging

23   through 4 feet of snow working and coming home and trying to

24   stay warm.  We are coming on the nice part of the year, so

25   this is why we live in Alaska.  It is almost like a -- I mean,

1    I do work six days a week, but that one day off, it does allow

2    me to kind of go out and do why I live here type of stuff.  I

3    get it.  That is what prison or incarceration is supposed to

4    prevent you from doing.  But, yes, it is -- I will leave it up

5    to your opinion, sir.

6                THE COURT:  I appreciate that, sir.  Thank you.

7                Anything else you want to add, Mr. Ohm?

8                MR. OHM:  No, Your Honor.  Thank you.

9                THE COURT:  Ms. Allen, anything else with Mr. Mileur

10    before -- I think what I probably ought to do is hear from all

11    of the defendants and then I will impose all of the sentences

12    after I hear from everybody.

13                DEFENDANT MILEUR:  If I may include one more thing,

14    sir.

15                THE COURT:  Yes.

16                DEFENDANT MILEUR:  As for the actual entry into the

17    building, there was a time when we were standing up on the top

18    steps and nothing was happening.  We were singing, you know,

19    the pledge of allegiance and "God Bless America."  We were not

20    trying to go into the building.  There was never anything like

21    that.  There were officers who were coming from the senate

22    side of the building.  The officers would kind of push back on

23    the crowd a little bit, open the door, allow those guys to go

24    in and actually try to take care of the people who were

25    actually in the building.

1          So I don't think that we were really doing or the

2     crowd around us were really inhibiting their ability to

3     protect that door.  There was a time when there was a huge

4     push on us.  We were actually ignoring that crowd, those are

5     people who were up against that door talking to the officers,

6     agitating those officers.  And so there was a time when we

7     were pushed up against one of the inside pillars there that

8     was holding up the roof over those top steps.  And then once

9     that pushing stopped, we turned around and the officers were

10    gone, the agitators were gone.  I walked up to the door.  I

11    peeked in and I saw one officer standing there with his hands

12    to his side.  He was like a mannequin, one guy.  And I came

13    back.  And like, what do we do?  So I went back up.  And I

14    asked the officer -- I had some sandwiches and water in my

15    backpack.  I am thinking, he is going to be here for a while.

16    I offered him some sandwiches and water.  And then he didn't

17    say anything.  Then as I was asking if we could come in, I

18    didn't understand this, but my cousin was behind me with her

19    hands on the door frame holding back the crowd.  And she

20    couldn't hold them back anymore.

21         We all got pushed in.  There is a video circulating

22    around accusing Tyrone of being an insurrectionist, agitator,

23    FBI, whatever.  There is a video going around with an ear

24    piece in saying he was pulling people into the crowd.  And it

25    shows him later on arguing with Carrie about this.  But in

1   reality, we got pushed in so fast, he didn't understand what

2   happened.  She was trying to calm him down.  He was having an

3   anxiety attack.  She was trying to calm him down and tell him,

4   we got pushed in.  We didn't try to come in.  She was

5   protecting me from the crowd.  And we all got pushed in.  So

6   we did kind of 2 or 3 minute walk around the rotunda and then

7   we were like, we need to get out of here and that is when we

8   left.

9          THE COURT:  Okay.  Thank you.

10         DEFENDANT MILEUR:  I'm sorry about that.

11         THE COURT:  Ms. Allen, anything you want to add on

12  this one or anything you want to add with respect to the

13  others?  Why don't you go ahead and move next to Mr. McFadden.

14         MS. ALLEN:  Just to note that with respect to all

15  three of the defendants, from the time stamps on some of the

16  images recovered it is clear they were in the restricted area

17  of the Capitol for at least around 3 hours.  There is photos

18  of them from 12:30 p.m., from 3:20 p.m.  And so that time

19  period -- this is not -- they were inside the building for

20  about 6 minutes, but certainly outside in places where they

21  were not authorized to be for about 3 hours that day.

22         And there was a great deal of pushing and shoving at

23  the top of the rotunda stairs to get into the building.  And,

24  you know, I don't have video to submit to the Court, but I can

25  proffer from reviewing lots of video in relation to January 6

1    that in order to get to that place in the first place to be in

2    that crowd, at the top of the rotunda stairs and anywhere near

3    the vicinity of the door, a person had to intentionally place

4    themselves there.  There was no sweeping up of the crowd from

5    areas on the lawn where there were protests happening, to

6    accidentally getting up to the top of the stairs and being in

7    the vicinity where one might be able to enter the building.

8    That had to happen by a great deal of intentional action by

9    everybody who was there.

10            As far as -- I'm sorry, Your Honor.  Are you turning

11   next to Mr. McFadden or Ms. Williams?

12            THE COURT:  Mr. McFadden.

13            MS. ALLEN:  Your Honor, I don't have too many other

14   things I'd like to say specifically with respect to

15   Mr. McFadden or Ms. Williams that I haven't covered already in

16   my earlier remarks.  We are asking for the same sentence to be

17   imposed in all three cases and that partly because their

18   conduct is so similar and also partly because in weighing some

19   of the other factors relevant for sentencing:  The history and

20   characteristics of each defendant and the nature of the

21   offense that day, there are certainly differences, but I think

22   all of them sort of come out in the end to weigh about the

23   same.  And that is the most fair and reasonable outcome here

24   for all three defendants to be sentenced to the same sentence.

25            THE COURT:  All right.  So, Mr. Orenberg, do you

1    want to address Mr. McFadden's sentence?

2            MR. ORENBERG:  Yes, Your Honor.  Well, to a large

3    extent, much of what has already been said by either Ms. Allen

4    as she just said applies equally to my client as well as the

5    other two defendants.  But what Mr. Ohm has already presented

6    to the Court in sweeping detail about, I guess, the lead up,

7    the decisions and so forth that day, are not only of his

8    client, but my client.  And I will say on behalf of

9    Mr. Silver, Ms. Williams is accurate.

10           You know, as I pointed out in my sentencing memo.

11   My client, you know, there was no planning or preparation

12   prior to January 6 to come to the Capitol based on whether it

13   was a call by the former president of the United States or any

14   militia group or any anti-America group to come to the Capitol

15   and to get ready and go to the rally and storm the Capitol.

16   They planned to come that day because they wanted to

17   experience, based on Mr. Mileur's representations, what was

18   going to happen that day in Washington, DC.

19           So my client went along with Mr. Mileur and his

20   fiance, Ms. Williams.  They arrived at Union Station.  They

21   were too late, as Mr. Ohm already said, to go to the rally or

22   the Stop the Steal rally on the Ellipse.  So they went right

23   over to the US Capitol.  But there was no planning, other than

24   that to just come for the day and see what was going on.

25   There was no planning on behalf of Mr. McFadden to do anything

1    other than to go down and to observe the events of the day.

2           Unfortunately, as we have heard in some detail now

3    from, again, Mr. Ohm and from Ms. Allen about what transpired,

4    my client did find himself within the restricted area of the

5    Capitol grounds for a lengthy period of time.  He was part of

6    a crowd that moved, albeit slowly from what I understand, from

7    what I reviewed, through the east plaza and up the steps and

8    into the rotunda.  He has agreed in his statement of offense

9    that he was inside the United States Capitol for less than 6

10   minutes.  And he is not running from the representations of

11   the government that later on he made some nonthreatening,

12   nonviolent comments about his experience -- experiences I

13   should say inside the Capitol.

14          You know, that is his First Amendment right to do

15   so.  There was nothing, as I said, threatening or

16   anti-American about the comments that he made.  Your Honor, my

17   client, as you well know, you know, has been a long-time

18   resident -- a lifetime resident as you say of the state of

19   Maryland, grew up in Baltimore.  He has been part of a large,

20   supportive family, not only his parents, but his siblings and

21   his children.  As the Court now knows, he has been in a

22   long-term relationship with Ms. Williams.  They intend to get

23   married.

24          He, unfortunately, is not working right now.  As I

25   understand it, he was injured in a car accident several years

1    ago.  And as result of that accident, he has periodic

2    epileptic seizures.  So he is unable to work at this time.

3    The Court knows about his criminal history, but that criminal

4    history was such a long time ago, you know, that was 23, 24,

5    25 years ago.  I don't think the Court should take that into

6    consideration when fashioning an appropriate sentence here.

7    In fact, I haven't heard the government mention that at all.

8           Again, getting back to my client's family.  There is

9    one letter submitted to this Court from his cousin Chanelle

10   Hebron (ph).  As she said, she has known him his entire life.

11   They were born in the same year.  And she sees him as one of

12   the rocks of their extended family.  And she tells the Court,

13   quote, He has remained positive, reliable for his friends and

14   family.  He is always willing to help out and has been a

15   stable person for the younger cousins in our family with the

16   doors to his home always open and a listening ear and strong

17   advice when needed.  So we know that Mr. McFadden is a

18   responsible and devoted family man.

19          Your Honor, Mr. Ohm and I thank Mr. Ohm for going

20   into some detail about the government's sentencing table.  I

21   was going to talk about it a little bit, but I will

22   incorporate his remarks.  But I would point out to the Court a

23   couple of cases that I found that demonstrate a period of -- a

24   short period of probation -- and I suggest unsupervised

25   probation, is appropriate for Mr. McFadden in this case.  In

1    United States versus Douglas MacRae, M-A-C-R-A-E, 22-189 JEB,

2    the government requested 4 months home detention, which is a

3    little bit longer than they are requesting here.  However,

4    Judge Boasberg imposed a period of 12 months probation.  And

5    Mr. MacRae was only in the US Capitol building for

6    approximately three minutes.  And he, like Mr. McFadden,

7    posted some comments on social media.

8            Again, another Judge Boasberg case, United States

9    versus Caleb Jones, 21-321, the government requested 36 months

10   probation, with 3 months home detention much like here.

11   However, Judge Boasberg imposed a period of 24 months

12   probation with 2 months home confinement.  And likewise,

13   Mr. Jones was inside the Capitol Building for a short period

14   of time.

15           In United States versus Paula Conlon, C-O-N-L-O-N,

16   22-171 JMC, the government requested 60 days imprisonment.

17   However, the Court imposed 12 months probation, when

18   Ms. Conlon was inside the Capitol Building for approximately

19   three minutes.  And she like Mr. McFadden posted comments and

20   photos to social media.

21           And finally and more recently last month in United

22   States versus Bryan Bustos, B-U-S-T-O-S, 22-16 CJN, Mr. Bustos

23   was inside the building for approximately 11 minutes.  The

24   government requested 14 days incarceration, but Judge Nichols

25   imposed 24 months probation.  I suggest to the Court that the

1    conduct here that Mr. McFadden presents to the Court is very

2    similar to the four cases that I just related to the Court and

3    that therefore a lengthy -- any period of home confinement is

4    not warranted here, rather just a period of straight probation

5    is the appropriate sentence in this case.

6            THE COURT:  Mr. Orenberg, I have a question for you.

7    Do you want to respond to the government's assertion in the

8    sentencing memorandum that Mr. McFadden was untruthful when he

9    was first interviewed by the FBI and falsely claimed he never

10   went into the building?

11           MR. ORENBERG:  Well, Your Honor, it is my

12   understanding -- of course, that interviewed occurred about

13   two months after January 6 in early March of 2021 without the

14   advice or participation of counsel.  But in my discussions

15   with Mr. McFadden about that, it is my understanding that they

16   got a phone call or they were asked to return a phone call to

17   an FBI agent.  When I say they, he and Ms. Williams together

18   and he was -- I don't think he was trying to be untruthful.

19   He was just confused about the questions and the back and

20   forth exchange between him and the agent that morning.  If the

21   Court has any direct questions for Mr. McFadden about that

22   interaction, I would invite it at this time.

23           THE COURT:  Well, I think that if you're inviting

24   Mr. McFadden to address the Court, that is fine.  I am happy

25   to hear from him.  I think the government is not arguing in

1   essence for an enhancement since the guidelines don't apply

2   here, in any event.  But it is saying a factor the Court

3   should consider is that he just didn't quickly accept

4   responsibility for what he did and instead was untruthful.

5          MR. ORENBERG:  Well, but I think, Your Honor, once

6   this particular case started, as the Court knows, the case

7   against Mr. Mileur started earlier than that case against

8   Mr. McFadden and Ms. Williams.  Once this case got started,

9   Mr. McFadden in a timely fashion accepted responsibility.  And

10  I would say pled guilty at an early stage in the proceedings,

11  thus saving the Court and the US Attorney's Office valuable

12  resources.

13         THE COURT:  Okay.  Anything else you want to add

14  before I give Mr. McFadden the opportunity to address the

15  Court?

16         MR. ORENBERG:  No, Your Honor.

17         THE COURT:  Mr. McFadden, do you want to address the

18  Court with respect to sentencing?

19         DEFENDANT MCFADDEN:  Yes, Your Honor.  I appreciate

20  everything that you all doing for us, like Mr. Mileur said, it

21  was correct.  And also what my lawyer was saying was correct.

22  But I also -- I cooperated throughout the whole entire case.

23  Of course, I was scared.  And the things I was asked, it was

24  entirely aggressive.  So I am, you know, on the defense about

25  what was -- what should I say?  What should I not say?  I

1    don't have a lawyer yet.  You know, but my intentions was

2    never, ever to go raid no capital.  I mean, the president

3    lives in Washington, DC.  That is like committing treason to

4    me.  You know, I could never -- I can't even fathom that.  I

5    have a young child.  I have a 13-year-old daughter and I have

6    three boys.  You know, I can't -- that is not something I

7    wanted to do.

8          Now, I know, I have had a history of wrongdoings 20

9    something years ago.  You can check my record.  I cooperated

10   with everything they have ever asked me to do and so has my

11   fiance and her cousin, Aaron.  We have cooperated throughout

12   the whole thing.  I mean, people didn't even look at the

13   cameras, which I think, in my opinion, that Washington, DC, is

14   where the president lives, so there should be cameras

15   everywhere, especially like in the Capitol.  They didn't see

16   me get assaulted by soldiers that came there for no reason.

17         I was doing an interview for a news channel and got

18   assaulted, got picked up in the air and thrown on the ground.

19   They didn't show you all that though.  I am just saying, I am

20   not complaining about my assault or anything like that.  I

21   just don't want to be involved in the treachery, the madness.

22   I mean, I was so devastated.  I never in my life been in the

23   situation like that whereas though I seen people actually, I

24   mean, just trampling people.  We were more so helping people

25   get up and running towards the Capitol to keep them like -- it

1    was like 60-, 70-, 80-year-old people that needed help.  We

2    were helping them get off the ground and the steps so we could

3    help them get to the authorities.

4              I didn't -- we didn't want no trouble at all.  It

5    was just supposed to be a fun day for us.  We -- I mean, I

6    just couldn't believe it.  Like, we only went there just to,

7    you know, see something that we have never seen before.  And

8    also I never put nothing on social media about -- I didn't

9    even have a phone when I went in there.  I had an earpiece to

10   my phone, but I think I probably left my phone in the car.

11   But I didn't take no pictures, I wasn't on social media

12   telling anybody about any of these things.  I was just

13   responding to questions like, look, I don't have no response

14   to anything.  Not one of us, me, Aaron or Carrie.  We are not

15   talking about this.  We will talk to our attorneys and

16   whatever.  So I wasn't on with the lady was saying that we was

17   on -- I was on social media.  No, I was not, not at all.  I

18   was oblivious to the whole thing that was going on.  I did not

19   know -- and like I said, if they look at the cameras, I was

20   taking photos with police officers, standing right side by

21   side with police officers that helped as well.

22             So all that they talking about, being ready,

23   picketing, I didn't even have a picket sign, like none of

24   that.  You know, it was just, like, madness just broke loose

25   and we had no choice but to go into that Capitol is what we

1    was saying earlier.  Law enforcement opened the door for us to

2    get in because we were being squeezed in front of the door to

3    the point where my face was smashed against the door, me,

4    Aaron and Carrie.  So they opened the door for us and let us

5    in.

6            We didn't forcefully go inside that building.  That

7    was not our intentions.  I am being so 100 percent honest,

8    because, that ain't me, I am going to put my life in jeopardy,

9    you know -- a woman was killed there and it broke my heart.  I

10   just couldn't believe it.  Like, I had to snatch all three of

11   us out of there, like get out.  Like, you know -- because

12   reason why we were in there so many minutes because there was

13   more people rushing in.  So we had to wait until they got in

14   and we had to snatch each other out of the place.  So it

15   wasn't us standing in there -- you know, everybody was taking

16   pictures of things.  We never went any further than the door

17   that we came in, no further than that.  And we were out of

18   there once the coast was clear we could get out.  I mean, it

19   was elderly people that was really getting trampled that we

20   were trying to save.  I mean, it was -- it was destructive to

21   me.  I couldn't believe my eyes to see that, you know, our

22   people that is supposed to be from this country, devastating,

23   you know, our people like that.

24           It was -- I mean, I just couldn't believe it, Your

25   Honor.  And like I said, I appreciate everything you trying to

```
1    do for me, my woman and our family, you know, as far as
2    leniency and everything.  But it was not our intentions to
3    cause no trouble, no drama.  We didn't know nothing about what
4    was going to happen.  Like I said, we were not Trump
5    supporters like that.
6               I mean, you know, you agree on certain views of what
7    a person say, so I am not saying that I don't agree with
8    certain views.  But that right there, oh, no, I was totally
9    against that right there.  He should be prosecuted other than
10   us.  You know, he caused that, not us.  That is all I got to
11   say, Your Honor.  And I appreciate your time.  Thank you.
12              THE COURT:  I appreciate your statements.
13              Mr. Orenberg, anything else you want to add?
14              MR. ORENBERG:  No, thank you, Your Honor.
15              THE COURT:  All right.  Ms. Allen, anything else?
16              MS. ALLEN:  No.  Thank you, Your Honor.
17              THE COURT:  All right.  And do you want to add
18   anything else, Ms. Allen, with respect to Ms. Williams who we
19   will turn to now?
20              MS. ALLEN:  Your Honor, I don't believe there is
21   anything I haven't covered unless there are specific questions
22   about her case.
23              THE COURT:  In that case, why don't I go ahead and
24   hear from Mr. Silver.
25              MR. SILVER:  Yes, Your Honor, this is the advantage
```

1    of going third, everyone who has preceded me, including

2    Ms. Allen, has said what I might have said.  But I don't blame

3    them for stepping on my lines, Your Honor, I want you to know

4    that.  Ms. Williams has a considerable record.  But to her

5    credit, she seems to have gotten things under control in the

6    past 10 or so years.  She has had only, I think, one contact

7    involving a driving offense or failing to have a driver's

8    license.  That was in 2015.  But she seems to be determined to

9    keep her life clean.

10            And this is really an unfortunate situation.

11   Because on January 6, I guess, 2 years ago, she along with her

12   cousin and Mr. McFadden went to the Capitol.  I think with

13   respect to the business about the social media and the -- and

14   statements to the FBI, I would just say, that is probably a

15   failure on the part of Ms. Williams.  I won't speak for Mr.

16   McFadden, to take more seriously -- I would say to appreciate

17   the seriousness of the situation.  I think that is what was

18   really involved.  I always getting nervous when a client seems

19   to be withholding information and the information hasn't been

20   subpoenaed or requested by the government.  I get nervous in a

21   legal way.  Does that really constitute obstruction, hiding or

22   concealing evidence?  I don't know the answer to that.

23            But I think it is a failure to appreciate the

24   seriousness of what happened on January 6.  And that accounts

25   for any statements I think she made to the FBI that weren't

1    truthful or any efforts to conceal social media.  The one

2    thing that was clear though is that people who were involved

3    in this have faced the opprobrium and hostility of their

4    peers.  And that has been a price they paid.  It is not to say

5    they have been punished enough.  It is just a price people

6    have paid.  And I think Mr. Mileur was very clear and eloquent

7    on that point.

8            With respect to the possible sentences, I have

9    submitted my memorandum.  I don't think there is much of a

10   difference between a home confinement and probationary term

11   for Ms. Williams.  She does work.  I think she works part

12   time, maybe three or four days a week.  I think that is very

13   good for her.  She does need to go for the counseling that she

14   is scheduled to receive, any drug treatment that is

15   recommended.  So I don't have real quarrel with the

16   government's recommendation or the recommendation from the

17   probation office.

18           I do understand though that the location monitoring,

19   really would be -- the purpose of that really would be for

20   home detention.  I don't think that really applies for

21   probation.  So I will defer to the Court.  We have asked for

22   one year of supervised probation.  I think Ms. Williams can

23   benefit from supervised probation.  There are resources that

24   can help her.  I think her situation may be different from

25   that of Mr. Mileur or Mr. McFadden.  So I will rest on what I

1    have just said.  Thank you, Your Honor.

2              THE COURT:  Ms. Williams, do you want to address the

3    Court?

4              DEFENDANT WILLIAMS:  Yes, sir.  How are you doing

5    today?

6              THE COURT:  I am good.  How are you?

7              DEFENDANT WILLIAMS:  I am here.  I am here.  What I

8    wanted to say was that as far as the situation that occurred,

9    Aaron pretty much just summed it up.  Like Mr. Silver said,

10   everybody that came before summed it up pretty much in a

11   nutshell.  We didn't go up there to mess around and get caught

12   up in all of the drama and BS, Your Honor.  We went to have

13   fun.  I had never been there before, so I wanted to go see the

14   sights.  But because of my knee, I had a total knee

15   replacement surgery.  It wasn't my ankle.  It was my knee that

16   was bothering me.  So I wasn't walking very well.

17             But as far as what Mr. Silver was saying, as far as

18   the drug supervision and everything, I will comply with

19   everything that the Court has wanted me to do.  We all have.

20   I have gone to our classes.  I have done my drug test, yes.

21   When they first came -- came and drug tested us in September,

22   I was dirty, yes.  And I admitted that.  I had to wait and I

23   stopped smoking and it was marijuana.  And I -- it took a

24   while, because I am a big girl.  It took a little more than

25   two months to get out of my system, but it did get out of my

1    system.   And I have been clean ever since.

2          And I haven't -- I have gone to all of the groups.

3    And as far as my counseling sessions, I was doing that even

4    way before this happened.  So I know how to take care of my

5    own mental health, because I talk to my doctors.  And I see

6    them -- as a matter of fact, I see my therapist tomorrow.  I

7    see my doctor for my medication the next day.  So it is not

8    like I don't take care of my mental health.  I just don't see

9    why I would have to keep on going.  Because now I am not

10   working days anymore, I am working overnights.  Like I just

11   got home from work this morning at 9:30 in the morning and I

12   haven't gone to bed yet.  And I still have got to be back to

13   work at 9:00 tonight and do it all over again.

14         So I am trying to figure out how I would go about

15   doing all of this without me falling over.  Because I am

16   literally the primary breadwinner of the family due to

17   Tyrone's seizures.  He can't work right now.  So like it is a

18   lot of stress on me, so I try to keep my mental health in

19   check.  And I take my medication, like I am supposed to, you

20   know.  I don't -- I just -- I am -- I have a lot on my

21   plate -- a lot on my plate.  And with having no vehicle to get

22   to where I need to get to and not knowing Baltimore the way

23   Tyrone does because he is from here and I am not, you know, it

24   kind of -- it kind of puts a little more than a little damper

25   on things for me.  And I am not saying that I don't take

1    responsibility for my actions, because I do.

2            And as far as the comments that I did make, it

3    wasn't towards the fact that -- that I was -- that I

4    was participating in it, it was just a poor choice of words,

5    adrenaline, just everything just happening, just it was just a

6    poor choice.  And yes, I do -- do regret it, most definitely.

7    Because if I would have knew then what I know now, I would

8    have stayed my behind in Baltimore.  You know, so that is

9    pretty much everything that I can say because everyone else

10   said everything else.

11           THE COURT:  All right.  Thank you.  Mr. Silver,

12   anything else?

13           MR. SILVER:  No.  I am satisfied, Your Honor.  Thank

14   you.

15           THE COURT:  All right.  Thank you.  Ms. Allen,

16   anything else?

17           MS. ALLEN:  No, thank you, Your Honor.

18           THE COURT:  All right.  So let me -- I want to make

19   sure that I am treating everyone as individuals here, so let

20   me start with Mr. Mileur, although I think I will probably

21   when I get to the others reference back so as to not repeat

22   myself with respect to portions of this.

23           I have assessed the facts of the case in the light

24   of the 3553(a) factors.  And let me start with the nature of

25   the offense.  And I think that Mr. Mileur and Mr. McFadden

1    themselves made reference to really how horrific the events of

2    that day were.  And the lawyers and the judges in these cases

3    have been through quite a few of them now.  But I think it is

4    important in each and every one of these cases to not allow a

5    callus to grow over what was such a bad day in our nation's

6    history and to think back about how really terrible that was.

7    And Mr. McFadden is nodding.  And he in particular I think

8    talked about how really terrible that day was.  I see

9    Mr. Mileur is nodding as well and Ms. Williams.

10            It was an assault on our democracy in this country.

11   And we came perilously close to a situation in which we -- the

12   government was unable to certify the election.  And as it was,

13   the certification was delayed by many hours.  And the world

14   looked on while this was all happening, thinking here is the

15   greatest democracy in the world and what is happening to

16   democracy?  And it was just a horrifying event.  Law

17   enforcement officers were brutally assaulted that day.  I

18   think -- I can't remember if it was Mr. McFadden or

19   Ms. Williams referred to the fact that a woman died that day.

20   There were a number of deaths that resulted from the events of

21   that day.  And it was really a singularly horrific day in the

22   history of our country.  And now I recognize and as does the

23   government in the way it is bringing the charges in these

24   cases that there is a massive disparity in responsibility for

25   the events of that day.

1    And some people who were there that day were there
2    with plans in advance to disrupt the certification of the
3    election.  Some people came armed and ready for violence.
4    Other people wandered onto the events and they should have
5    walked away and they didn't walk away.  And, obviously, given
6    the nature of the charge against the three of you, you all
7    stand on the end of the spectrum that is the least concerning,
8    although it is concerning.
9           Now, with respect to Mr. Mileur in particular, you
10   know he did see what was going on that day.  He could have
11   walked away.  He spent somewhere in the neighborhood of 3
12   hours in the restricted area.  He was in the building
13   somewhere less than 6 minutes.  You know, to his benefit,
14   there were -- he didn't come equipped with any arms or
15   weapons, didn't assault anybody nor do I have a reason to
16   think he is the type of person who would do anything of that
17   type.  He is a veteran who does volunteer work.  By all
18   accounts, he is an extremely hard-working person who has no
19   criminal record.  He was offering, actually, water to one of
20   the police officers that day.  And so his conduct, although
21   criminal that day, is much less concerning than a lot we saw.
22   I don't agree this is a garden-variety trespass case for the
23   reasons that I have given.  It was an assault on our most
24   sacred institutions, an assault on the Capitol.  And anyone
25   who was there that day, even on the east side of the Capitol,

1  could see that things were out of hand and the better thing

2  was to walk away rather than to join in the crowds.

3          With respect to the types of sentences available,

4  the statute allows a sentence of up to 6 months incarceration.

5  The government has requested 36 months of probation, 90 days

6  of home detention, 60 hours of community service and $500 in

7  restitution.

8          The defense has sought one year of probation, a

9  period of community service, no fine and $500 in restitution.

10  As I have mentioned earlier, the probation office has

11  recommended a sentence of 36 months probation with 120 days of

12  location monitoring home detention, 50 hours of community

13  service, no fine and $500 in restitution.

14          Pursuant to the Sentencing Reform Act of 1984 and in

15  consideration of the provisions of 18 USC section 3553, it is

16  the judgment of the Court, you, Aaron Mileur, are hereby

17  sentenced to 24 months of probation on Count 4.  In addition,

18  you are ordered to pay a special assessment of $10 in

19  accordance with 18 USC section 3013.  While on supervision,

20  you shall abide by the following mandatory conditions, as well

21  as all discretionary conditions recommended by the probation

22  office in part D, sentencing options of the presentence

23  report, which are imposed to establish the basic expectations

24  of conduct while on supervision.

25          The mandatory conditions include, you must not

1    commit another federal, state or local crime.  You must not

2    unlawfully possess a controlled substance.  You must refrain

3    from any unlawful use of a controlled substance, submit to one

4    drug test within 15 days of placement on supervision and at

5    least two periodic drug tests thereafter as determined by the

6    Court.  You must make restitution in accordance with 18 USC

7    section 3663 and 3663(a) and any other statute authorizing

8    restitution.

9         You must comply with the following special

10   conditions:  Location monitoring, you will be monitored in the

11   form of location monitoring indicated herein for a period of

12   30 days.  And you must follow the rules and regulations of

13   location monitoring.  The cost of the program is waived.

14   Location monitoring technology at the discretion of probation

15   office including radio frequency monitoring, GPS monitoring

16   including hybrid GPS, Smart Link or voice recognition.

17        This form of location monitoring will be used to

18   monitoring the following restrictions on your movement within

19   the community:  You are restricted to your residence at all

20   times, except for employment, education, religious services

21   medical, substance abuse or mental health treatment, attorney

22   visits, court appearances or court-ordered obligations or

23   activities preapproved by your probation officer.  This is

24   referred to as home detention.  You must also complete 60

25   hours of community service within 12 months.

1          The probation officer will supervise your

2    participation in the program by approving the program.  And

3    you must provide written verification of completed hours to

4    the probation officer.

5          Mr. Mileur, I don't know what your living situation

6    is.  And the reason I am asking this is if -- I am not sure

7    about whether a firearms restriction is appropriate.  Do you

8    live in a highly rural area or do you live in a city?  What is

9    your situation?

10         DEFENDANT WILLIAMS:  Semi rural.  We do have moose

11   in the backyard, bear once in a while.  But nothing, I

12   guess -- it is considered a semi-town in Alaska.

13         THE COURT:  I guess the question is whether there

14   would be any safety concern if I imposed a firearms

15   restriction or if you need firearms if there are moose that

16   could be aggressive on your property.

17         DEFENDANT WILLIAMS:  Potentially.  I mean,

18   everything is frozen right now, so the only thing they are

19   going after is trees.  We had four moose in the yard last

20   week.  I could show you footprints right now in the snow.

21         THE COURT:  Is it anything where you have ever

22   needed to use a firearm to protect your home?

23         DEFENDANT WILLIAMS:  Not yet, no.

24         THE COURT:  I am going to impose a firearms

25   restriction.  If for some reason for your personal safety, you

1    need to seek modification of that, your lawyer can do that.

2    Okay.

3             So firearms restriction.  You shall remove firearms,

4    destructive devices or other dangerous weapons from areas with

5    which you have access or control until the term of your

6    supervision expires.

7             You must provide the probation office access to any

8    financial information and authorize the release of any

9    financial information.  The probation office may share

10   financial information with the United States Attorney's

11   Office.  You must not incur new credit charges or open

12   additional lines of credit without approval of the probation

13   officer.  You are ordered to make restitution to the Architect

14   of the Capitol in the amount of $500.  The Court determines

15   that -- I am going to go ahead and waive interest with respect

16   to that requirement.

17            Restitution payments shall by made to the Clerk of

18   the Court for the United States Court in the District of

19   Columbia for disbursement to the following victim:  Architect

20   of the Capitol, Office of the Chief Financial Office,

21   attention Kathy Sherrill, CPA, Ford Office Building, room

22   H20-205B Washington, DC 20515 in the amount of $500.  You must

23   pay the balance of any restitution within 30 days of judgment

24   or at a rate of no less than $50 per month.

25            The financial obligations are immediately payable to

1   the Clerk of the Court for the United States District Court,

2   333 Constitution Avenue Northwest, Washington, DC, 20001.

3   Within 30 days of any change of address, you shall notify the

4   Clerk of the Court of that change until such time as the

5   financial obligation is paid in full.

6          The probation office shall release the presentence

7   investigation report to all appropriate agencies, which

8   include the United States Probation Office in the approved

9   district of residence, in order to execute the sentence of the

10  Court.

11         Treatment agencies shall return the presentence

12  report to the probation office upon the defendant's completion

13  or termination of treatment.

14         You can appeal your conviction if you believe your

15  guilty plea was somehow unlawful or involuntary or if there

16  was some other fundamental defect in the proceeding that was

17  not waived by the plea agreement.  In some circumstances, the

18  defendant also has a right to appeal the sentence.  However, a

19  defendant may waive that as part of a plea agreement.  And you

20  have entered into a plea agreement which waives some of your

21  rights to appeal the sentence itself.  Such waivers are

22  generally enforceable, but if you believe the waiver itself is

23  not valid or that it does not apply to my sentence, you can

24  present that theory to the appellate court.

25         Pursuant to 28 USC section 2255, you have a right to

1   challenge the conviction entered or sentence imposed to the

2   extent permitted by that statute, change your plea agreement.

3            Any notice of appeal must be filed within 14 days

4   after the Court enters judgment or within 14 days of the

5   filing of a notice of appeal by the government.  If you are

6   unable to afford the cost of an appeal, you can request

7   permission by the Court to file an appeal without cost to you.

8   And on appeal you may also apply for court-appointed counsel.

9            Let me ask Ms. Allen, are there any objections to

10  the sentence imposed that have not already been noted for the

11  record?

12           MS. ALLEN:  No, Your Honor.  Thank you.

13           THE COURT:  Okay.  And Mr. Ohm?

14           MR. OHM:  No, Your Honor.

15           THE COURT:  All right.  Then let me turn to

16  Mr. McFadden.  And, again, as with Mr. Mileur, the Court has

17  considered the factors set forth in 18 USC section 3553(a).

18  And I am not going to repeat what I said with respect to the

19  nature of the offense, because the same is true for you,

20  Mr. McFadden.  And like Mr. Mileur, you saw what was going on

21  that day and you could have walked away.  And instead, you

22  decided to approach the building and actually stay in the

23  building and stay on restricted grounds in the course of that

24  mayhem that day.

25           With respect to the characteristics of the offender,

1      I would just add two things.  One is that you do, unlike

2      Mr. Mileur, have a criminal record.  But the criminal record

3      is quite old, so I will not place any significant weight on

4      that for purposes of my sentencing today, given the age of the

5      offenses and the fact they are very different in nature from

6      the offenses at issue here.

7              I also note that you were not entirely truthful with

8      law enforcement when you were approached.  And you indicated

9      to me, I think quite candidly, that you were scared.  That is,

10     obviously, still not good a thing to be not truthful with

11     them.  I understand how people can be scared and how they can

12     react quickly in ways that they regret.  But that does place

13     you in a somewhat different situation than Mr. Mileur.

14             I have also considered the types of sentences

15     available in the same way and I don't need to repeat myself

16     with respect to that.  I do think though that even though

17     there are some circumstances that could justify a slightly

18     higher sentence, in your case, Mr. McFadden, that I agree with

19     Ms. Allen that it makes sense to treat these three cases alike

20     under the circumstances, given how similar the conduct was

21     here and given the age of your convictions.

22             I also didn't mention this with respect to

23     Mr. Mileur, but something that I place a lot of weight on in

24     thinking about these sentences is the role of trying to

25     maintain consistency among the hundreds of cases the Court has

1    and the many, many cases that I have.  I went back and I

2    looked at similar sentences that I have imposed -- or

3    sentences that I have imposed in similar cases in the past.

4    And I have in cases that I regard as similar to this one,

5    imposed 30 and at times as much as 60 days of home detention.

6    And so I impose a sentence that is consistent with what I have

7    done and what the other judges of this Court have done in the

8    past.

9            So pursuant to the Sentencing Reform Act of 1984 and

10   in consideration of the provisions of 18 USC section 3553, it

11   is the judgment of the Court that you, Tyrone McFadden, are

12   hereby sentenced to a term of 24 months of probation on Count

13   4.

14           In addition, you are ordered to pay a special

15   assessment of $10, in accordance with 18 USC section 3013.

16           While on supervision, you shall abide by the

17   following mandatory conditions, as well as discretionary

18   conditions recommended by the probation office in part D,

19   sentencing options of the presentence report, which are

20   imposed to establish the basic expectations of your conduct

21   while on supervision.

22           The mandatory conditions include:  You must not

23   commit another federal, state or local crime.  You must not

24   unlawfully possess a controlled substance.  You must refrain

25   from any unlawful use of a controlled substance.  You must

1   submit to one drug test within 15 days of being placed on

2   supervision, and at least two periodic drug tests thereafter

3   as determined by the Court.  You must make restitution in

4   accordance with 18 USC section 3663 and section 3663(a) or any

5   other statute authorizing a sentence of restitution.

6          Location monitoring.  You will be monitored by a

7   form of location monitoring indicated herein for a period of

8   30 days.  You must follow the rules and regulations of the

9   location monitoring program.  The cost of the program is

10  waived.  Location monitoring technology is at the discretion

11  of the probation officer, including radio frequency

12  monitoring, GPS monitoring, including hybrid GPS, Smart Link

13  or voice recognition.  This form of location monitoring

14  technology will be used to monitor the following restriction

15  on your movement in the community.  You are restricted to your

16  residence at all times except for employment, education,

17  religious services, medical, substance abuse or mental health

18  treatment, attorney visits, court appearances or other

19  activities as preapproved by your probation officer.  And that

20  is referred to as home detention.

21          I am also going to impose some additional conditions

22  in your case.  You must submit to substance abuse testing to

23  determine if you used a prohibited substance.  You must not

24  attempt to obstruct or tamper with the testing methods.  You

25  must participate in an inpatient or outpatient substance abuse

treatment program and follow the rules and regulations of the program.  Your probation officer will supervise your participation in the program, for example, with respect to provider, location, modality, duration and intensity.

You must complete 60 hours of community service within 12 months.  The probation officer will supervise your participation in the program by approving the program.  And you must provide written verification of completed hours to the probation officer.

Firearms restriction.  You shall remove firearms, destructed devices or dangerous weapons from areas over which you access or control until the term of supervision expires.

You must provide the probation officer access to any requested financial information and authorize the release of any financial information.  The probation officer shall share the financial information with the United States Attorney's Office.

Financial restrictions.  You must not incur new credit charges or open additional lines of credit, without the approval of your probation officer.  You are ordered to make restitution to the Architect of the Capitol in the amount of $500.  The Court determines that you do not have the ability to pay interest and therefore waives penalties that accrue on the balance.  Your restitution payments should be made to the Clerk of the Court for the United States District Court for

1 disbursement to the following victim:  Architect of the
2 Capitol, Office of the Chief Financial Officer, attention
3 Kathy Sherrill, CPA, Ford House Office Building, H2205B,
4 Washington, DC, 20515 in the amount of $500.  You must pay the
5 balance of any restitution within 30 days of this judgment or
6 at a rate of no less than $50 per month.
7         Financial obligations will be payable to the Clerk
8 of the Court, United States District Court, 333 Constitution
9 Avenue Northwest, Washington, DC 20001.  Within 30 days of any
10 change of address, you shall notify the Clerk of the Court of
11 the change until such time as the financial obligation is paid
12 in full.  The probation office shall release the presentence
13 investigation report to all appropriate agencies, which
14 includes the United States Probation Office in the approved
15 district of residence in order to execute the sentence of the
16 Court.
17         The treatment agency shall return the presentence
18 report to the probation office upon the defendant's completion
19 or termination from treatment.
20         You can appeal your conviction if you believe your
21 guilty plea was somehow unlawful or involuntary or if there
22 was some other fundamental defect in the proceeding that was
23 not waived by your plea agreement.  Under some circumstances,
24 the defendant may also appeal his or her sentence.  However, a
25 defendant may waive that right as part of a plea agreement.

```
1    And you have entered into a plea agreement which waives some
2    of your rights to appeal the sentence itself.  Such waivers
3    are generally enforceable, but if you believe the waiver is
4    not valid or is not applicable here, you can present that
5    theory to the appellate Court.
6              Pursuant to 28 USC section 2255, you also have a
7    right to challenge the conviction entered or sentence imposed
8    to the extent permitted by that statute and your plea
9    agreement.  Any notice of appeal must be filed within 14 days
10   of the entry of the judgment or 14 days in the filing of this
11   appeal by the government.  And if you are unable to afford the
12   cost of appeal, you may request permission by the Court to
13   file an appeal without cost to you.
14             On appeal, you may also apply for court-appointed
15   counsel.
16             Any objections to the sentence imposed that are not
17   denoted for the record, Ms. Allen?
18             MS. ALLEN:  No, Your Honor.
19             THE COURT:  Mr. Orenberg?
20             MR. ORENBERG:  No objections.  But just a point of
21   clarification.  Does the 30 days home detention begin today or
22   upon installation of the location monitoring device?
23             THE COURT:  Mr. Wilson.
24             MR. WILSON:  Good afternoon, Your Honor.  Andrew
25   Wilson from probation.  It would be 30 days from installation
```

1    of the device.

2         THE COURT:  Okay.  All right.  Thank you.

3         All right.  Anything before we turn to Ms. Williams?

4         All right.  So, Ms. Williams, I am not going to

5    repeat everything that I have said, because what I said with

6    respect to the nature of the offense applies identically to

7    you as it does to the others.  And you were there, you saw

8    what was going on.  You could have walked away and yet you,

9    through your presence, added to and joined in the mayhem of

10   that day.

11        With respect to the characteristics of the offender,

12   you are in fairly similar category, in my mind, to

13   Mr. McFadden.  And you do have a criminal history as well and

14   have obviously struggled with some issues in the past.  But

15   your criminal history is not terribly recent and is of a very

16   different nature.  And it is my hope that you are on the right

17   track and that is a part of your life that is behind you.

18        DEFENDANT WILLIAMS:  Yes, Your Honor.

19        THE COURT:  With respect to the types of sentences

20   available, I will say the same as I have said before and just

21   incorporate my prior comments in that regard.  And I do think

22   it is important to maintain consistency in sentencing.  And I

23   think for the reasons I have already given, it is appropriate

24   for me to impose the same sentence on you that I have imposed

25   on the others, which is in my mind consistent with sentences I

1     have imposed in like cases and other judges in this court have

2     imposed in like cases.

3          So pursuant to the Sentencing Reform Act of 1984 and

4     in consideration of the provisions of 18 USC section 3553.  It

5     is the judgment of the Court that you, Carrie Anne Williams,

6     are hereby sentenced to a term of 24 months of probation on

7     Count 4.  In addition, you are ordered to pay a special

8     assessment of $10 in accordance with 18 USC section 3013.

9     While on supervision, you shall abide by the following

10    mandatory conditions, as well as the discretionary conditions

11    recommended by the probation office in part D, sentencing

12    options of the presentence report, which are imposed to

13    establish the basic expectations for your conduct on

14    supervision.

15         The mandatory conditions include:  You must not

16    commit another federal, state or local crime.  You must not

17    unlawfully possess a controlled substance.  You must refrain

18    from any unlawful use of a controlled substance.  You must

19    submit to one drug test within 15 days of placement on

20    supervision and at least two periodic drug tests thereafter as

21    determined by the Court.  You must make restitution in

22    accordance with 18 USC section 3663 and 3663(a) or any other

23    statute authorizing a sentence of restitution.

24         You must be or you will be monitored by a form of

25    location monitoring for a period of 30 days.  And you must

1    follow the rules and regulations of the location monitoring

2    program.  The cost of the program is waived.  Location

3    monitoring technology is at the discretion of the probation

4    officer including radio frequency monitoring, GPS monitoring

5    including hybrid GPS, Smart Link or voice recognition.  That

6    form of -- I'm sorry.  One second.

7              This form of location monitoring will be used to

8    monitor the following restrictions on your movement in the

9    community.  You are restricted to your residence at all times,

10   except for employment, education, religious services, medical,

11   substance abuse or mental health treatment, attorney visits,

12   court appearances, court-ordered obligations or other

13   activities as preapproved by the officer.  And that is

14   referred to as home detention.

15             Like Mr. McFadden, you must submit to substance

16   abuse testing to determine if you have used a prohibited

17   substance.  You must not attempt to obstruct or tamper with

18   the testing method.  You must also participate in an inpatient

19   or outpatient substance abuse treatment program and follow the

20   rules and regulations of the program.  The probation officer

21   will supervise your participation in that program, including

22   provider, location, modality, duration and intensity.  If you

23   are already subject to a similar substance abuse treatment

24   program, you can confer with your probation officer about

25   whether there is a way to treat that as the program for

1   relevant purposes.  But I will leave that up to your probation

2   officer in the first case to work with you about.

3           You must complete 60 hours of community service

4   within 12 months.  The probation office will supervise your

5   participation in a program by approving the program.  You must

6   provide written verification of the hours to the probation

7   officer.  You also must resolve any outstanding warrants,

8   within 12 months of the commencement of supervision.

9           There is a firearms restriction.  You shall remove

10  firearms, destructive devices or other dangerous devices from

11  areas over which you have access or control until the term of

12  your supervision expires.

13          You are ordered to make restitution to the Architect

14  of the Capitol in the amount of $500.  The Court determines

15  you do not have the ability to pay interest and therefore

16  waives any interest or penalties that may accrue on the

17  balance.  The restitution payments shall be made to the Clerk

18  of the Court for the United States District for the District

19  of Columbia for disbursement as follows:  Architect of the

20  Capitol, Office of the Chief Financial Officer, attention

21  Kathy Sherrill, CPA, Ford House Office Building, room H2205B

22  Washington, DC, 20515, in the amount of $500.  You must pay

23  the balance of any resolution within 30 days of this judgment

24  or at a rate of no less than $50 a month.

25          You must provide the probation officer access to any

1    requested financial information -- and authorize the release
2    of any financial information.  The probation officer may share
3    the financial information with the United States Attorney's
4    Office.  You must not incur new credit charges or open
5    additional lines of credit without approval of your probation
6    officer.  Financial obligations are immediately payable to the
7    Clerk of the Court for the United States District Court, 333
8    Constitution Avenue Northwest, Washington, DC.

9         Within 30 days of any change of address, you should
10   notify the Clerk of the Court until such time as the financial
11   obligation is paid in full.  The probation office shall
12   release the presentence investigation report to all
13   appropriate agencies, which includes the United States
14   Probation Office in the approved district of residence in
15   order to execute the sentence of the Court.

16        Treatment agency shall return the presentence report
17   to the probation office on the defendant's completion or
18   termination from treatment.  You can appeal your conviction if
19   you believe that your guilty plea was somehow unlawful or
20   involuntary or if there was some other fundamental defect in
21   the proceeding that was not waived in your plea agreement.

22        Under some circumstances the defendant also has the
23   right to appeal a sentence.  However, a defendant may waive
24   that right as part of the plea agreement.  And you have
25   entered into a plea agreement that waives some of your rights

1    to appeal your sentence.  Such waivers are generally

2    enforceable.  But if you believe the waiver is not valid or

3    does not apply here you can present that theory to an

4    appellate court.

5           Pursuant to 28 USC section 2255 you also have a

6    right to challenge the conviction entered or sentence imposed

7    to the extent permitted by that statute and the plea

8    agreement.  Any notice of appeal must be filed within 14 days

9    of the entry of judgment or within 14 days of the filing of

10   notice of appeal by the government.

11          If you are unable to afford the cost of an appeal,

12   you may request permission from the Court to file an appeal

13   without cost to you.  On appeal you may apply for

14   court-appointed counsel.

15          Are there any objections to the sentence that have

16   not been noted for the record, Ms. Allen?

17          MS. ALLEN:  No, Your Honor.

18          THE COURT:  And Mr. Silver?

19          MR. SILVER:  Your Honor, I have one request and that

20   is that the Court moderate the payment schedule and

21   restitution.  And I know that Ms. Williams has very limited

22   means.  And my request is that she be required to make the

23   payments over a 20-month, rather than a 10-month period for

24   the restitution.  So it would be 20 payments of $25 each.  So

25   there would still be four months left at the end so she has a

```
 1    little bit of time and probation can work with her as needed.

 2              THE COURT:  Any objection to that, Ms. Allen?

 3              MS. ALLEN:  No, Your Honor.

 4              THE COURT:  So I will specify that in the case of

 5    Ms. Williams that her restitution payments should be in an

 6    amount of no less than $25 per month.

 7              MR. SILVER:  That is fine.  And that is all I have.

 8    Thank you, Your Honor.

 9              THE COURT:  And I see Mr. Orenberg is raising his

10    hand and I expect he is going to ask for the same thing.

11              MR. ORENBERG:  Yes, Your Honor.  I am going to ask

12    for the same relief for Mr. McFadden.  And he is unemployed

13    and he too is on limited or fixed income.

14              THE COURT:  That is fine.  I will make that

15    modification as well.

16              MR. ORENBERG:  Thank you, Your Honor.

17              THE COURT:  So Mr. McFadden is also 25 -- an amount

18    of at least $25 per month.  Okay.

19              All right.  Anything else before we adjourn?

20              DEFENDANT MCFADDEN:  That is fine.

21              MR. OHM:  No, Your Honor.

22              MR. ORENBERG:  No, Your Honor.

23              THE COURTROOM DEPUTY:  Your Honor --

24              THE COURT:  We actually --

25              THE COURTROOM DEPUTY:  Your Honor --
```

1          THE COURT:  Yes.  Before I turn back to you, Deputy

2    Clerk, I wanted to say just a couple more things myself.  With

3    respect to Mr. McFadden and Ms. Williams, the one thing I just

4    want to stress to you is, I know that there have been some

5    issues in the past with drugs.  While you are on supervision,

6    you really have to stay away from the drugs.

7          And the reason I am saying that to you now is

8    because I don't want to be in a position in which the

9    probation officer is coming back to me saying that I have to

10   revoke your probation and send you to prison for failing to

11   comply with those conditions.  So I am urging you to make

12   absolutely sure you are complying with that.

13         And more generally to the three of you, I want to

14   wish you well and hope you put this chapter of your lives

15   behind you.

16         DEFENDANT MCFADDEN:  Thank you, sir.

17         THE COURT:  Glenda.

18         THE COURTROOM DEPUTY:  Ms. Allen, is the government

19   making a motion to dismiss all remaining counts?

20         MS. ALLEN:  Yes.  Thank you.  I would move to

21   dismiss Counts 1 through 3 as to all defendants.

22         THE COURT:  That motion is granted.

23         Thank you all.  Have a good day.

24         MR. ORENBERG:  Thank you, Your Honor.

25         MR. SILVER:  Thank you, Your Honor.

1          MR. ORENBERG:  Thank you, Your Honor.

2          (Proceedings concluded at 4:14 p.m.)

3

4                    C E R T I F I C A T E

5

6          I, SHERRY LINDSAY, Official Court Reporter, certify

7    that the foregoing constitutes a true and correct transcript of

8    the record of proceedings in the above-entitled matter.

9

10

11

12

13          Dated this 9th day of October, 2023.

14

15                    _____

16                    Sherry Lindsay, RPR
                     Official Court Reporter

17

18

19

20

21

22

23

24

25

**DEFENDANT MCFADDEN: [12]** 7/11
7/19 9/2 9/6 9/12 10/18 10/20
12/7 12/9 44/19 74/20 75/16
**DEFENDANT MILEUR: [11]** 7/7 7/16
29/9 29/25 30/4 34/8 34/16 34/21
35/13 35/16 37/10
**DEFENDANT WILLIAMS: [9]** 7/13
7/20 7/23 51/4 51/7 58/10 58/17
58/23 68/18
**MR. OHM: [26]** 3/10 4/4 4/21 5/9
5/13 6/21 16/2 19/14 19/16 20/11
20/23 21/2 21/4 21/6 21/8 21/10
24/2 25/18 26/1 27/7 28/6 28/24
29/6 35/8 61/14 74/21
**MR. ORENBERG: [27]** 3/13 4/6 4/16
5/15 6/24 9/13 9/18 9/24 10/8
11/12 11/24 12/3 12/8 12/16 12/21
12/24 39/2 43/11 44/5 44/16 48/14
67/20 74/11 74/16 74/22 75/24
76/1
**MR. SILVER: [10]** 3/16 4/10 5/17
7/2 11/9 48/25 53/13 73/19 74/7
75/25
**MR. WILSON: [1]** 67/24
**MS. ALLEN: [17]** 3/7 6/18 9/9
13/25 25/23 26/9 34/15 37/14
38/13 48/16 48/20 53/17 61/12
67/18 73/17 74/3 75/20
**THE COURT: [103]**
**THE COURTROOM DEPUTY: [11]** 3/2
10/24 11/8 11/20 12/1 12/11 12/14
12/17 74/23 74/25 75/18

**$**
**$10 [3]** 56/18 63/15 69/8
**$25 [3]** 73/24 74/6 74/18
**$5,000 [1]** 8/15
**$50 [3]** 59/24 66/6 71/24
**$500 [11]** 8/21 15/17 56/6 56/9
56/13 59/14 59/22 65/22 66/4
71/14 71/22

**1**
**10 [1]** 49/6
**10-month [1]** 73/23
**100 percent [1]** 47/7
**100 yards [1]** 31/21
**11 [3]** 33/18 33/24 42/23
**12 [6]** 42/4 42/17 57/25 65/6 71/4
71/8
**120 [5]** 9/3 9/19 9/25 15/24 56/11
**120-day [1]** 8/20
**12505 [1]** 1/21
**12:30 p.m [1]** 37/18
**13-year-old [1]** 45/5
**13th [2]** 6/13 6/14
**14 [7]** 42/24 61/3 61/4 67/9 67/10
73/8 73/9
**15 [3]** 57/4 64/1 69/19
**16 [1]** 42/22
**171 [1]** 42/16
**18 [12]** 6/8 13/3 56/15 56/19 57/6
61/17 63/10 63/15 64/4 69/4 69/8
69/22
**189 [1]** 42/1
**19 [1]** 21/6
**1984 [3]** 56/14 63/9 69/3

**2**
**20 [4]** 1/5 28/13 45/8 73/24
**20-month [1]** 73/23
**20001 [3]** 2/9 60/2 66/9
**20004 [1]** 1/19
**2015 [1]** 49/8
**2021 [2]** 26/12 43/13
**2022 [1]** 26/24
**2023 [4]** 1/5 6/13 6/14 76/13
**20515 [3]** 59/22 66/4 71/22
**205B [1]** 59/22
**20817 [1]** 2/4

**20854 [1]** 1/22
**20-month [1]** 73/23
**21-248 [2]** 1/4 3/3
**21-321 [1]** 42/9
**22-16 [1]** 42/22
**22-171 [1]** 42/16
**22-189 [1]** 42/1
**222 [1]** 1/15
**2255 [3]** 60/25 67/6 73/5
**23 [1]** 41/4
**24 [6]** 41/4 42/11 42/25 56/17
63/12 69/6
**248 [2]** 1/4 3/3
**25 [2]** 41/5 74/17
**253 [1]** 1/15
**27 [2]** 20/23 21/3
**28 [3]** 60/25 67/6 73/5
**2:18 [1]** 1/6
**2:30ish [1]** 31/14

**3**
**30 [17]** 17/8 19/10 20/21 20/25
33/1 57/12 59/23 60/3 63/5 64/8
66/5 66/9 67/21 67/25 69/25 71/23
72/9
**3013 [3]** 56/19 63/15 69/8
**321 [1]** 42/9
**333 [4]** 2/8 60/2 66/8 72/7
**3553 [8]** 6/8 8/10 13/4 53/24
56/15 61/17 63/10 69/4
**36 [5]** 8/19 9/16 42/9 56/5 56/11
**3663 [6]** 57/7 57/7 64/4 64/4
69/22 69/22
**3:20 p.m [1]** 37/18

**4**
**4 feet [1]** 34/23
**40 [4]** 5/2 8/13 19/7 33/1
**47 [1]** 20/21
**4:14 [1]** 76/2

**5**
**50 [2]** 8/21 56/12
**5104 [2]** 5/2 8/14
**550 [1]** 1/19
**57 [1]** 21/5

**6**
**60 [8]** 15/17 42/16 46/1 56/6
57/24 63/5 65/5 71/3
**625 [1]** 1/18
**6300 [1]** 2/4
**6710 [1]** 2/9
**6th [1]** 1/22

**7**
**70 [1]** 46/1
**77 [2]** 17/8 20/18
**7th [1]** 1/15

**8**
**80-year-old [1]** 46/1

**9**
**90 [5]** 9/8 9/10 15/15 15/23 56/5
**99513 [1]** 1/16
**9:00 [1]** 52/13
**9:30 in [1]** 52/11
**9th [1]** 76/13

**A**
**AARON [9]** 1/6 3/3 3/10 4/24 45/11
46/14 47/4 51/9 56/16
**abide [3]** 56/20 63/16 69/9
**ability [3]** 36/2 65/22 71/15
**able [2]** 26/25 38/7
**about [50]** 4/20 10/10 10/20 15/8
15/10 16/18 17/1 17/4 18/8 20/5
21/13 22/6 23/17 24/21 26/4 31/8
33/1 34/7 36/25 37/10 37/20 37/21
38/22 39/6 40/3 40/12 40/16 41/3

41/20 41/21 43/12 43/15 43/19
43/23 43/24 44/18 45/22 46/8 46/12
46/15 46/22 48/3 48/22 49/13
52/14 54/6 54/8 58/7 62/24 70/24
71/2
**above [2]** 19/2 76/8
**above-entitled [1]** 76/8
**absolutely [1]** 75/12
**abuse [8]** 57/21 64/17 64/22 64/25
70/11 70/16 70/19 70/23
**accept [2]** 8/3 44/3
**accepted [1]** 44/9
**access [7]** 15/8 59/5 59/7 65/12
65/13 71/11 71/25
**accident [2]** 40/25 41/1
**accidentally [1]** 38/6
**accomplishments [1]** 15/7
**accordance [6]** 56/19 57/6 63/15
64/4 69/8 69/22
**account [2]** 15/16 29/15
**accounting [1]** 15/14
**accounts [3]** 24/10 49/24 55/18
**accrue [2]** 65/23 71/16
**accurate [1]** 39/9
**accusing [1]** 36/22
**Act [3]** 56/14 63/9 69/3
**acting [1]** 14/7
**action [2]** 1/3 38/8
**actions [3]** 23/9 23/11 53/1
**activities [3]** 57/23 64/19 70/13
**actual [1]** 35/16
**actually [14]** 5/25 6/9 17/21 20/8
24/25 27/9 33/10 35/24 35/25 36/4
45/23 55/19 61/22 74/24
**add [7]** 35/7 37/11 37/12 44/13
48/13 48/17 62/1
**added [1]** 68/9
**addition [5]** 8/10 13/11 56/17
63/14 69/7
**additional [5]** 5/7 59/12 64/21
65/19 72/5
**address [14]** 13/22 23/16 29/3
29/8 29/22 30/2 39/1 43/24 44/14
44/17 51/2 60/3 66/10 72/9
**adequate [1]** 13/9
**adjourn [1]** 74/19
**admitted [1]** 51/22
**adrenaline [1]** 53/5
**advance [1]** 55/2
**advanced [1]** 14/11
**advantage [1]** 48/25
**advice [2]** 41/17 43/14
**advised [2]** 29/16 29/20
**affects [1]** 14/17
**afford [5]** 13/9 19/4 61/6 67/11
73/11
**after [8]** 14/25 15/5 15/11 32/18
35/12 43/13 58/19 61/4
**afternoon [8]** 3/7 3/9 3/11 3/12
3/13 3/15 3/16 67/24
**afterwards [2]** 25/3 30/24
**again [6]** 29/2 40/3 41/8 42/8
52/13 61/16
**against [8]** 22/2 36/5 36/7 44/7
44/7 47/3 48/9 55/6
**age [2]** 62/4 62/21
**agencies [4]** 60/7 60/11 66/13
72/13
**agency [2]** 66/17 72/16
**agent [2]** 43/17 43/20
**agents [4]** 18/6 26/12 26/17 29/20
**aggravating [1]** 14/8
**aggressive [2]** 44/24 58/16
**agitate [2]** 24/13 33/10
**agitating [1]** 36/6
**agitator [1]** 36/22
**agitators [5]** 18/12 18/17 33/3
33/6 36/10
**ago [5]** 41/1 41/4 41/5 45/9 49/11
**agree [3]** 19/25 48/6 48/7 55/22
62/18
**agreed [2]** 15/18 40/8

**A**

agreement [13]   5/22 60/17 60/19
60/20 61/2 66/23 66/25 67/1 67/9
72/1 72/24 72/25 73/8
agrees [2]   3/18 4/13
ahead [5]   13/20 13/21 37/13 48/23
59/15
ain't [1]   47/8
air [1]   45/18
AK [1]   1/16
Alaska [4]   18/24 34/22 34/25
58/12
albeit [1]   40/6
alike [1]   62/19
all [69]   3/19 3/19 3/23 4/9 4/22
5/18 5/18 5/22 6/13 6/19 7/3 7/24
12/19 12/25 14/1 15/12 15/18
15/25 16/13 16/24 17/16 29/7
32/19 35/10 35/11 36/21 37/5
37/14 38/17 38/22 38/24 38/25
41/7 44/20 45/19 46/4 46/17 46/22
47/10 48/10 48/15 48/17 51/12
51/19 52/2 52/13 52/15 53/11
53/15 53/18 54/14 55/6 55/17
56/21 57/19 60/7 61/15 64/16
66/13 68/2 68/3 68/4 70/9 72/12
74/7 74/19 75/19 75/21 75/23
allegation [1]   26/6
allegiance [1]   35/19
ALLEN [24]   1/13 1/20 3/7 3/9 3/13
6/16 9/8 9/13 13/21 26/8 35/9
37/11 39/3 40/3 48/15 48/18 49/2
53/15 61/9 62/19 67/17 73/16 74/2
75/18
allocuted [1]   22/3
allocutes [1]   21/23
allocuting [1]   22/16
allocution [1]   26/11
allow [4]   34/13 35/1 35/23 54/4
allowed [1]   25/11
allows [1]   56/4
almost [1]   34/25
along [3]   5/5 39/19 49/11
already [7]   38/15 39/3 39/5 39/21
61/10 68/23 70/23
also [28]   13/9 15/16 16/20 19/1
24/8 26/14 27/17 28/2 29/22 38/18
44/21 44/22 46/8 57/24 60/18 61/8
62/7 62/14 62/22 64/21 66/24 67/6
67/14 70/18 71/7 72/22 73/5 74/17
although [3]   53/20 55/8 55/20
always [4]   11/4 41/16 49/18
am [46]   4/1 5/19 6/13 7/3 7/4 8/8
9/14 12/4 13/2 20/5 23/25 25/20
27/7 31/21 36/15 43/24 44/24
45/19 45/19 47/7 47/8 48/7 51/6
51/7 51/7 51/24 52/9 52/10 52/14
52/15 52/19 52/20 52/23 52/25
53/13 53/19 58/6 58/6 58/24 59/15
61/18 64/21 68/4 74/11 75/7 75/11
Amendment [1]   40/14
AMERICA [4]   1/3 4/24 35/19 39/14
American [2]   15/3 40/16
among [2]   13/17 62/25
amount [11]   15/6 16/23 22/24
59/14 59/22 65/21 66/4 71/14
71/22 74/6 74/17
AMVETS [2]   18/25 19/3
Anchorage [1]   1/16
Andrew [1]   67/24
ankle [2]   30/22 51/15
ANN [3]   1/7 3/4 4/25
Anne [1]   69/5
announced [1]   30/12
another [5]   27/21 42/8 57/1 63/23
69/16
answer [1]   49/22
anti [2]   39/14 40/16
anti-America [1]   39/14
anti-American [1]   40/16
anxiety [1]   37/3

any [74]   5/7 5/24 6/2 6/5 6/16
11/13 14/3 14/11 14/13 14/14
14/19 15/4 16/14 17/20 17/20
17/22 23/10 23/23 24/18 27/2 27/4
27/22 28/10 28/11 28/23 31/11
31/12 31/24 39/13 39/14 43/3
43/21 44/7 44/12 47/16 49/25 50/1
50/14 55/14 57/3 57/7 58/14 59/7
59/9 59/23 60/3 61/3 61/9 62/3
63/25 64/4 65/13 65/15 66/5 66/9
67/9 67/16 69/18 69/22 71/7 71/16
71/23 71/25 72/2 72/9 73/8 73/15
74/2
anybody [2]   46/12 55/15
anymore [2]   36/20 52/10
anyone [6]   4/1 6/5 7/25 8/25
25/16 55/24
anything [33]   5/16 7/25 8/25 22/5
23/11 27/23 28/2 31/8 31/13 33/5
34/6 34/7 34/22 35/7 35/9 35/20
36/17 37/11 37/12 39/25 44/13
45/20 46/14 48/13 48/15 48/18
52/15 53/12 53/16 55/16 58/21
68/3 74/19
anyway [2]   11/14 15/1
anywhere [2]   9/18 38/2
apart [1]   18/10
apologize [2]   9/24 21/2
apparent [1]   15/6
appeal [24]   60/14 60/18 60/21
61/3 61/5 61/6 61/7 61/8 66/20
66/24 67/2 67/9 67/11 67/12 67/13
67/14 72/18 72/23 73/1 73/8 73/10
73/11 73/12 73/13
appearance [1]   3/18
appearances [5]   1/12 2/1 57/22
64/18 70/12
appearing [2]   3/17 3/17
appears [1]   27/14
appellate [3]   60/24 67/5 73/4
applicable [2]   13/15 67/4
applies [3]   39/4 50/20 68/6
apply [8]   8/8 21/22 44/1 60/23
61/8 67/14 73/3 73/13
appointed [3]   61/8 67/14 73/14
appreciate [7]   35/6 44/19 47/25
48/11 48/12 49/16 49/23
approach [1]   61/22
approached [1]   62/8
approaching [1]   21/12
appropriate [9]   15/16 41/6 41/25
43/5 58/7 60/7 66/13 68/23 72/13
approval [3]   59/12 65/20 72/5
approved [3]   60/8 66/14 72/14
approving [3]   58/2 65/7 71/5
approximately [3]   42/6 42/18
42/23
Architect [6]   59/13 59/19 65/21
66/1 71/13 71/19
are [93]
area [5]   30/25 37/16 40/4 55/12
58/8
areas [4]   38/5 59/4 65/11 71/11
aren't [1]   21/24
arguably [1]   23/20
argue [1]   21/20
arguing [3]   21/12 36/25 43/25
argument [2]   20/6 28/5
armed [1]   55/3
arms [2]   17/20 55/14
around [21]   14/22 31/13 31/14
32/12 32/19 36/2 36/9 36/22 36/23
37/6 37/17 51/11
arrive [2]   30/15 30/21
arrived [1]   39/20
articulating [1]   21/22
as [98]
ashamed [1]   23/2
ask [11]   3/20 7/3 7/24 10/11
20/17 22/1 28/18 28/25 61/9 74/10
74/11

asked [8]   25/1 25/2 25/5 36/14
36/20 60/21
asking [11]   14/3 15/16 15/22
15/24 16/3 25/16 26/10 26/25
36/17 38/16 58/6
assault [5]   45/20 54/10 55/15
55/23 55/24
assaulted [3]   45/16 45/18 54/17
assertion [1]   43/7
assessed [1]   53/23
assessed the [1]   53/23
assessment [3]   56/18 63/15 69/8
assistance [3]   7/15 7/18 7/22
associated [2]   22/21 24/23
assumption [1]   8/1
attack [1]   37/3
attempt [2]   64/24 70/17
attention [3]   59/21 66/2 71/20
attorney [3]   57/21 64/18 70/11
Attorney's [5]   1/14 44/11 59/10
65/16 72/3
attorneys [1]   46/15
authorities [1]   46/3
authorize [3]   59/8 65/14 72/1
authorized [1]   37/21
authorizing [3]   57/7 64/5 69/23
available [4]   13/19 56/3 62/15
68/20
Avenue [8]   1/15 1/18 1/21 2/8
31/15 60/2 66/9 72/8
avoid [1]   13/16
aware [2]   14/1 14/21
away [10]   26/23 31/21 32/6 55/5
55/5 55/11 56/2 61/21 68/8 75/6

**B**

B-U-S-T-O-S [1]   42/22
back [22]   11/19 12/1 12/17 18/2
32/11 33/1 33/7 33/19 34/1 35/22
36/13 36/13 36/19 36/20 41/8
43/19 52/12 53/21 54/6 63/1 75/1
75/9
background [2]   3/23 5/23
backpack [1]   36/15
backyard [1]   58/11
bad [3]   19/9 19/12 54/5
balance [5]   59/23 65/24 66/5
71/17 71/23
Baltimore [3]   40/19 52/22 53/8
Bankruptcy [1]   2/8
barricade [2]   32/12 32/15
barricades [2]   32/13 32/17
base [1]   32/24
based [7]   8/24 16/5 24/20 28/4
29/4 39/12 39/17
basic [3]   56/23 63/20 69/13
basing [1]   27/3
basis [2]   20/10 20/15
be [83]
bear [1]   58/11
beat [1]   7/21
because [57]   8/6 10/25 16/17
16/19 16/20 17/4 17/25 18/14
19/20 19/21 19/22 19/24 20/6
20/11 20/12 22/7 22/19 23/7 24/6
24/10 24/23 25/4 26/16 26/16 27/1
27/5 27/14 27/20 29/15 30/12
30/16 30/19 31/1 32/3 32/15 34/19
34/22 38/17 38/18 39/16 47/2 47/8
47/11 47/12 49/11 51/14 51/24
52/5 52/9 52/15 52/23 53/1 53/7
53/9 61/19 68/5 75/8
become [1]   23/14
bed [1]   52/12
been [31]   11/13 13/17 17/8 21/21
22/18 22/20 23/7 25/7 25/8 28/8
28/11 28/15 29/21 30/9 30/13
32/10 39/3 40/17 40/19 40/21
41/14 45/22 49/19 50/4 50/5 51/13
52/1 54/3 61/10 73/16 75/4
before [13]   1/10 3/20 5/25 35/10
44/14 46/7 51/10 51/13 52/4 68/3

**B**

before... [3]  68/20 74/19 75/1
beforehand [1]  25/4
begin [1]  67/21
beginning [1]  22/10
behalf [8]  3/10 3/14 6/20 6/22
  6/25 9/14 39/8 39/25
behind [7]  32/10 32/14 33/13
  36/18 53/8 68/17 75/15
being [14]  23/6 24/22 24/23 27/18
  29/10 29/14 33/7 33/8 36/22 38/6
  46/22 47/2 47/7 64/1
believe [21]  6/12 7/7 21/17 26/5
  26/7 27/1 27/15 30/22 30/22 31/13
  46/6 47/10 47/21 47/24 48/20
  60/14 60/22 66/20 67/3 72/19 73/2
believed [3]  27/15 27/17 27/19
benefit [2]  50/23 55/13
best [1]  30/7
Bethesda [1]  2/4
better [2]  19/22 56/1
between [4]  31/19 33/2 43/20
  50/10
beyond [2]  19/2 23/11
big [2]  30/16 51/24
bit [6]  5/21 20/7 35/23 41/21
  42/3 74/1
blame [1]  49/2
Bless [1]  35/19
blurred [1]  23/14
Boasberg [3]  42/4 42/8 42/11
body [1]  10/3
born [1]  41/11
both [2]  16/19 18/25
bothering [1]  51/16
bottom [1]  5/20
boys [1]  45/6
bragged [1]  15/8
bragging [1]  22/5
breached [1]  14/25
breaching [1]  14/25
breadwinner [1]  52/16
break [5]  4/7 10/13 10/16 24/25
  29/2
break-out [2]  10/16 29/2
breaking [1]  32/8
breakout [3]  11/16 11/21 11/25
bringing [1]  54/23
brings [1]  13/1
broke [2]  46/24 47/9
brother [1]  29/12
brought [1]  25/14
brutally [1]  54/17
Bryan [1]  42/22
BS [1]  51/12
building [38]  5/1 8/13 15/1 15/8
  15/15 16/21 17/2 19/10 19/13 20/3
  20/8 21/15 22/15 31/2 31/5 31/8
  33/16 33/17 34/3 35/17 35/20
  35/22 35/25 37/19 37/23 38/7 42/5
  42/13 42/18 42/23 43/10 47/6
  55/12 59/21 61/22 61/23 66/3
  71/21
buildings [1]  21/13
bunch [1]  16/8
buried [1]  10/3
business [1]  49/13
Bustos [2]  42/22 42/22
bystanders [1]  14/10

**C**

C-O-N-L-O-N [1]  42/15
Caleb [1]  42/9
call [3]  39/13 43/16 43/16
called [1]  34/4
calling [1]  22/22
callus [1]  54/5
calm [2]  37/2 37/3
came [9]  18/2 36/12 45/16 47/17
  51/10 51/21 51/21 54/11 55/3
cameras [3]  45/13 45/14 46/19

can [30]  4/12 5/25 10/11 10/15
  10/20 10/25 11/11 11/24 14/7 15/18
  20/17 28/4 31/6 34/12 37/24 45/9
  50/22 50/24 53/9 59/1 60/14 60/23
  61/6 62/11 62/11 66/20 67/4 70/24
  72/18 73/3 74/1
can't [6]  11/3 31/4 45/4 45/6
  52/17 54/18
candid [1]  10/8
candidly [1]  62/9
capital [1]  45/2
Capitol [36]  5/1 8/13 14/25 15/1
  15/15 16/21 21/12 22/23 31/2 31/5
  31/8 33/16 34/3 37/17 39/12 39/14
  39/15 39/23 40/5 40/9 40/13 42/5
  42/13 42/18 45/15 45/25 46/25
  49/12 55/24 55/25 59/14 59/20
  65/21 66/2 71/14 71/20
car [2]  40/25 46/10
care [3]  35/24 52/4 52/8
CARRIE [7]  1/7 3/4 4/24 36/25
  46/14 47/4 69/5
carries [1]  8/14
Carry [1]  3/17
cars [1]  19/23
case [29]  3/3 6/12 7/15 8/8 8/19
  11/10 14/11 14/12 14/14 14/19
  15/4 15/4 27/5 41/25 42/8 43/5
  44/6 44/6 44/7 44/8 44/22 48/22
  48/23 53/23 55/22 62/18 64/22
  71/2 74/4
cases [20]  4/23 16/9 20/18 21/11
  21/13 25/2 25/5 38/17 41/23 43/2
  54/2 54/4 54/24 62/19 62/25 63/1
  63/3 63/4 69/1 69/2
category [2]  17/13 68/12
caught [2]  32/16 51/11
cause [1]  48/3
caused [1]  48/10
celebrate [1]  24/7
celebration [1]  24/13
celebratory [1]  24/5
certain [4]  21/13 21/20 48/6 48/8
certainly [7]  14/17 19/25 25/7
  26/19 27/5 37/20 38/21
certification [3]  16/15 54/13
  55/2
certify [2]  54/12 76/6
challenge [3]  61/1 67/7 73/6
challenged [1]  18/4
Chanelle [1]  41/9
change [9]  26/3 26/3 34/20 60/3
  60/4 61/2 66/10 66/11 72/9
changed [1]  30/12
channel [1]  45/17
chaos [1]  15/5
chapter [1]  75/14
characteristics [6]  13/14 18/9
  28/7 38/20 61/25 68/11
charge [3]  17/6 20/20 55/6
charged [2]  17/12 20/4 20/11
charges [7]  8/12 20/20 23/8 54/23
  59/11 65/19 72/4
chart [2]  17/7 20/18
check [2]  45/9 52/19
Chief [3]  59/20 66/2 71/20
child [1]  45/5
children [1]  40/21
choice [5]  19/9 19/12 46/25 53/4
  53/6
circulated [1]  15/11
circulating [1]  36/21
circumstances [7]  13/13 16/5
  60/17 62/17 62/20 66/23 72/22
city [1]  58/8
CJN [1]  42/22
claimed [1]  43/9
clarification [1]  67/21
clarify [2]  9/1 34/12
class [1]  8/6
classes [1]  51/20
clean [2]  49/9 52/1

clear [9]  16/9 17/14 17/21 19/17
  50/2 50/6
clerk [11]  10/15 59/17 60/1 60/4
  65/25 66/7 66/10 71/17 72/7 72/10
  75/2
client [8]  4/13 4/17 9/15 10/6
  12/20 39/4 39/8 39/9 39/11 39/19
  40/4 40/17 49/18
client's [1]  41/8
clients [2]  11/5 22/8
close [5]  11/21 29/12 31/23 33/3
  54/11
closer [1]  32/2
cloud [4]  26/24 27/17 27/19 29/21
coast [1]  47/18
codefendants [2]  14/7 14/24
college [1]  33/23
COLUMBIA [4]  1/1 1/18 59/19 71/19
come [15]  11/19 12/1 21/18 23/6
  28/10 31/5 31/12 36/17 37/4 38/22
  39/12 39/14 39/16 39/24 55/14
comfortable [1]  30/18
coming [9]  18/17 30/20 31/2 31/4
  31/14 34/23 34/24 35/21 75/9
commencement [1]  71/8
comments [7]  22/2 40/12 40/16
  42/7 42/19 53/2 68/21
Commission [1]  8/7
commit [3]  57/1 63/23 69/16
committing [2]  14/6 45/3
communication [1]  22/9
communications [2]  18/16 21/25
community [13]  8/22 15/17 18/23
  22/19 56/6 56/9 56/12 57/19 57/25
  64/15 65/5 70/9 71/3
community's [1]  24/22
company [1]  19/8
compared [1]  14/8
complaining [1]  45/20
complete [4]  19/4 57/24 65/5 71/3
completed [2]  58/3 65/8
completely [2]  28/15
completion [3]  60/12 66/18 72/17
compliant [1]  28/15
comply [4]  13/5 51/18 57/9 75/11
complying [1]  75/12
component [1]  15/13
conceal [1]  50/1
concealing [1]  49/22
concern [1]  58/14
concerned [1]  20/5
concerning [3]  55/7 55/8 55/21
conclude [1]  27/22
concluded [1]  76/2
conditions [12]  56/20 56/21 56/25
  57/10 63/17 63/18 63/22 64/21
  69/10 69/10 69/15 75/11
conduct [12]  13/10 13/18 14/9
  14/17 22/6 38/18 43/1 55/20 56/24
  62/20 63/20 69/13
confer [2]  10/6 70/24
confinement [4]  9/19 42/12 43/3
  50/10
confirm [1]  4/13
confirming [1]  6/13
confused [1]  43/19
congress [3]  6/7 8/9 15/2
Conlon [2]  42/15 42/18
conscious [1]  20/2
consider [10]  3/25 8/8 13/2 13/12
  13/19 18/20 26/10 30/8 34/7 44/3
considerable [1]  49/4
consideration [4]  41/6 56/15
  63/10 69/4
considered [6]  22/25 24/5 24/15
  58/12 61/17 62/14
considering [1]  25/20
considers [1]  23/3
consistency [2]  62/25 68/22
consistent [2]  63/6 68/25
conspirator [1]  23/15
constitute [1]  49/21

**C**

constitutes [1] 76/7
Constitution [4] 2/8 60/2 66/8 72/8
construction [1] 19/4
consult [1] 12/20
contact [1] 49/6
context [2] 14/16 18/6
continuance [1] 28/25
continue [2] 28/3 30/18
continued [3] 1/24 2/1 18/23
continuing [3] 24/7 24/12 24/13
contrast [1] 18/21
control [5] 33/5 49/5 59/5 65/12 71/11
controlled [6] 57/2 57/3 63/24 63/25 69/17 69/18
conversation [5] 10/14 11/1 11/17 15/9 16/18
convicted [1] 17/6
conviction [6] 60/14 61/1 66/20 67/7 72/18 73/6
convictions [2] 20/20 62/21
cooperate [1] 27/4
cooperated [3] 44/22 45/9 45/11
cops [1] 33/7
correct [5] 4/16 21/2 44/21 44/21 76/7
correctly [1] 33/21
corroborated [1] 18/2
cost [9] 57/13 61/6 61/7 64/9 67/12 67/13 70/2 73/11 73/13
could [19] 16/12 23/20 23/20 25/5 25/6 25/23 32/2 33/2 36/17 45/4 46/2 47/18 55/10 56/1 58/16 58/20 61/21 62/17 68/8
couldn't [7] 19/4 24/18 36/20 46/6 47/10 47/21 47/24
counsel [6] 3/5 3/6 43/14 61/8 67/15 73/14
counseling [2] 50/13 52/3
count [7] 8/11 33/23 34/3 34/5 56/17 63/12 69/7
counted [1] 17/7
country [3] 47/22 54/10 54/22
counts [3] 33/25 75/19 75/21
couple [1] 13/3 41/23 75/2
course [7] 10/7 15/17 16/24 22/13 43/12 44/23 61/23
court [104]
Court's [3] 12/22 14/17 17/17
court-appointed [3] 61/8 67/14 73/14
court-ordered [2] 57/22 70/12
courthouse [1] 20/4
Courts [1] 2/8
cousin [10] 16/18 17/23 28/11 29/16 30/16 32/10 36/18 41/9 45/11 49/12
cousin's [2] 16/18 17/23
cousins [1] 41/15
covered [2] 38/15 48/21
COVID [1] 30/19
CPA [3] 59/21 66/3 71/21
cracked [2] 26/16 27/9
create [1] 17/18
credit [7] 49/5 59/11 59/12 65/19 65/19 72/4 72/5
crime [4] 14/6 57/1 63/23 69/16
crimes [1] 13/10
criminal [11] 1/3 3/3 28/9 41/3 41/3 55/19 55/21 62/2 62/2 68/13 68/15
crowd [18] 18/1 19/18 31/10 31/14 32/5 32/14 32/17 32/20 32/22 35/23 36/2 36/19 36/24 37/5 38/2 38/4 40/6
crowds [2] 32/19 56/2
crushed [1] 32/17
culpability [1] 21/20
culpable [1] 17/16

curb [1] 32/10
cusbancent [1] 2/44

**D**

damage [1] 23/7
damper [1] 52/24
dangerous [3] 59/4 65/11 71/10
data [1] 17/5
Dated [1] 76/13
daughter [1] 45/5
day [42] 6/14 8/20 14/9 14/18 15/3 15/5 15/11 23/6 30/3 30/4 31/1 31/8 33/17 34/3 35/1 37/21 38/21 39/7 39/16 39/18 39/24 40/1 46/5 52/7 54/2 54/5 54/8 54/17 54/19 54/21 54/21 54/25 55/1 55/10 55/20 55/21 55/25 61/21 61/24 68/10 75/23 76/13
days [37] 9/3 9/8 9/10 9/19 9/25 15/15 15/23 15/24 34/9 35/1 42/16 42/24 50/12 52/10 56/5 56/11 57/4 57/12 59/23 60/3 61/3 61/4 63/5 64/1 64/8 66/5 66/9 67/9 67/10 67/21 67/25 69/19 69/25 71/23 72/9 73/8 73/9
DC [15] 1/5 1/19 2/9 22/10 30/5 30/15 39/18 45/3 45/13 59/22 60/2 66/4 66/9 71/22 72/8
deal [3] 33/9 37/22 38/8
dealing [1] 24/4
deaths [1] 54/20
debriefing [1] 25/2
decide [2] 28/4 29/4
decided [2] 23/8 61/22
decision [3] 19/19 20/2 29/24
decisions [1] 39/7
defect [3] 60/16 66/22 72/20
defendant [15] 1/8 1/17 1/20 2/3 3/22 8/5 13/11 13/14 38/20 60/18 60/19 66/24 66/25 72/22 72/23
defendant's [3] 60/12 66/18 72/17
defendants [12] 5/3 13/17 14/4 14/18 14/20 15/6 15/14 35/11 37/15 38/24 39/5 75/21
DEFENDER [1] 1/17
defense [3] 5/6 44/24 56/8
defer [2] 4/4 50/21
definitely [1] 53/6
delayed [1] 54/13
delete [3] 23/21 27/10 29/18
deleted [5] 26/13 26/17 26/22 27/15 27/16
deletion [1] 27/14
democracy [3] 54/10 54/15 54/16
demonstrate [2] 18/9 41/23
demonstrated [1] 28/8
demonstrating [3] 5/1 8/12 20/12
denoted [1] 67/17
depends [1] 34/18
depot [2] 31/3 31/4
deputy [2] 10/15 75/1
described [1] 22/7
destructed [1] 65/11
destruction [1] 15/5
destructive [3] 47/20 59/4 71/10
detail [3] 39/6 40/2 41/20
detention [22] 8/20 9/8 9/10 15/15 15/23 20/24 21/1 4/14 25/20 25/21 34/11 34/13 42/2 42/10 50/20 56/6 56/12 57/24 63/5 64/20 67/21 70/14
determination [1] 17/17
determine [2] 64/23 70/16
determined [4] 49/8 57/5 64/3 69/21
determines [3] 59/14 65/22 71/14
deterrence [1] 13/9
detour [1] 16/19
devastated [1] 45/22
devastating [1] 47/22
device [2] 67/22 68/1
devices [4] 59/4 65/11 71/10

71/10
divorce [1] 54/6

did [33] 5/9 5/11 12/20 12/21 17/1 18/19 19/10 19/16 19/16 22/13 22/14 23/1 23/5 23/11 24/17 24/17 24/24 25/13 26/22 26/23 27/10 29/18 30/21 30/24 31/14 32/23 37/6 40/4 44/4 46/18 51/25 53/2 55/10
didn't [38] 16/14 16/17 17/20 17/20 18/19 20/8 20/9 27/15 27/20 28/10 28/11 31/12 32/4 32/16 33/4 33/13 33/23 34/2 36/16 36/18 37/1 37/4 44/3 45/12 45/15 45/19 46/4 46/4 46/8 46/11 46/23 47/6 48/3 51/11 55/5 55/14 55/15 62/22
died [1] 54/19
difference [2] 25/10 50/10
differences [1] 38/21
different [7] 15/22 16/10 16/12 50/24 62/5 62/13 68/16
difficult [1] 24/6
direct [2] 29/11 43/21
dirty [1] 51/22
disabilities [1] 19/2
disagree [1] 19/14
disagreement [1] 5/24
disbursement [3] 59/19 66/1 71/19
disclosure [1] 8/22
discretion [3] 57/14 64/10 70/3
discretionary [3] 56/21 63/17 69/10
discuss [3] 7/6 7/9 10/11
discussed [1] 4/17
discussing [1] 10/9
discussions [1] 43/14
dismiss [2] 75/19 75/21
disparities [1] 13/16
disparity [2] 17/19 54/24
disposition [1] 25/8
disrupt [1] 55/2
disservice [2] 15/2 15/3
distance [1] 31/19
distinctions [2] 23/12 23/13
distinguishing [1] 18/11
distress [1] 14/22
district [15] 1/1 1/1 1/11 1/18 2/8 59/18 60/1 60/9 65/25 66/8 66/15 71/18 71/18 72/7 72/14
disturb [1] 16/15
disturbing [1] 16/23
do [68] 3/18 4/2 4/18 8/1 8/7 9/22 10/7 10/11 10/16 10/17 10/18 10/23 11/4 11/7 11/18 11/20 12/23 13/20 13/21 14/9 17/5 19/3 23/16 25/7 25/12 25/22 27/11 28/22 29/16 29/24 30/23 33/20 34/9 34/16 34/22 35/1 35/2 35/10 36/13 36/13 38/25 39/25 40/14 43/7 44/17 45/7 45/10 48/1 48/17 50/18 51/2 51/19 52/13 53/1 53/6 53/6 55/15 55/16 58/7 58/8 58/10 59/1 62/1 62/16 62/22 68/13 68/21 71/15
doctor [1] 52/7
doctors [1] 52/5
does [19] 6/16 17/18 18/10 19/6 20/21 23/10 24/4 35/1 49/21 50/11 50/13 52/23 54/22 55/17 60/23 62/12 67/21 68/7 73/3
doesn't [4] 9/22 27/18 28/9 34/20
doing [13] 4/14 12/5 18/20 30/13 33/15 34/3 35/4 36/1 44/20 45/17 44/17 45/7 45/10 48/1 48/17 50/18 51/2 51/19 52/13 53/1 53/6 53/6 55/15 55/16 58/7 58/7 58/8 58/8 59/1 62/1 62/16 62/22 68/13 68/21 71/15
doctor [1] 52/7
doctors [1] 52/5
does [19] 6/16 17/18 18/10 19/6 20/21 23/10 24/4 35/1 49/21 50/11 50/13 52/23 54/22 55/17 60/23 62/12 67/21 68/7 73/3
doesn't [4] 9/22 27/18 28/9 34/20
doing [13] 4/14 12/5 18/20 30/13 33/15 34/3 35/4 36/1 44/20 45/17 45/17 45/25 46/10 48/1 48/17 50/18 51/2 51/19 52/13 53/1 53/6
DOJ [1] 1/14
DOJ-USAO [1] 1/14
don't [54] 4/2 9/18 9/22 11/12 11/12 11/16 12/7 13/20 13/21 17/5 20/13 20/13 23/24 24/6 25/3 25/16 25/17 25/21 26/4 26/19 27/13 27/21 27/25 28/1 28/25 31/10 33/8 34/22 36/1 37/13 37/24 38/13 41/5 43/18

**D**

don't... [20] 44/1 45/1 45/21 46/13 48/7 48/20 48/23 49/2 49/22 50/9 50/15 50/20 52/8 52/8 52/20 52/25 55/22 58/5 62/15 75/8
done [3] 51/20 63/7 63/7
door [12] 17/3 35/23 36/3 36/5 36/10 36/19 38/3 47/1 47/2 47/3 47/4 47/16
doors [5] 16/25 19/20 19/21 19/25 41/16
Douglas [1] 42/1
down [17] 24/1 24/7 24/10 24/10 29/10 29/18 30/19 31/9 31/12 31/17 31/18 32/10 32/12 32/13 37/2 37/3 40/1
doxing [1] 29/11
drama [2] 48/3 51/12
Drive [1] 2/4
driver's [1] 49/7
driving [1] 49/7
drug [10] 50/14 51/18 51/20 51/21 57/4 57/5 64/1 64/2 69/19 69/20
drugs [2] 75/5 75/6
due [1] 52/16
duration [2] 65/4 70/22
during [5] 8/23 16/24 24/8 25/2 30/5

**E**

each [17] 3/22 4/1 4/25 5/2 6/3 6/4 6/12 6/15 7/4 8/3 8/6 8/10 8/19 38/20 47/14 54/4 73/24
ear [2] 36/23 41/16
earlier [4] 38/16 44/7 47/1 56/10
early [4] 16/9 32/14 43/13 44/10
earpiece [1] 46/9
east [5] 16/11 16/25 31/19 40/7 55/25
education [3] 57/20 64/16 70/10
effort [1] 26/21
efforts [3] 25/12 28/14 50/1
either [4] 4/2 19/18 24/12 39/3
elderly [2] 19/1 47/19
election [3] 24/14 54/12 55/3
electoral [3] 33/19 33/23 33/25
Ellipse [1] 39/22
eloquent [1] 50/6
else [14] 4/1 6/5 34/7 35/7 35/9 44/13 48/13 48/15 48/18 53/9 53/10 53/12 53/16 74/19
emails [1] 29/11
EMILY [2] 1/13 3/7
emphasize [1] 14/9
employment [3] 57/20 64/16 70/10
end [5] 17/15 22/1 38/22 55/7 73/25
ended [2] 17/25 19/24
endorse [1] 4/11
enforceable [3] 60/22 67/3 73/2
enforcement [7] 18/17 22/24 23/1 26/21 47/1 54/17 62/8
enhancement [2] 24/18 44/1
enough [5] 7/5 7/8 27/22 33/4 50/5
ensure [1] 13/4
enter [2] 15/1 38/7
entered [6] 60/20 61/1 67/1 67/7 72/25 73/6
entering [1] 20/8
enters [1] 61/4
entire [2] 41/10 44/22
entirely [4] 14/15 19/8 44/24 62/7
entirety [2] 11/14 25/9
entitled [2] 29/23 76/8
entry [4] 20/14 35/16 67/10 73/9
epileptic [1] 41/2
equally [1] 39/4
equipped [2] 33/9 55/14
especially [1] 45/15

**E** (continued)

essence [1] 44/1
essentially [1] 11/2
establish [3] 56/23 63/20 69/13
EUGENE [2] 1/17 3/10
evaluated [1] 14/12
even [19] 15/5 15/11 15/13 16/22 18/5 19/2 19/3 21/23 25/18 31/7 31/16 33/17 45/4 45/12 46/9 46/23 52/3 55/25 62/16
event [3] 15/10 44/2 54/16
events [9] 15/11 22/14 30/3 30/4 40/1 54/1 54/20 54/25 55/4
ever [5] 26/5 45/2 45/10 52/1 58/21
every [1] 54/4
everybody [7] 11/2 23/14 28/17 35/12 38/9 47/15 51/10
everyone [5] 3/20 15/12 49/1 53/9 53/19
everything [15] 18/8 29/19 33/10 33/20 44/20 45/10 47/25 48/2 51/18 51/19 53/5 53/9 53/10 58/18 68/5
everywhere [1] 45/15
evidence [4] 26/21 27/23 28/9 49/22
evidentiary [2] 7/25 8/2
exactly [3] 24/10 27/13 33/4
example [2] 16/11 65/3
except [3] 57/20 64/16 70/10
exchange [3] 23/19 26/18 43/20
execute [3] 60/9 66/15 72/15
exists [1] 25/5
expect [1] 74/10
expectations [3] 56/23 63/20 69/13
expecting [1] 7/25
experience [2] 39/17 40/12
experiences [1] 40/12
expires [3] 59/6 65/12 71/12
extended [1] 41/12
extent [4] 39/3 61/2 67/8 73/7
extremely [2] 23/1 55/18
eyes [1] 47/21

**F**

face [1] 47/3
Facebook [9] 23/19 24/5 24/9 26/18 29/10 29/13 29/15 29/15 29/18
faced [1] 50/3
fact [11] 14/21 14/22 16/15 18/2 18/13 22/6 41/7 52/6 53/3 54/19 62/5
factor [1] 44/2
factors [10] 5/23 6/7 8/8 13/2 14/13 15/16 21/21 38/19 53/24 61/17
facts [3] 8/3 8/4 53/23
factual [3] 6/17 20/10 20/15
failing [2] 49/7 75/10
failure [2] 49/15 49/23
fair [3] 6/7 23/5 38/23
fairly [2] 14/2 68/12
falling [1] 52/15
falsely [1] 43/9
family [8] 40/20 41/8 41/12 41/14 41/15 41/18 48/1 52/16
fan [1] 30/16
far [8] 31/21 38/10 48/1 51/8 51/17 51/17 52/3 53/2
fashion [2] 6/6 44/9
fashioning [1] 41/6
fast [1] 37/1
fathom [1] 45/4
FBI [11] 18/5 25/4 26/22 27/19 27/20 29/20 36/23 43/9 43/17 49/14 49/25
federal [4] 1/17 57/1 63/23 69/16
feel [2] 10/5 28/23
feet [1] 34/23
felt [2] 30/18 33/9

**F** (continued)

few [6] 10/16 30/24 31/13 31/25
fiance [4] 16/18 17/24 39/20 45/11
fight [1] 19/18
figure [1] 52/14
file [3] 61/7 67/13 73/12
filed [3] 61/3 67/9 73/8
filing [3] 61/5 67/10 73/9
finally [3] 6/6 13/18 42/21
financial [20] 8/22 59/8 59/9 59/10 59/20 59/25 60/5 65/14 65/15 65/16 65/18 66/2 66/7 66/11 71/20 72/1 72/2 72/3 72/6 72/10
find [1] 40/4
fine [17] 4/6 8/15 8/21 10/22 11/2 11/7 11/15 11/24 17/10 21/8 25/25 43/24 56/9 56/13 74/7 74/14 74/20
finish [1] 28/2
finished [1] 25/24
firearm [1] 58/22
firearms [11] 8/22 58/7 58/14 58/15 58/24 59/3 59/3 65/10 65/10 71/9 71/10
FIRM [1] 1/21
first [11] 13/22 19/13 22/8 22/9 26/6 29/1 38/1 40/14 43/9 51/21 71/2
fits [2] 17/13 17/15
five [2] 10/20 11/24
fixed [1] 74/13
Floor [1] 1/22
folks [1] 24/22
follow [6] 26/23 57/12 64/8 65/1 70/1 70/19
followed [1] 33/13
following [9] 56/20 57/9 57/18 59/19 63/17 64/14 66/1 69/9 70/8
follows [1] 71/19
footprints [1] 58/20
forcefully [1] 47/6
Ford [3] 59/21 66/3 71/21
foregoing [1] 76/7
form [8] 32/23 57/11 57/17 64/7 64/13 69/24 70/6 70/7
format [4] 9/23 9/25 10/3 10/4
formed [1] 32/14
former [1] 39/13
forth [6] 6/17 8/3 8/24 39/7 43/20 61/17
forward [4] 17/23 18/1 21/19 32/20
found [5] 13/17 17/16 20/1 31/1 41/23
four [5] 11/16 43/2 50/12 58/19 73/25
frame [1] 36/19
frequency [3] 57/15 64/11 70/4
friends [2] 29/12 41/13
front [4] 10/1 31/23 32/3 47/2
frozen [1] 58/18
full [3] 60/5 66/12 72/11
fully [4] 7/14 7/17 7/22 27/15
fun [3] 15/10 46/5 51/13
fundamental [3] 60/16 66/22 72/20
further [5] 4/10 5/16 29/5 47/16 47/17
future [1] 13/10

**G**

gained [1] 15/8
gap [1] 33/2
garden [1] 55/22
garden-variety [1] 55/22
generally [7] 17/4 29/23 30/3 60/22 67/3 73/1 75/13
generous [1] 28/14
get [31] 3/20 3/24 5/9 5/20 19/18 19/19 19/21 20/2 25/6 27/20 32/16 35/3 37/7 37/23 38/1 39/15 40/22 45/16 45/25 46/2 46/3 47/2 47/11

**G**

get... **[8]** 47/18 49/20 51/11
51/25 51/25 52/21 52/22 53/21
gets **[1]** 21/5
getting **[5]** 19/9 38/6 41/8 47/19
49/18
girl **[1]** 51/24
give **[2]** 11/21 44/14
given **[8]** 28/16 28/16 55/5 55/23
62/4 62/20 62/21 68/23
giving **[1]** 28/13
Glenda **[3]** 10/23 11/18 75/17
go **[40]** 3/21 3/22 4/10 5/20 7/4
9/22 12/4 13/20 13/21 16/14 16/16
16/17 18/14 19/2 19/3 19/18 19/20
29/2 30/14 30/15 30/17 31/17 34/1
34/22 35/2 35/20 35/23 37/13
39/15 39/21 40/1 45/2 46/25 47/6
48/23 50/13 51/11 51/13 52/14
59/15
goal **[1]** 30/10
God **[1]** 35/19
goes **[1]** 9/23
going **[56]** 3/20 6/1 7/3 12/4
16/13 16/24 19/12 23/6 25/10
25/13 30/7 30/11 30/17 31/2 31/8
31/13 31/24 32/1 32/2 32/6 32/16
33/4 33/14 33/16 33/16 33/16
33/18 33/19 33/23 33/25 34/1 34/2
34/5 34/14 36/15 36/23 39/18
39/24 41/9 41/21 46/18 47/8 48/4
49/1 52/9 55/10 58/19 58/24 59/15
61/18 61/20 64/21 68/4 68/8 74/10
74/11
gone **[5]** 36/10 36/10 51/20 52/2
52/12
good **[15]** 3/7 3/9 3/11 3/12 3/13
3/15 3/16 18/7 19/7 29/6 50/13
51/6 62/10 67/24 75/23
Google **[1]** 27/11
got **[18]** 5/11 27/9 27/16 31/11
32/23 33/12 36/21 37/1 37/4 37/5
43/16 44/8 45/17 45/18 47/13
48/10 52/11 52/12
gotten **[3]** 26/15 32/13 49/5
government **[39]** 3/6 6/4 6/16 9/7
9/11 14/2 15/20 17/3 18/4 19/11
19/23 21/18 21/21 21/21 21/23 22/3
22/16 23/22 24/17 25/1 25/2 25/13
26/1 27/14 34/12 40/11 41/7 42/2
42/9 42/16 42/24 43/25 49/20
54/12 54/23 56/5 61/5 67/11 73/10
75/18
government's **[7]** 17/7 20/18 23/17
26/3 41/20 43/7 50/16
GPS **[6]** 57/15 57/16 64/12 64/12
70/4 70/5
granted **[1]** 75/22
great **[3]** 4/11 37/22 38/8
greater **[1]** 13/5
greatest **[1]** 54/15
grew **[1]** 40/19
ground **[2]** 45/18 46/2
grounds **[3]** 21/14 40/5 61/23
group **[9]** 23/1 23/2 23/4 28/11
31/3 33/6 33/10 39/14 39/14
grouped **[1]** 23/14
groups **[1]** 52/2
grow **[1]** 54/5
guess **[7]** 24/18 25/18 28/24 39/6
49/11 58/12 58/13
guidelines **[4]** 8/7 13/12 13/15
44/1
guilty **[11]** 4/25 8/6 8/11 13/18
14/6 20/7 20/19 44/10 60/15 66/21
72/19
guy **[4]** 18/7 30/6 30/6 36/12
guys **[1]** 35/23

**H**

H20 **[1]** 59/22

H20-205B **[1]** 59/22
H20-B **[1]** 1/12
had **[50]** 7/5 7/8 15/10 15/11
16/17 18/15 22/7 22/8 22/22 24/11
24/24 24/25 25/1 25/4 26/13 26/15
26/17 26/17 26/19 26/22 27/22
28/16 28/17 29/15 30/9 30/12
30/13 30/19 30/22 32/9 32/10
32/11 32/13 32/14 33/5 33/8 36/14
38/3 38/8 45/8 46/9 46/25 47/10
47/13 47/14 49/6 51/13 51/14
52/22 58/19
hadn't **[2]** 28/12 28/12
hand **[3]** 27/24 56/1 74/10
hands **[2]** 36/11 36/19
happen **[3]** 38/8 39/18 48/4
happened **[5]** 14/16 22/14 37/2
49/24 52/4
happening **[9]** 16/10 19/22 33/24
34/5 35/18 38/5 53/5 54/14 54/15
happy **[4]** 4/2 11/9 26/4 43/24
hard **[2]** 35/15 55/18
hard-working **[2]** 28/13 55/18
hardworking **[1]** 19/7
has **[50]** 6/8 8/9 8/17 8/17 8/19
11/1 14/10 16/8 18/4 18/23 18/24
21/18 21/21 22/18 22/18 22/20
22/21 23/7 25/1 28/7 28/15 31/9
39/3 39/5 40/8 40/17 40/19 40/21
41/1 41/10 41/13 41/14 43/21
45/10 49/1 49/2 49/4 49/6 50/4
51/19 55/5 56/8 56/10 60/10 60/18
61/16 62/25 72/22 73/21 73/25
hasn't **[1]** 49/19
have **[126]**
haven't **[5]** 38/15 41/7 48/21 52/2
52/12
having **[5]** 15/7 18/18 20/2 37/2
52/21
he **[158]**
He's **[1]** 28/13
head **[2]** 19/15 22/23
health **[6]** 52/5 52/8 52/18 57/21
64/17 70/11
hear **[11]** 3/25 4/1 6/3 13/22 18/6
28/24 32/2 35/10 35/12 43/25
48/24
heard **[5]** 6/5 25/23 26/6 40/2
41/7
hearing **[5]** 7/25 8/1 8/2 10/9
10/12
heart **[1]** 47/9
Hebron **[1]** 41/10
heck **[1]** 33/14
help **[4]** 41/14 46/1 46/3 50/24
helped **[1]** 46/21
helping **[3]** 32/15 45/24 46/2
her **[20]** 23/21 28/12 28/12 30/22
30/23 31/1 32/11 32/15 36/18
45/11 48/22 49/4 49/9 49/11 50/13
50/24 50/24 66/24 74/1 74/5
here **[31]** 3/20 4/22 9/18 13/16
14/9 14/17 15/13 15/20 17/5 24/3
28/10 28/11 35/2 36/15 37/7 38/23
41/6 42/3 42/10 43/1 43/4 44/2
51/7 51/7 52/23 53/19 54/14 62/6
62/21 67/4 73/3
hereby **[3]** 56/16 63/12 69/6
herein **[2]** 57/11 64/7
hide **[2]** 25/15 27/23
hiding **[1]** 49/21
higher **[1]** 62/18
highly **[1]** 58/8
him **[27]** 10/21 16/6 18/7 18/10
18/25 19/8 20/3 22/15 23/3 28/19
29/1 29/3 29/5 30/16 30/17 31/6
31/10 32/2 36/16 36/25 37/2 37/3
37/3 41/10 41/11 43/20 43/25
himself **[6]** 11/10 18/11 20/1 22/5
26/12 40/4
hip **[1]** 11/14
his **[56]** 4/17 14/7 14/23 16/5

16/15 16/18 16/18 17/23 17/23
18/7 18/23 18/25 20/7 20/10
20/13 22/6 22/8 22/9 23/9 23/11
24/20 24/25 24/25 26/13 26/14
26/18 27/1 27/24 28/7 28/11 28/14
28/14 28/14 30/14 30/13 31/23 36/11
36/12 39/7 39/19 40/8 40/12 40/14
40/20 40/20 40/21 41/3 41/9 41/10
41/13 41/16 41/22 55/13 55/20
66/24 74/9
history **[12]** 13/13 15/9 16/5 18/8
38/19 41/3 41/4 45/8 54/6 54/22
68/13 68/15
hit **[1]** 11/24
hold **[3]** 12/8 22/2 36/20
holding **[2]** 36/8 36/19
home **[31]** 8/20 9/8 9/10 9/19
15/15 15/23 20/23 21/1 21/4 25/18
25/20 25/21 34/11 34/13 34/23
41/16 42/2 42/12 42/12 43/3 50/10
50/20 52/11 56/6 56/12 57/24
58/22 62/5 64/20 67/21 70/14
honest **[1]** 47/7
honestly **[1]** 33/13
Honor **[85]**
HONORABLE **[1]** 1/10
hope **[2]** 68/16 75/14
hoping **[1]** 30/7
horrific **[2]** 54/1 54/21
horrifying **[1]** 54/16
hostile **[1]** 18/15
hostility **[1]** 50/3
hour **[1]** 21/15
hours **[17]** 8/21 15/17 19/7 21/14
31/13 37/17 37/21 54/13 55/12
56/6 56/12 57/25 58/3 65/5 65/8
71/3 71/6
house **[5]** 32/21 34/8 34/14 66/3
71/21
houses **[1]** 19/3
how **[15]** 11/18 11/20 12/7 15/10
16/14 51/4 51/6 52/4 52/14 54/1
54/6 54/8 62/11 62/11 62/20
how he **[1]** 16/14
HOWARD **[1]** 1/20
however **[8]** 30/15 30/17 42/3
42/11 42/17 60/18 66/24 72/23
huge **[3]** 22/12 32/14 36/3
hundreds **[1]** 62/25
hybrid **[3]** 57/16 64/12 70/5

**I**

I give **[1]** 44/14
I'd **[3]** 28/18 28/24 38/14
I'm **[3]** 37/10 38/10 70/6
idea **[1]** 4/11
identical **[1]** 3/23
identically **[1]** 68/6
ignoring **[1]** 36/4
II **[1]** 2/3
images **[1]** 37/16
imagine **[1]** 16/8
immediately **[3]** 17/2 59/25 72/6
important **[4]** 5/20 15/13 54/4
68/22
impose **[8]** 6/9 13/4 13/23 35/11
58/24 63/6 64/21 68/24
imposed **[22]** 13/7 13/15 38/17
42/4 42/11 42/17 42/25 56/23
58/14 61/1 61/10 63/2 63/3 63/5
63/20 67/7 67/16 68/24 69/1 69/2
69/12 73/6
imposition **[1]** 34/19
impression **[1]** 33/24
imprisonment **[2]** 8/15 42/16
inauguration **[5]** 16/16 30/6 30/9
30/10 30/10
incarcerate **[1]** 25/17
incarceration **[6]** 8/18 21/6 34/9
35/3 42/24 56/4
incarcerative **[1]** 25/11
incidents **[1]** 16/10

**I**
include [7]  13/6 21/15 35/13 56/25 60/8 63/22 69/15
includes [3]  15/13 66/14 72/13
including [9]  14/20 49/1 57/15 57/16 64/11 64/12 70/4 70/5 70/21
income [1]  74/13
incorporate [2]  41/22 68/21
incur [3]  59/11 65/18 72/4
Indiana [1]  1/18
indicated [4]  15/6 57/11 62/8 64/7
individual [2]  4/8 18/22
individually [2]  3/25 4/7
individuals [11]  16/12 17/12 17/17 18/11 18/15 19/1 20/4 21/11 21/20 24/14 53/19
indoor [1]  30/19
indulgence [1]  12/22
information [17]  8/11 25/6 26/2 29/10 29/11 31/11 49/19 49/19 59/8 59/9 59/10 65/14 65/15 65/16 72/1 72/2 72/3
informing [1]  31/3
inhibiting [1]  36/2
initial [2]  30/14 32/9
injured [1]  40/25
injury [5]  16/20 23/1 30/20 30/21 30/23
innocent [1]  14/10
inordinate [1]  22/24
inpatient [2]  64/25 70/18
inside [13]  17/1 17/25 20/1 21/15 22/15 36/7 37/19 40/9 40/13 42/13 42/18 42/23 47/6
installation [2]  67/22 67/25
instead [6]  4/14 8/19 30/14 32/20 44/4 61/21
institutions [1]  55/24
instructed [1]  31/17
insurrectionist [1]  36/22
insurrectionists [1]  22/22
intend [2]  22/15 40/22
intensity [2]  65/4 70/22
intent [2]  27/23 30/8
intention [1]  16/14
intentional [2]  26/21 38/8
intentionally [1]  38/3
intentions [3]  45/1 47/7 48/2
interaction [2]  28/16 43/22
interactions [3]  18/13 18/18 28/17
interest [4]  59/15 65/23 71/15 71/16
internet [1]  22/25
interpretation [1]  26/20
interview [4]  18/6 27/2 27/8 45/17
interviewed [2]  43/9 43/12
interviewing [1]  26/12
investigation [3]  60/7 66/13 72/12
invite [1]  43/22
inviting [1]  43/23
involuntary [3]  60/15 66/21 72/20
involve [1]  21/14
involved [4]  21/11 45/21 49/18 50/2
involves [1]  21/24
involving [1]  49/7
is [264]
isn't [2]  17/21 22/1
issue [2]  28/4 62/6
issues [2]  68/14 75/5
it [159]
itself [3]  60/21 60/22 67/2

**J**
jail [1]  20/22
JAMES [3]  1/6 3/3 4/24
January [11]  14/6 14/16 24/15 26/15 30/5 30/9 37/25 39/12 43/13 49/4

January 20th [2]  30/5 30/9
January 6 [8]  14/6 14/16 26/15 37/25 39/12 43/13 49/11 49/24
JEB [1]  42/1
JEEN [1]  1/17
JEEN-YOUNG [1]  1/17
jeopardy [1]  47/8
JMC [1]  42/16
join [3]  11/4 11/9 56/2
joined [3]  11/13 12/12 68/9
joint [2]  4/6 4/11
Jones [2]  42/9 42/13
JR [2]  1/6 3/4
JUDGE [5]  1/11 42/4 42/8 42/11 42/24
judges [3]  54/2 63/7 69/1
judgment [9]  56/16 59/23 61/4 63/11 66/5 67/10 69/5 71/23 73/9
just [53]  4/12 5/18 5/19 6/7 11/21 12/8 13/8 15/4 15/22 24/21 27/3 27/7 29/11 29/18 29/22 31/22 32/22 37/14 39/4 39/24 43/2 43/4 43/19 44/3 45/19 45/21 45/24 46/5 46/6 46/6 46/12 46/24 46/24 47/10 47/24 49/14 50/5 51/1 51/9 52/8 52/10 52/20 53/4 53/5 53/5 53/5 53/5 54/16 62/1 67/20 68/20 75/2 75/3
justice [2]  24/16 24/18
justify [1]  62/17

**K**
Kathy [3]  59/21 66/3 71/21
keep [4]  45/25 49/9 52/9 52/18
killed [1]  47/9
KIM [1]  1/17
kind [17]  24/10 28/8 28/10 30/25 31/25 32/1 32/8 32/16 32/22 33/11 33/13 34/10 35/2 35/22 37/6 52/24 52/24
knee [4]  30/23 51/14 51/14 51/15
knew [3]  24/23 31/7 53/7
know [60]  5/24 11/18 12/7 16/23 17/3 22/16 22/16 23/5 25/13 25/21 26/20 28/2 31/4 31/9 31/11 32/25 33/8 33/14 33/23 34/2 34/4 34/6 35/18 37/24 39/10 39/11 40/14 40/17 40/17 41/4 41/17 44/24 45/1 45/4 45/6 45/8 46/7 46/19 46/24 47/9 47/11 47/15 47/21 47/23 48/1 48/3 48/6 48/10 49/3 49/22 52/4 52/20 52/23 53/7 53/8 55/10 55/13 58/5 73/21 75/4
knowing [2]  23/12 52/22
known [1]  41/10
knows [5]  16/3 16/7 40/21 41/3 44/6

**L**
lady [1]  46/16
large [2]  39/2 40/19
last [6]  5/10 5/11 6/9 30/13 42/21 58/19
late [3]  5/11 30/21 39/21
later [3]  31/18 36/25 40/11
law [11]  1/21 2/3 5/23 13/8 18/17 22/24 23/1 26/21 47/1 54/16 62/8
lawn [1]  38/5
lawyer [11]  4/1 6/4 7/6 7/10 7/15 7/18 7/22 10/17 44/21 45/1 59/1
lawyers [3]  7/24 11/5 54/2
lead [1]  39/6
leading [1]  16/25
least [8]  3/23 9/15 37/17 55/7 57/5 64/2 69/20 74/18
leave [10]  10/10 11/5 11/22 11/25 17/1 19/10 24/4 34/14 35/4 71/1
led [2]  22/15
left [4]  17/2 37/8 46/10 73/25

**legal [1]** 48/12
**length [2]**  49/11 70/3
leniency [1]  48/2
less [8]  17/16 40/9 55/13 55/21 59/24 66/6 71/24 74/6
let [18]  3/20 5/18 6/11 7/3 9/17 9/20 11/18 27/25 28/1 28/2 29/3 34/6 47/4 53/18 53/19 53/24 61/9 61/15
letter [3]  5/10 22/8 41/9
letters [2]  5/5 18/24
license [1]  49/8
lie [1]  24/14
lieu [1]  3/18
life [6]  34/20 41/10 45/22 47/8 49/9 68/17
lifetime [1]  40/18
light [3]  6/7 26/18 53/23
like [75]  4/14 6/4 6/5 10/5 10/16 10/20 14/11 14/13 14/14 15/4 17/22 19/19 20/20 22/17 24/7 24/12 24/13 26/2 27/11 27/23 28/20 28/20 28/23 28/24 29/7 29/22 30/2 31/16 31/20 31/24 32/4 32/6 33/5 33/5 33/7 33/9 33/15 34/8 34/25 35/20 36/12 36/13 37/7 38/14 42/6 42/10 42/19 44/20 45/3 45/15 45/20 45/23 45/25 46/1 46/6 46/13 46/19 46/23 46/24 47/10 47/11 47/11 47/23 47/25 48/4 48/5 51/9 52/8 52/10 52/17 52/19 61/20 62/9 70/15
likewise [1]  42/12
limited [5]  28/16 30/25 31/1 73/21 74/13
LINDSAY [3]  2/7 76/6 76/15
line [13]  5/20 14/23 14/25 15/20 22/9 22/10 31/16 31/16 31/25 32/8 32/9 32/23 33/12
lines [4]  49/3 59/12 65/19 72/5
Link [3]  57/16 64/12 70/5
list [1]  33/17
listen [4]  30/15 30/17 31/6 31/7
listening [3]  30/18 31/10 41/16
literally [1]  52/16
little [9]  20/5 20/7 35/23 41/21 42/3 51/24 52/24 52/24 74/1
live [5]  28/12 34/25 35/2 58/8 58/8
lives [4]  22/20 45/3 45/14 75/14
living [1]  58/5
local [3]  57/1 63/23 69/16
locate [1]  26/25
location [21]  8/20 9/25 50/18 56/12 57/10 57/11 57/13 57/14 57/17 64/6 64/7 64/9 64/10 64/13 65/4 67/22 69/25 70/1 70/2 70/7 70/22
LOL [1]  23/25
long [6]  30/15 30/17 40/17 40/22 41/4
long-term [1]  40/22
long-time [1]  40/17
longer [1]  42/3
look [10]  9/20 9/21 24/12 24/13 25/5 26/2 26/4 45/12 46/13 46/19
looked [3]  33/7 54/14 63/2
looking [2]  7/4 27/7
looks [1]  21/21
loose [1]  46/24
lot [9]  23/13 30/19 32/7 33/15 52/18 52/20 52/21 55/21 62/23
lots [1]  37/25

**M**
MacRae [2]  42/1 42/5
made [16]  16/22 18/5 19/9 19/12 19/19 20/2 22/3 22/4 29/14 40/11 40/16 49/25 54/1 59/17 65/24 71/17
madness [2]  45/21 46/24
maintain [2]  62/25 68/22

**M**

make **[20]** 6/5 19/17 20/1 23/11
25/10 27/18 28/5 30/7 31/5 53/2
53/18 57/6 59/13 64/3 65/20 69/21
71/13 73/22 74/14 75/11
makes **[3]** 3/22 20/15 62/19
making **[5]** 5/22 15/8 20/6 25/12
75/19
Mall **[2]** 31/5 31/9
man **[7]** 18/24 19/7 22/23 28/13
28/13 34/10 41/18
mandatory **[6]** 56/20 56/25 63/17
63/22 69/10 69/15
mannequin **[1]** 36/12
many **[7]** 17/4 18/10 38/13 47/12
54/13 63/1 63/1
March **[5]** 1/5 6/13 6/14 26/12
43/13
March 13th **[2]** 6/13 6/14
marijuana **[1]** 51/23
married **[1]** 40/23
Maryland **[1]** 40/19
massive **[1]** 54/24
material **[2]** 61/7 8/24
materials **[1]** 5/7
matter **[3]** 30/11 52/6 76/8
maximum **[1]** 8/14
may **[16]** 5/21 24/8 35/13 50/24
59/9 60/19 61/8 66/24 66/25 67/12
67/14 71/16 72/2 72/23 73/12
73/13
maybe **[5]** 9/21 9/22 20/19 29/3
50/12
mayhem **[1]** 61/24 68/9
MCFADDEN **[48]** 1/6 1/20 3/4 3/14
4/24 6/23 7/8 7/17 9/14 10/10
10/14 10/25 11/1 12/8 12/11 37/13
38/11 38/12 38/15 39/25 41/17
41/25 42/6 42/19 43/1 43/8 43/15
43/21 43/24 44/8 44/9 44/14 44/17
49/12 49/16 50/25 53/25 54/7
54/18 61/16 61/20 62/18 63/11
68/13 70/15 74/12 74/17 75/3
McFadden's **[1]** 39/1
MD **[2]** 1/22 2/4
me **[43]** 3/20 4/1 5/18 6/11 7/3
7/21 9/17 9/20 10/11 11/7 19/17
20/6 22/9 28/2 29/11 29/14 29/25
34/6 35/2 36/18 37/5 45/4 45/10
45/16 46/14 47/3 47/8 47/21 48/1
49/1 51/16 51/19 52/15 52/18
52/25 53/18 53/20 53/24 61/9
61/15 62/9 68/24 75/9
mean **[17]** 20/21 20/25 26/1 26/5
26/22 33/3 34/25 45/2 45/12 45/22
45/24 46/5 47/18 47/20 47/24 48/6
58/17
means **[1]** 73/22
measure **[1]** 15/7
mechanical **[1]** 5/21
media **[10]** 21/12 23/13 24/9 42/7
42/20 46/8 46/11 46/17 49/13 50/1
medical **[3]** 57/21 64/17 70/10
medication **[2]** 52/7 52/19
meet **[1]** 31/6
memo **[3]** 24/3 26/7 39/10
memoranda **[1]** 5/6
memorandum **[3]** 23/17 43/8 50/9
mental **[6]** 52/5 52/8 52/18 57/21
64/17 70/11
mention **[2]** 41/7 62/22
mentioned **[2]** 8/9 13/3 24/19
56/10
Merkley's **[1]** 21/17
mess **[1]** 51/11
messages **[1]** 29/11
met **[1]** 22/6
method **[1]** 70/18
methods **[1]** 64/24
might **[4]** 19/12 23/5 38/7 49/2
Mike **[1]** 22/23

**MILEUR [67]** 1/6 1/17 3/3 3/10
4/22 4/22 5/10 6/17 11/16 12/17
13/22 14/4 14/10 14/20 14/21
14/23 15/9 16/3 16/14 16/22 16/25
17/6 17/13 17/22 18/5 18/21 19/6
19/17 21/22 21/24 21/25 21/25
22/2 22/5 22/6 22/18 23/24 24/1
24/20 24/24 25/3 25/17 26/11 26/17
27/4 27/22 27/24 28/20 28/24 29/7
35/9 39/19 44/7 44/20 50/6
53/20 53/25 54/9 55/9 56/16 58/5
Mileur's **[4]** 23/7 23/19 28/7
39/17
military **[1]** 22/23
militia **[1]** 39/14
mill **[1]** 14/19
Miller **[1]** 14/7
mind **[3]** 32/1 68/12 68/25
mindset **[1]** 20/13
mine **[1]** 29/12
minute **[2]** 10/13 37/6
minutes **[14]** 10/16 10/21 11/24
17/1 18/3 19/11 20/13 37/20 40/10
42/6 42/19 42/23 47/12 55/13
misdemeanor **[1]** 8/7
misinformation **[1]** 32/7
missed **[1]** 10/8
mistake **[2]** 22/10 22/12
mob **[2]** 14/23 14/23
mobility **[1]** 31/1
modality **[2]** 65/4 70/22
moderate **[1]** 73/20
modification **[2]** 59/1 74/15
monitor **[2]** 64/14 70/8
monitored **[3]** 57/10 64/6 69/24
monitoring **[26]** 8/21 9/25 50/18
56/12 57/10 57/11 57/13 57/14
57/15 57/15 57/17 57/18 64/6 64/7
64/9 64/10 64/12 64/12 64/13
67/22 69/25 70/1 70/3 70/4 70/4
70/7
month **[8]** 42/21 59/24 66/6 71/24
73/23 73/23 74/6 74/18
months **[25]** 8/15 8/19 9/16 30/24
42/2 42/4 42/9 42/10 42/11 42/12
42/17 42/25 43/13 51/25 56/4 56/5
56/11 56/17 57/25 63/12 65/6 69/6
71/4 71/8 73/25
monuments **[1]** 30/19
moose **[3]** 58/10 58/15 58/19
more **[19]** 10/5 10/10 14/19 17/8
18/15 19/7 21/15 25/21 29/23 30/2
35/13 42/21 45/24 47/13 49/16
51/24 52/24 75/2 75/13
morning **[6]** 5/12 30/21 31/3 43/20
52/11 52/11
MOSS **[1]** 1/10
most **[4]** 20/3 38/23 53/6 55/23
mostly **[1]** 20/19
motion **[2]** 75/19 75/22
move **[5]** 13/23 31/24 32/16 37/13
75/20
moved **[2]** 31/25 40/6
movement **[3]** 57/18 64/15 70/8
moving **[4]** 32/1 32/21 32/22 33/13
Mr **[4]** 42/5 44/14 49/15 54/7
Mr. **[154]**
Mr. Bustos **[1]** 42/22
Mr. Jones **[1]** 42/13
Mr. McFadden **[40]** 3/14 6/23 7/8
7/17 9/14 10/10 10/14 10/25 11/1
12/8 12/11 37/13 38/11 38/12
38/15 39/25 41/17 41/25 42/6
42/19 43/1 43/8 43/15 43/21 43/24
44/8 44/9 44/17 49/12 50/25 53/25
54/18 61/16 61/20 62/18 68/13
70/15 74/12 74/17 75/3
Mr. McFadden's **[1]** 39/1
Mr. Mileur **[61]** 4/20 6/20 7/4
7/14 13/21 13/22 14/4 14/10 14/20
14/21 14/23 15/9 16/3 16/14 16/22

16/25 17/6 17/13 17/22 18/5 18/21
19/6 19/17 21/22 21/24 21/25
21/25 22/2 22/5 22/6 22/18 23/24
24/1 24/20 24/24 25/3 25/17 26/11
27/1 27/4 27/22 27/24 28/20 28/24
29/7 35/9 39/19 44/7 44/20 50/6
50/25 53/20 53/25 54/9 55/9 58/5
61/16 61/20 62/18 62/23
Mr. Mileur's **[4]** 23/7 23/19 28/7
39/17
Mr. Miller **[1]** 14/7
Mr. Ohm **[17]** 4/2 4/20 5/7 6/19
13/23 16/1 20/6 25/24 27/6 27/25
35/7 39/5 39/21 40/3 41/19 41/19
61/13
Mr. Orenberg **[15]** 4/5 4/12 5/14
6/22 10/15 11/1 11/10 11/22 12/15
12/19 38/25 43/6 48/13 67/19 74/9
Mr. Silver **[11]** 4/9 5/16 6/25
11/4 11/8 39/9 48/24 51/9 51/17
53/11 73/18
Mr. Williams **[1]** 7/21
Mr. Wilson **[1]** 67/23
Ms **[2]** 23/25 75/18
Ms. **[51]** 3/9 3/17 6/16 7/1 7/12
9/8 10/25 11/2 11/6 11/11 13/21
15/9 16/20 23/20 24/11 26/8 26/19
35/9 37/11 38/11 38/15 39/3 39/9
39/20 40/3 40/22 42/18 43/17 44/8
48/15 48/18 48/18 49/2 49/4 49/15
50/11 50/22 51/2 53/15 54/9 54/19
61/9 62/19 67/17 68/3 68/4 73/16
73/21 74/2 74/5 75/3
Ms. Allen **[18]** 3/9 6/16 9/8 13/21
26/8 35/9 37/11 39/3 40/3 48/15
48/18 49/2 53/15 61/9 62/19 67/17
73/16 74/2
Ms. Carry **[1]** 3/17
Ms. Conlon **[1]** 42/18
Ms. Williams **[30]** 7/1 7/12 10/25
11/2 11/6 11/11 15/9 23/20 24/11
26/19 38/11 38/15 39/9 39/20
40/22 43/17 44/8 48/18 49/4 49/15
50/11 50/22 51/2 54/9 54/19 68/3
68/4 73/21 74/5 75/3
Ms. Williams' **[1]** 16/20
much **[16]** 11/20 12/22 14/18 15/10
23/7 34/16 34/19 34/20 39/3 42/10
50/9 51/9 51/10 53/9 55/21 63/5
museums **[1]** 30/20
must **[45]** 13/12 56/25 57/1 57/2
57/6 57/9 57/12 57/24 58/3 59/7
59/11 59/22 61/3 63/22 63/23
63/24 63/25 64/3 64/8 64/22 64/23
64/25 65/5 65/8 65/13 65/18 66/4
67/9 69/15 69/16 69/17 69/18
69/21 69/24 69/25 70/15 70/17
70/18 71/3 71/5 71/7 71/22 71/25
72/4 73/8
mute **[2]** 11/8 12/4
my **[81]**
myself **[3]** 53/22 62/15 75/2

**N**

name **[1]** 3/5
NATHAN **[3]** 2/3 2/3 3/16
nation's **[1]** 54/5
nature **[10]** 13/13 16/5 28/7 38/20
53/24 55/6 61/19 62/5 68/6 68/16
near **[2]** 28/12 38/2
necessary **[2]** 13/5 17/5
need **[20]** 5/24 6/6 10/5 10/10
13/1 13/6 13/14 13/16 13/18 18/14
20/2 28/3 29/2 29/4 37/7 50/13
52/22 58/15 59/1 62/15
needed **[5]** 33/5 41/17 46/1 58/22
74/1
negative **[1]** 18/18
neighborhood **[1]** 55/11
nervous **[2]** 49/18 49/20
never **[14]** 16/22 25/1 30/9 30/13
33/11 35/20 43/9 45/2 45/4 45/22

**N**

never... **[4]**  46/7 46/8 47/16
51/13
new **[4]**  26/15 59/11 65/18 72/4
news **[3]**  15/11 23/22 45/17
next **[7]**  1/24 13/24 15/11 32/25
37/13 38/11 52/7
nice **[1]**  34/24
Nichols **[1]**  42/24
night **[1]**  5/11
no **[57]**  1/4 5/9 5/15 5/17 6/18
6/21 6/24 7/2 8/1 8/24 9/21 17/10
18/15 20/23 22/4 22/4 25/12 28/9
30/11 35/8 38/4 39/11 39/23 39/25
44/16 45/2 45/16 46/4 46/11 46/13
46/17 46/25 47/17 48/3 48/3 48/8
48/14 48/16 52/21 53/13 53/17
55/18 56/9 56/13 58/23 59/24
61/12 61/14 66/6 67/18 67/20
71/24 73/17 74/3 74/6 74/21 74/22
nodding **[3]**  19/15 54/7 54/9
non **[2]**  23/18 25/8
non-preservation **[1]**  23/18
non-trial **[1]**  25/8
none **[2]**  21/22 46/23
nonthreatening **[1]**  40/11
nonviolent **[1]**  40/12
nooses **[1]**  22/22
Northwest **[3]**  60/2 66/9 72/8
not **[105]**
note **[4]**  19/11 22/17 37/14 62/7
noted **[2]**  61/10 73/16
nothing **[5]**  35/18 40/15 46/8 48/3
58/11
notice **[5]**  61/3 61/5 67/9 73/8
73/10
notify **[3]**  60/3 66/10 72/10
now **[30]**  10/11 12/23 13/1 13/3
16/7 16/13 17/11 20/6 21/23 22/21
22/25 23/3 23/5 29/3 34/10 34/17
40/2 40/21 40/24 45/8 48/19 52/9
52/17 53/7 54/3 54/22 55/9 58/18
58/20 75/7
number **[2]**  3/3 54/20
nutshell **[1]**  51/11
NW **[2]**  1/18 2/8

**O**

object **[1]**  11/12
objection **[5]**  6/16 6/19 6/22 6/25
74/2
objections **[5]**  6/2 61/9 67/16
67/20 73/15
objects **[1]**  11/10
obligation **[3]**  60/5 66/11 72/11
obligations **[5]**  57/22 59/25 66/7
70/12 72/6
oblivious **[1]**  46/18
observe **[1]**  40/1
obstruct **[2]**  64/24 70/17
obstructed **[1]**  27/18
obstructing **[1]**  24/16
obstruction **[2]**  24/18 49/21
obviously **[4]**  3/24 55/5 62/10
68/14
occurred **[2]**  43/12 51/8
October **[1]**  76/13
odds **[1]**  20/7
off **[6]**  17/7 29/10 29/13 30/20
35/1 46/2
offender **[1]**  61/25 68/11
offense **[12]**  8/14 13/7 13/9 13/13
17/13 24/19 38/21 40/8 49/7 53/25
61/19 68/6
offenses **[2]**  62/5 62/6
offered **[2]**  26/14 36/16
offering **[1]**  55/19
office **[39]**  1/14 5/5 6/15 8/17
9/4 15/21 15/23 21/16 21/17 24/17
44/11 50/17 56/10 56/22 57/15
59/7 59/9 59/11 59/20 59/24 59/21

office's **[2]**  8/25 10/2
officer **[26]**  36/11 36/14 57/23
58/1 58/4 59/13 64/11 64/19 65/2
65/9 65/9 65/13 65/15 65/20 66/2
70/4 70/13 70/20 70/24 71/2 71/7
71/20 71/25 72/2 72/6 75/9
officers **[16]**  14/22 15/2 32/3
32/19 32/19 32/23 33/9 35/21
35/22 36/5 36/6 36/9 46/20 46/21
54/17 55/20
OFFICES **[1]**  2/3
Official **[3]**  2/7 76/6 76/16
oh **[5]**  9/6 9/24 12/12 25/20 48/8
OHM **[11]**  1/17 3/10 4/2 4/20 5/7
6/19 13/23 16/1 20/6 25/24 27/6
27/25 35/7 39/5 39/21 40/3 41/19
41/19 61/13
okay **[16]**  4/5 4/22 9/6 9/12 9/25
10/19 10/25 12/12 21/7 21/9 37/9
44/13 59/2 61/13 68/2 74/18
old **[3]**  45/5 46/1 62/3
once **[6]**  32/8 36/8 44/5 44/8
47/18 58/11
one **[34]**  13/20 13/24 14/2 16/4
17/9 21/8 21/17 22/8 27/16 30/14
35/1 35/13 36/7 36/11 36/12 37/12
38/7 41/9 41/11 46/14 49/6 50/1
50/22 54/4 55/19 56/8 57/3 62/1
63/4 64/1 69/19 70/6 73/19 75/3
one-year **[1]**  16/4
online **[1]**  31/22
only **[12]**  9/15 18/22 27/20 28/17
29/17 31/7 39/7 40/20 42/5 46/6
49/6 58/18
open **[5]**  35/23 41/16 59/11 65/19
72/4
opened **[2]**  47/1 47/4
operation **[1]**  34/10
opinion **[3]**  33/21 35/5 45/13
opportunity **[2]**  12/20 44/14
opprobrium **[1]**  50/3
option **[2]**  11/6 11/7
options **[3]**  56/22 63/19 69/12
Orchid **[1]**  2/4
order **[4]**  38/1 60/9 66/15 72/15
ordered **[8]**  56/18 57/22 59/13
63/14 65/20 69/7 70/12 71/13
ORENBERG **[19]**  1/20 1/21 3/14 4/5
4/12 5/14 6/22 9/13 10/15 11/1
11/10 11/22 12/15 12/19 38/25
43/6 48/13 67/19 74/9
organization **[2]**  19/1 28/10
original **[2]**  16/15 30/5
other **[36]**  11/6 14/8 14/11 14/13
14/14 15/4 17/16 18/11 18/24
20/21 24/9 24/22 25/1 25/4 30/6
32/11 38/13 38/19 39/5 39/23 40/1
41/4 44/9 55/4 57/7 59/4 60/16
63/7 64/5 64/18 66/22 69/1 69/22
70/12 71/10 72/20
others **[6]**  14/5 32/5 37/13 53/21
68/7 68/25
ought **[1]**  35/10
our **[19]**  20/15 24/3 25/6 26/11
27/3 30/14 30/25 41/15 46/15 47/7
47/21 47/23 48/1 48/2 51/20 54/5
54/10 54/22 55/23
ourselves **[1]**  25/7
out **[32]**  4/7 10/1 10/13 10/16
11/6 11/11 18/16 19/18 20/15
21/10 23/6 24/11 24/16 29/2 31/1
41/14 43/5 35/2 37/7 38/22 39/10
41/14 41/22 47/11 47/11 47/14
47/17 47/18 51/25 51/25 52/14
56/1
outcome **[1]**  38/23
outlets **[1]**  24/9
outpatient **[2]**  64/25 70/19

outside **[7]**  18/3 19/9 19/20 19/21
19/22
outstanding **[1]**  71/7
over **[11]**  23/23 29/20 32/15 36/8
39/23 52/13 52/15 54/5 65/11
71/11 73/23
overall **[1]**  14/18
overnights **[1]**  52/10
overran **[1]**  14/23
own **[3]**  19/5 25/6 52/5

**P**

P.C **[1]**  1/21
p.m **[4]**  1/6 37/18 37/18 76/2
packed **[1]**  33/1
page **[2]**  1/24 32/4
paid **[5]**  50/4 50/6 60/5 66/11
72/11
parading **[7]**  4/25 8/12 17/12
20/12 20/16 21/11 24/19
parents **[2]**  29/12 40/20
Park **[1]**  1/21
part **[25]**  6/9 10/1 14/24 15/19
17/23 18/19 18/24 22/25 23/2 23/3
26/11 28/10 28/10 34/24 40/5
40/19 49/15 50/11 56/22 60/19
63/18 66/25 68/17 69/11 72/24
participate **[2]**  64/25 70/18
participated **[1]**  14/5
participating **[1]**  53/4
participation **[6]**  43/14 58/2 65/3
65/7 70/21 71/5
particular **[4]**  14/20 44/6 54/7
55/9
parties **[2]**  14/1 15/18
partly **[2]**  38/17 38/18
past **[7]**  28/7 31/17 49/6 63/3
63/8 68/14 75/5
Paula **[1]**  42/15
Pause **[3]**  12/6 12/10 12/13
pay **[8]**  56/18 59/23 63/14 65/23
66/4 69/7 71/15 71/22
payable **[3]**  59/25 66/7 72/6
payment **[2]**  15/18 73/20
payments **[6]**  59/17 65/24 71/17
73/23 73/24 74/5
peeked **[1]**  36/11
peers **[1]**  50/4
Pelosi's **[1]**  21/16
penalties **[2]**  65/23 71/16
Pence's **[1]**  22/23
Pennsylvania **[1]**  31/15
people **[32]**  14/8 17/25 18/25
21/14 21/16 21/16 23/22 23/23
24/4 31/4 31/23 32/11 32/25 33/1
35/24 36/5 36/24 45/12 45/23
45/24 45/24 46/1 47/13 47/19
47/22 47/23 50/2 50/5 55/1 55/3
55/4 62/11
per **[4]**  59/24 66/6 74/6 74/18
perceive **[1]**  16/12
percent **[1]**  47/7
perhaps **[2]**  10/11 19/9
perilously **[1]**  54/11
period **[22]**  8/20 15/19 16/3 16/4
21/4 24/8 25/9 28/19 37/19 40/5
41/23 41/24 42/4 42/11 42/13 43/3
43/4 56/9 57/11 64/7 69/25 73/23
periodic **[4]**  41/1 57/5 64/2 69/20
permission **[3]**  61/7 67/12 73/12
permitted **[3]**  61/2 67/8 73/7
permitting **[1]**  4/19
person **[10]**  3/18 4/15 4/18 28/8
34/18 38/3 41/15 48/7 55/16 55/18
personal **[2]**  33/18 58/25
ph **[1]**  41/10
phone **[18]**  23/19 23/21 24/25 25/1
26/13 26/14 26/15 26/18 27/1 27/9
27/16 27/17 29/19 43/16 43/16
46/9 46/10 46/10
photo **[1]**  27/11
photos **[9]**  23/18 26/13 26/17

**P**

photos... [6]  26/23 26/25 29/18
37/17 42/20 46/20
pick [1]  32/11
picked [1]  45/18
picket [1]  46/23
picketing [3]  5/1 8/12 46/23
pictures [3]  27/11 46/11 47/16
piece [1]  36/24
pillars [1]  36/7
place [8]  19/13 38/1 38/1 38/3
47/14 62/3 62/12 62/23
placed [1]  64/1
placement [2]  57/4 69/19
places [1]  37/20
Plaintiff [2]  1/4 1/13
plan [2]  16/15 30/5
planned [1]  39/16
planning [3]  39/11 39/23 39/25
plans [3]  30/12 30/14 55/2
plate [2]  52/21 52/21
plausible [1]  26/19
played [1]  14/5
plaza [1]  40/7
plea [17]  20/7 20/10 60/15 60/17
60/19 60/20 61/2 66/21 66/23
66/25 67/1 67/8 72/19 72/21 72/24
72/25 73/7
pleaded [1]  8/11
pleas [1]  20/19
please [1]  3/5
pled [4]  4/25 8/6 14/6 44/10
pledge [1]  35/19
point [9]  20/1 21/10 24/16 26/24
31/24 41/22 47/3 50/7 67/20
pointed [2]  18/16 39/10
points [1]  17/5
police [20]  14/21 14/23 14/25
15/2 18/13 18/14 18/16 18/18
28/18 31/15 31/16 31/25 32/3 32/9
32/19 32/23 33/5 46/16 46/21
55/20
policy [1]  13/12
poor [2]  53/4 53/6
portion [1]  23/16
portions [1]  53/22
position [6]  14/11 20/15 24/3
24/6 34/12 75/8
positive [3]  24/15 28/17 41/13
possess [3]  57/2 63/24 69/17
possibilities [1]  33/17
possible [2]  34/9 50/8
posted [2]  42/7 42/19
posts [6]  22/4 22/4 24/5 24/11
29/13 29/15
posture [1]  25/8
potentially [2]  30/13 58/17
Potomac [2]  1/21 1/22
preapproved [3]  57/23 64/19 70/13
preceded [1]  7/23
preferable [1]  4/21
preference [2]  3/21 4/3
prefers [1]  4/18
preparation [1]  39/11
preparing [1]  10/9
presence [1]  68/9
present [5]  14/8 19/6 60/24 67/4
73/3
presentation [1]  6/6
presented [1]  39/5
presentence [17]  5/3 6/2 6/11
6/12 6/17 7/6 7/9 8/3 56/22 60/6
60/11 63/19 66/12 66/17 69/12
72/12 72/16
presents [2]  18/22 43/1
preservation [2]  23/18 23/18
president [4]  16/21 39/13 45/2
45/14
pretrial [2]  25/9 28/15
pretty [7]  21/18 31/21 31/23
34/16 51/9 51/10 53/9

prevent [1]  35/4
previous [1]  55/12
price [2]  50/4 50/5
pride [1]  15/7
primary [1]  52/16
prior [3]  31/13 39/12 68/21
prison [2]  35/3 75/10
private [1]  10/14
privy [1]  11/2
probably [6]  20/19 31/14 35/10
46/10 49/14 53/20
probation [77]
probationary [3]  17/9 17/10 50/10
problem [1]  25/12
proceed [5]  4/13 4/14 12/14 12/23
12/24
proceeding [3]  60/16 66/22 72/21
proceedings [5]  11/14 28/3 44/10
76/2 76/8
process [3]  3/21 5/19 16/15
proffer [1]  37/25
program [19]  57/13 58/2 58/2 64/9
64/9 65/1 65/2 65/3 65/7 65/7
70/2 70/2 70/19 70/20 70/21 70/24
70/25 71/5 71/5
prohibited [2]  64/23 70/16
projects [1]  19/4
promote [2]  13/10 13/11
property [1]  58/16
prosecuted [1]  48/9
prosecution [1]  31/9
protect [3]  13/10 36/3 58/22
protecting [2]  15/2 37/5
protesters [1]  33/3
protesting [1]  22/21
protests [1]  38/5
provide [8]  13/8 27/1 58/3 59/7
65/8 65/13 71/6 71/25
provider [2]  65/4 70/22
provisions [3]  56/15 63/10 69/4
public [3]  1/17 13/10 15/3
pulling [1]  36/24
punch [1]  7/21
punished [1]  50/5
punishment [1]  13/8
punitive [3]  15/13 22/17 22/18
pure [1]  20/25
purely [1]  8/24
purportedly [1]  26/16
purpose [1]  50/19
purposes [7]  5/22 8/4 13/6 13/6
34/14 62/4 71/1
pursuant [6]  56/14 60/25 63/9
67/6 69/3 73/5
push [4]  17/23 33/6 35/22 36/4
pushed [7]  18/1 32/13 36/7 36/21
37/1 37/4 37/5
pushing [5]  32/11 33/19 33/25
36/9 37/22
put [5]  10/15 11/15 46/8 47/8
75/14
puts [2]  24/5 52/24

**Q**

quarrel [1]  50/15
question [6]  3/24 7/12 17/11
20/17 43/6 58/13
questions [5]  32/1 43/19 43/21
46/13 48/21
quickly [2]  44/3 62/12
quite [4]  31/12 54/3 62/3 62/9
quote [2]  18/12 41/13
quote/unquote [1]  18/12

**R**

radio [3]  57/15 64/11 70/4
raid [1]  45/2
raising [2]  27/24 74/9
rallies [1]  31/23
rally [9]  16/17 16/17 30/13 33/22
34/1 34/1 35/19 39/21 39/22

rally because [1]  16/17
RANDOLPH [1]  1/10
range [1]  13/15
rate [3]  59/24 66/6 71/24
rather [3]  43/4 56/2 73/23
reached [1]  32/11
react [1]  62/12
reaction [3]  24/20 24/22 29/14
read [2]  5/12 21/17
ready [5]  12/14 12/24 39/15 46/22
55/3
real [1]  50/15
reality [1]  37/1
realize [1]  22/13
really [25]  16/14 18/10 19/6 24/3
24/20 34/8 34/22 36/1 36/2 47/19
49/10 49/18 49/21 50/19 50/19
50/20 54/1 54/6 54/8 54/21 75/6
reason [10]  27/2 27/20 29/17 31/7
45/16 47/12 55/15 58/6 58/25 75/7
reasonable [1]  38/23
reasons [4]  15/12 33/18 55/23
68/23
recall [1]  24/8
receive [5]  9/22 9/23 29/16 30/24
50/14
received [12]  5/3 6/12 6/13 6/14
17/9 17/9 20/21 20/22 20/23 21/3
20/20 30/21
receiving [3]  22/1 29/10 29/17
recent [1]  68/15
recently [1]  42/21
recognition [4]  14/4 57/16 64/13
70/5
recognize [1]  54/22
recognized [1]  22/11
recommend [1]  16/4
recommendation [12]  5/4 6/15 8/24
9/15 10/2 10/5 14/1 15/21 26/3
27/3 50/16 50/16
recommended [8]  8/17 8/18 8/19
50/15 56/11 56/21 63/18 69/11
recommending [4]  9/5 9/7 9/11
9/19
recommends [1]  9/16
record [16]  3/2 3/5 4/12 12/18
28/3 28/9 28/22 45/9 49/4 55/19
61/11 62/2 62/2 67/17 73/16 76/8
records [1]  13/17
recounts [1]  33/20
recovered [1]  37/16
reference [2]  53/21 54/1
referencing [1]  31/22
referred [4]  54/19 57/24 64/20
70/14
reflect [1]  13/7
Reform [3]  56/14 63/9 69/3
reformed [1]  33/11
refrain [3]  57/2 63/24 69/17
refusal [1]  27/4
regard [3]  9/15 63/4 68/21
regardless [1]  23/8
regards [3]  10/1 29/9 29/13
regret [2]  53/6 62/12
regulations [5]  57/12 64/8 65/1
70/1 70/20
rehabilitation [1]  13/11
related [2]  18/13 43/2
relates [2]  16/6 21/20
relation [2]  14/5 37/25
relationship [1]  40/22
release [7]  28/15 59/8 60/6 65/14
66/12 72/1 72/12
releases [1]  25/6
relevant [7]  5/23 8/5 13/2 14/16
20/14 38/19 71/1
reliable [1]  41/13
reliant [1]  19/8
relief [1]  74/12
religious [3]  57/20 64/17 70/10
remained [1]  41/13

**R**

**remaining [1]** 75/19
**remarks [2]** 38/16 41/22
**remember [3]** 22/7 33/21 54/18
**remotely [1]** 3/18
**remove [4]** 26/21 59/3 65/10 71/9
**removed [1]** 29/13
**repeat [4]** 53/21 61/18 62/15 68/5
**replaced [1]** 24/25
**replacement [1]** 51/15
**report [15]** 5/4 6/2 6/13 7/6 7/9
8/25 56/23 60/7 60/12 63/19 66/13
66/18 69/12 72/12 72/16
**reported [2]** 26/12 26/14
**Reporter [4]** 2/7 2/7 76/6 76/16
**reports [4]** 6/11 6/17 8/4 23/13
**representations [2]** 39/17 40/10
**reputation [1]** 23/7
**request [8]** 8/1 8/2 25/11 61/6
67/12 73/12 73/19 73/22
**requested [9]** 26/5 42/2 42/9
42/16 42/24 49/20 56/5 65/14 72/1
**requesting [2]** 15/20 42/3
**required [4]** 8/8 13/2 25/3 73/22
**requirement [1]** 59/16
**rescheduled [1]** 10/12
**resentful [1]** 23/3
**residence [6]** 57/19 60/9 64/16
66/15 70/9 72/14
**resident [2]** 40/18 40/18
**resolution [1]** 71/23
**resolve [2]** 5/25 71/7
**resolving [1]** 6/2
**resources [2]** 44/12 50/23
**respect [26]** 6/2 8/5 9/1 13/8
14/13 22/24 37/12 37/14 38/14
44/18 48/18 49/13 50/8 53/22 55/9
56/3 59/15 61/18 61/25 62/16
62/22 65/3 68/6 68/11 68/19 75/3
**respond [2]** 10/6 43/7
**responding [1]** 46/13
**response [1]** 46/13
**responsibility [6]** 23/9 23/10
44/4 44/9 53/1 54/24
**responsible [1]** 41/18
**rest [1]** 50/25
**restitution [23]** 8/16 8/21 15/18
56/7 56/9 56/13 57/6 57/8 59/13
59/17 59/23 64/3 64/5 65/21 65/24
66/5 69/21 69/23 71/13 71/17
73/21 73/24 74/5
**restricted [7]** 37/16 40/4 55/12
57/19 61/23 64/15 70/9
**restriction [8]** 8/23 58/7 58/15
58/25 59/3 64/14 65/10 71/9
**restrictions [5]** 57/18 65/18 70/8
**result [2]** 30/7 41/1
**resulted [1]** 54/20
**return [4]** 43/16 60/11 66/17
72/16
**review [3]** 5/8 7/5 7/9
**reviewed [2]** 5/3 40/7
**reviewing [3]** 6/1 9/14 37/25
**revoke [1]** 75/10
**right [44]** 3/19 4/9 4/17 4/22
5/18 6/19 7/3 12/19 12/25 15/25
26/23 29/7 31/15 31/23 34/9 34/16
38/25 39/22 40/14 40/24 46/20
48/8 48/9 48/15 48/17 52/17 53/11
53/15 53/18 58/18 58/20 60/18
60/25 61/15 66/25 67/7 68/2 68/3
68/4 68/16 72/1 72/23 72/24 73/6 74/19
**rights [3]** 60/21 67/2 72/25
**riot [2]** 14/5 33/8
**rocks [1]** 41/12
**role [2]** 14/4 62/24
**roof [1]** 36/8
**room [12]** 1/15 2/9 10/16 11/7
11/11 11/16 11/21 11/25 17/2 29/3
59/21 71/21
**rotunda [7]** 17/1 32/21 32/24 37/6
37/23 38/2 40/8
79/
**RPR [1]** 76/15
**rules [5]** 57/12 64/8 65/1 70/1
70/20
**run [1]** 14/19
**running [2]** 40/10 45/25
**rural [2]** 58/8 58/10
**rushing [1]** 47/13

**S**

**sacred [1]** 55/24
**safety [2]** 58/14 58/25
**said [33]** 4/7 9/2 9/3 18/10 18/11
18/12 20/17 20/20 21/25 23/22
24/3 27/8 27/14 30/3 31/9 39/3
39/4 39/21 40/15 41/10 44/20
46/19 47/25 48/4 49/2 49/2 51/1
51/9 53/10 61/18 68/5 68/5 68/20
**same [7]** 6/14 7/12 17/3 20/20
29/16 29/17 32/4 38/16 38/23
38/24 41/11 61/19 62/15 68/20
68/24 74/10 74/12
**sandwiches [2]** 36/14 36/16
**satisfied [5]** 7/14 7/17 7/22
28/22 53/13
**save [1]** 47/20
**saving [1]** 44/11
**saw [6]** 19/23 32/8 36/11 55/21
61/20 68/7
**say [20]** 5/18 19/12 36/17 38/14
39/8 40/13 40/18 43/17 44/10
44/25 44/25 48/7 48/11 49/14
49/16 50/4 51/8 53/9 68/20 75/2
**saying [14]** 20/8 22/5 24/14 36/24
44/2 44/21 45/19 46/16 47/1 48/7
51/17 52/25 75/7 75/9
**says [3]** 12/12 23/22 29/4
**scared [3]** 44/23 62/9 62/11
**schedule [1]** 73/20
**scheduled [1]** 50/14
**screen [3]** 7/5 26/16 27/9
**search [1]** 26/24
**searched [1]** 26/14
**second [2]** 27/16 70/6
**seconds [1]** 19/10
**secret [1]** 11/13
**section [18]** 5/2 6/8 8/13 13/4
56/15 56/19 57/7 60/25 61/17
63/10 63/15 64/4 64/4 67/6 69/4
69/8 69/22 73/5
**seditious [1]** 23/14
**see [21]** 9/17 9/18 12/11 23/20
27/24 31/14 33/2 33/4 39/24 45/15
46/7 47/21 51/13 52/5 52/6 52/7
52/8 54/8 55/10 56/1 74/9
**seek [3]** 24/17 24/17 59/1
**seem [4]** 5/21 20/9 32/4 33/4
**seemed [2]** 18/17 31/20
**seems [7]** 18/7 20/6 24/7 28/20
49/5 49/8 49/18
**seen [10]** 16/8 16/8 18/24 18/25
28/12 28/12 31/22 32/11 45/23
46/7
**sees [1]** 41/11
**segments [1]** 16/10
**seizures [2]** 41/2 52/17
**semi [2]** 58/10 58/12
**semi-town [1]** 58/12
**senate [1]** 35/21
**Senator [1]** 21/17
**senators [2]** 33/19 33/25
**send [1]** 75/10
**sense [4]** 23/22 25/18 27/18 62/19
**sentence [44]** 6/7 6/10 8/14 13/4
13/7 13/9 13/14 13/23 15/12 15/15
17/10 17/18 25/21 28/18 34/11
34/13 38/16 38/24 39/1 41/6 43/5
56/4 56/11 60/9 60/18 60/21 60/23
61/1 61/10 62/18 63/6 64/5 66/15
66/24 67/2 67/7 67/16 68/24 69/25
72/15 72/23 73/1 73/6 73/15
**sentenced [4]** 38/24 56/17 63/12
63/17
**sentences [13]** 13/19 17/9 20/22
21/6 35/11 50/8 56/3 62/14 62/24
63/2 63/3 68/19 68/25
**sentencing [41]** 1/10 3/25 4/18
4/23 5/4 5/6 5/23 6/1 8/4 8/7
9/14 9/23 9/25 10/3 10/4 10/9
10/12 13/2 13/6 13/16 14/13 14/13
14/17 17/18 23/17 26/7 26/11 34/7
38/19 39/10 41/20 43/8 44/18
56/14 56/22 62/4 63/9 63/19 68/22
69/3 69/11
**sentencings [1]** 4/8
**separate [1]** 11/3
**separately [1]** 3/21
**separates [1]** 20/3
**September [1]** 51/21
**series [1]** 22/14
**serious [2]** 14/9 14/19
**seriously [1]** 49/16
**seriousness [3]** 13/7 49/17 49/24
**serve [1]** 18/23
**service [8]** 8/22 15/17 56/6 56/9
56/13 57/25 65/5 71/3
**services [3]** 57/20 64/17 70/10
**session [2]** 4/7 4/11
**sessions [1]** 52/3
**set [7]** 6/17 8/3 8/24 10/1 18/10
21/19 61/17
**several [1]** 40/25
**shall [17]** 56/20 59/3 59/17 60/3
60/6 60/11 63/16 65/10 65/15
66/10 66/12 66/17 69/9 71/9 71/17
72/11 72/16
**share [3]** 59/9 65/15 72/2
**she [32]** 23/21 23/21 23/21 29/16
30/16 30/17 30/20 30/21 30/22
30/24 32/11 36/19 37/2 37/3 37/4
39/4 41/10 41/10 41/11 41/12
42/19 49/5 49/6 49/8 49/11 49/25
50/11 50/11 50/13 50/13 73/22
73/25
**Sherrill [3]** 59/21 66/3 71/21
**SHERRY [3]** 2/7 76/6 76/15
**short [3]** 15/14 41/24 42/13
**shortly [1]** 32/18
**should [18]** 5/8 12/11 13/9 14/12
17/16 29/21 34/7 40/13 41/5 44/3
44/25 44/25 45/14 48/9 55/4 65/24
72/9 74/5
**shoving [1]** 37/22
**show [2]** 45/19 58/20
**shows [1]** 36/25
**shut [1]** 30/19
**shutting [1]** 24/10
**siblings [1]** 40/20
**side [8]** 16/22 16/25 31/19 35/22
36/12 46/20 46/21 55/25
**sights [1]** 51/14
**sightseeing [1]** 16/19
**sign [2]** 25/6 46/23
**significant [1]** 62/3
**SILVER [14]** 2/3 2/3 3/17 4/9 5/16
6/25 11/4 11/8 39/9 48/24 51/9
51/17 53/11 73/18
**similar [10]** 13/17 13/18 38/18
43/2 62/20 63/2 63/3 63/4 68/12
70/23
**since [5]** 25/8 26/15 27/5 44/1
52/1
**singing [1]** 35/18
**singularly [1]** 54/21
**sir [12]** 7/7 7/11 7/13 7/19 7/20
7/23 9/2 35/5 35/6 35/14 51/4
75/16
**sister [1]** 29/12
**sitting [1]** 32/10
**situation [10]** 24/4 45/23 49/10
49/17 50/24 51/8 54/11 58/5 58/9
62/13
**six [1]** 35/1

| | | |
|---|---|---|
| **S** | **Steal [2]** 34/4 39/22 | **terms [7]** 16/12 17/6 17/11 24/24 |

**S**

skills [1] 28/14
slightly [1] 15/22 62/17
slowly [1] 40/6
small [3] 22/19 33/6 33/10
Smart [3] 57/16 64/12 70/5
smashed [1] 47/3
smoking [1] 51/23
snatch [2] 47/10 47/14
snipers [1] 21/13
snow [2] 34/23 58/20
so [115]
social [9] 21/12 24/9 42/7 42/20 46/8 46/11 46/17 49/13 50/1
soldiers [1] 45/16
some [36] 5/21 19/2 20/19 21/4 21/11 21/13 27/10 31/22 31/22 32/4 32/5 32/25 36/14 36/16 37/15 38/18 40/2 40/11 41/20 42/7 55/1 55/3 58/25 60/16 60/17 60/20 62/17 64/21 66/22 66/23 67/1 68/14 72/20 72/22 72/25 75/4
somebody [2] 19/6 22/17
somehow [3] 60/15 66/21 72/19
something [13] 12/12 18/18 18/19 22/11 22/16 25/13 25/14 30/23 31/21 45/6 45/9 46/7 62/23
sometimes [1] 34/19
somewhat [1] 10/2 23/2 62/13
somewhere [2] 55/11 55/13
sorry [3] 37/10 38/10 70/6
sort [9] 11/21 16/10 18/1 23/13 23/14 26/6 32/6 32/24 38/22
sought [1] 56/8
sounds [1] 29/6
speak [5] 27/25 28/1 28/20 32/2 49/15
Speaker [1] 21/16
speaking [3] 16/21 31/20 33/22
special [4] 56/18 57/9 63/14 69/7
specific [1] 48/21
specifically [2] 26/17 38/14
specified [2] 6/8 8/9
specify [1] 74/4
spectrum [3] 17/12 17/15 55/7
speech [2] 19/22 19/23
spend [1] 34/21
spent [1] 55/11
spoken [1] 25/4
spreading [1] 24/14
squeezed [1] 47/2
stable [1] 41/15
stage [2] 13/1 44/10
stairs [3] 37/23 38/2 38/6
stamps [1] 37/15
stance [1] 27/21
stand [1] 55/7
standards [1] 21/19
standing [7] 17/24 19/20 19/21 35/17 36/11 46/20 47/15
start [6] 4/2 6/1 6/11 13/21 53/20 53/24
started [4] 32/15 44/6 44/7 44/8
starting [1] 3/6
state [5] 3/5 40/18 57/1 63/23 69/16
statement [2] 18/9 40/8
statements [7] 13/12 18/5 22/4 27/4 48/12 49/14 49/25
states [25] 1/1 1/3 1/11 1/14 3/8 4/23 33/20 39/13 40/9 42/1 42/8 42/15 42/22 59/10 59/18 60/1 60/8 65/16 65/25 66/8 66/14 71/18 72/3 72/7 72/13
Station [1] 39/20
statute [11] 6/8 8/9 13/3 20/16 56/4 57/7 61/2 64/5 67/8 69/23 73/7
stay [5] 32/5 34/24 61/22 61/23 75/6
stayed [1] 20/12 53/8

**Steal [2]** 34/4 39/22
stepping [1] 49/3
steps [12] 5/21 14/24 27/12 31/19 32/21 32/21 32/24 33/11 35/18 36/8 40/7 46/2
still [6] 20/15 29/21 31/7 52/12 62/10 73/25
Stop [2] 34/4 39/22
stopped [2] 36/9 51/23
storm [1] 39/15
stormed [2] 14/24 23/23
straight [2] 21/19 43/4
straightforward [1] 18/7
stress [2] 52/18 75/4
strong [1] 41/16
struggled [1] 68/14
stuff [6] 3/23 21/24 27/10 27/12 29/21 35/2
subject [3] 22/9 22/10 70/23
submit [6] 37/24 57/3 64/1 64/22 69/19 70/15
submitted [5] 5/5 5/6 5/10 41/9 50/9
subpoenaed [1] 49/20
substance [16] 57/2 57/3 57/21 63/24 63/25 64/17 64/22 64/23 64/25 69/17 69/19 70/11 70/15 70/17 70/19 70/23
substantially [1] 22/18
successful [2] 33/7 33/8
such [8] 41/4 54/5 60/4 60/21 66/11 67/2 72/10 73/1
suffered [1] 22/19
sufficient [1] 13/5
suggest [3] 15/3 41/24 42/25
suggesting [1] 20/9
suggestion [1] 23/21
Suite [1] 1/19
summed [2] 51/9 51/10
superseding [1] 8/11
supervise [5] 58/1 65/2 65/6 70/21 71/4
supervised [2] 50/22 50/23
supervision [16] 8/23 51/18 56/19 56/24 57/4 59/6 63/16 63/21 64/2 65/12 69/9 69/14 69/20 71/8 71/12 75/5
supplement [1] 28/23
supporters [1] 48/5
supportive [1] 40/20
supposed [6] 31/20 33/22 35/3 46/5 47/22 52/19
sure [10] 5/19 5/22 10/18 12/9 12/9 30/6 34/4 53/19 58/6 75/12
surgery [2] 30/24 51/15
sweeping [2] 38/4 39/6
system [2] 51/25 52/1

**T**

table [1] 41/20
take [14] 9/20 10/20 20/19 23/9 23/10 24/6 35/24 41/5 46/11 49/16 52/4 52/8 52/19 52/25
taken [2] 24/1 29/10
taking [3] 24/9 46/20 47/15
talk [7] 10/17 10/21 29/4 31/18 41/21 46/15 52/5
talked [2] 15/10 54/8
talking [8] 17/4 21/12 24/21 29/1 29/25 36/5 46/15 46/22
talks [1] 23/17
tamper [2] 64/24 70/17
technology [4] 57/14 64/10 64/14 70/3
tell [5] 11/23 17/14 17/22 26/22 37/3
telling [4] 18/7 18/14 32/5 46/12
tells [1] 41/12
term [9] 8/19 8/23 40/22 50/10 59/5 63/12 65/12 69/6 71/11
termination [3] 60/13 66/19 72/18

**terms [7]** 16/12 17/6 17/11 24/24
terrace [2] 16/11 16/11
terrible [2] 54/6 54/8
terribly [1] 68/15
test [4] 51/20 57/4 64/1 69/19
tested [1] 51/21
testing [4] 64/22 64/24 70/16 70/18
tests [3] 57/5 64/2 69/20
text [1] 23/19
than [24] 13/5 14/19 17/16 19/7 21/15 39/23 40/1 40/9 42/3 44/7 47/16 47/17 48/9 51/24 52/24 55/13 55/21 56/2 59/24 62/13 66/6 71/24 73/23 74/6
thank [34] 3/19 5/13 9/20 12/3 12/19 12/21 12/25 13/25 15/25 16/2 21/9 26/9 35/6 35/8 37/9 41/19 48/11 48/14 48/16 51/1 53/11 53/13 53/15 53/17 61/12 68/2 74/8 74/16 75/16 75/20 75/23 75/24 75/25 76/1
that [445]
their [11] 10/5 15/7 19/3 19/5 33/20 34/12 34/20 36/2 38/17 41/12 50/3
them [23] 11/3 11/13 11/21 14/22 17/8 17/8 17/9 18/8 24/5 24/6 32/4 32/5 33/20 36/20 37/18 38/22 45/25 46/2 46/3 49/3 52/6 54/3 62/11
themselves [2] 38/4 54/1
then [33] 3/24 4/23 6/3 6/6 11/10 11/21 12/1 13/18 13/22 13/23 14/25 16/16 17/11 18/16 19/24 21/3 21/8 25/11 26/4 27/5 27/19 28/25 30/18 32/8 32/18 33/11 35/11 36/8 36/16 36/17 37/6 53/7 61/15
theory [3] 60/24 67/5 73/3
therapist [1] 52/6
there [118]
thereafter [3] 57/5 64/2 69/20
therefore [3] 43/3 65/23 71/15
these [19] 11/14 13/6 13/20 14/4 14/18 14/20 15/12 15/14 16/8 19/23 21/11 23/8 23/13 46/12 54/2 54/4 54/23 62/19 62/24
they [80]
thing [14] 22/11 24/15 24/21 27/11 32/25 35/13 45/12 46/18 50/2 56/1 58/18 62/10 74/10 75/3
things [15] 18/10 18/11 18/12 21/23 21/24 24/9 38/14 44/23 46/12 47/16 49/5 52/25 56/1 62/1 75/2
think [73] 4/10 5/8 9/7 9/8 9/21 10/15 11/1 11/13 11/24 14/1 14/15 14/15 15/12 16/7 16/9 17/5 17/14 18/2 19/17 20/3 20/13 20/14 20/18 21/18 21/23 22/13 24/2 25/3 25/16 25/17 27/2 27/3 27/11 27/13 27/13 27/22 28/3 28/7 35/10 36/1 38/21 41/5 43/18 43/23 43/25 44/5 45/13 46/10 49/6 49/12 49/17 49/23 49/25 50/6 50/9 50/11 50/12 50/20 50/22 50/24 53/20 53/25 54/3 54/6 54/7 54/18 55/16 62/9 62/16 68/21 68/23
thinking [4] 26/4 36/15 54/14 62/24
third [1] 49/1
this [73] 4/14 5/12 5/19 7/15 8/8 9/13 9/22 10/11 12/7 14/1 14/11 15/4 16/16 16/24 17/7 17/12 20/4 22/7 22/11 22/15 22/18 22/19 22/21 22/25 23/5 24/8 24/14 24/23 25/13 26/5 28/4 28/4 28/5 32/1 34/12 34/25 36/18 36/25 37/12 37/19 41/2 41/9 41/25 43/5 43/22 44/6 44/8 46/15 47/22 48/25 49/10

**T**

this... **[22]**   50/3 52/4 52/11
52/15 53/22 54/10 54/14 55/22
57/17 57/23 58/6 62/22 63/4 63/7
64/13 66/5 67/10 69/1 70/7 71/23
75/14 76/13
**those [21]**   3/25 6/3 15/16 19/20
19/21 19/25 20/23 21/21 21/22
23/12 25/12 27/3 29/13 29/14
29/18 32/16 35/23 36/4 36/6 36/8
75/11
**though [7]**   25/18 45/19 45/23 50/2
50/18 62/16 62/16
**thought [3]**   19/22 19/23 34/2
**threatening [1]**   40/15
**threats [2]**   29/14 29/17
**three [15]**   5/2 5/19 8/18 15/19
37/15 38/17 38/24 42/6 42/19 45/6
47/10 50/12 55/6 62/19 75/13
**through [15]**   3/21 3/22 5/20 7/4
17/2 31/15 31/25 32/1 32/9 32/9
34/23 40/7 54/3 68/9 75/21
**throughout [4]**   11/14 14/18 44/22
45/11
**thrown [1]**   45/18
**thus [1]**   44/11
**time [32]**   7/5 7/9 10/6 10/10
11/20 13/20 14/3 15/14 20/14
22/13 24/8 25/11 28/14 32/12
32/22 35/17 36/3 36/6 37/15 37/18
40/5 40/17 41/2 41/4 42/14 43/22
48/11 50/12 60/4 66/11 72/10 74/1
**timely [1]**   44/9
**times [5]**   13/3 57/20 63/5 64/16
70/9
**today [9]**   4/14 4/14 4/19 5/8 7/25
10/9 51/5 62/4 67/21
**together [6]**   3/24 11/3 11/5 11/16
33/2 43/17
**told [5]**   16/20 19/24 26/17 27/10
27/19
**tomorrow [1]**   52/6
**tonight [1]**   52/13
**too [4]**   11/25 38/13 39/21 74/13
**took [4]**   16/19 29/17 51/23 51/24
**top [6]**   33/12 35/17 36/8 37/23
38/2 38/6
**total [1]**   51/14
**totally [1]**   48/8
**towards [2]**   45/25 53/3
**town [1]**   58/12
**track [1]**   68/17
**train [3]**   30/20 31/3 31/4
**trampled [1]**   47/19
**trampling [1]**   45/24
**transcript [3]**   1/10 27/8 76/7
**transfer [1]**   29/19
**transferred [1]**   29/20
**transpired [1]**   40/3
**transportation [1]**   30/25
**treachery [1]**   45/21
**treason [1]**   45/3
**treat [2]**   62/19 70/25
**treating [1]**   53/19
**treatment [13]**   50/14 57/21 60/11
60/13 64/18 65/1 66/17 66/19
70/11 70/19 70/23 72/16 72/18
**trees [1]**   58/19
**tremendous [1]**   16/23
**trespass [1]**   55/22
**trespasses [1]**   17/4
**trespassing [4]**   14/12 14/14 14/19
15/4
**trial [1]**   25/8
**trouble [2]**   46/4 48/3
**trudging [1]**   34/22
**true [2]**   61/19 76/7
**Trump [10]**   16/21 30/12 30/15 31/2
31/5 31/17 31/20 33/22 34/1 48/4
**truthful [3]**   50/1 62/7 62/10
**try [4]**   25/6 35/24 37/4 52/18

**trying [13]**   19/21 25/15 33/6
33/6 39/23 42/10 43/19 45/23 47/1
47/20 47/25 52/14 62/24
**turn [6]**   5/25 23/22 48/19 61/15
68/3 75/1
**turned [2]**   32/12 36/9
**turning [1]**   38/10
**twisted [1]**   30/22
**two [10]**   11/13 14/7 34/10 39/5
43/13 51/25 57/5 62/1 64/2 69/20
**two-man [1]**   34/10
**type [3]**   35/5 56/16 55/17
**types [4]**   13/19 56/3 62/14 68/19
**TYRONE [6]**   1/6 3/3 4/24 36/22
52/23 63/11
**Tyrone's [1]**   52/17

**U**

**U.S [1]**   2/8
**unable [5]**   41/2 54/12 61/6 67/11
73/11
**under [6]**   13/3 33/24 49/5 62/20
66/23 72/22
**understand [9]**   9/6 30/16 34/18
36/18 37/1 40/6 40/25 50/18 62/11
**understanding [4]**   22/3 34/13
43/12 43/15
**understands [2]**   16/13 22/20
**Understood [1]**   28/6
**unemployed [1]**   74/12
**unfortunate [1]**   49/10
**unfortunately [2]**   40/2 40/24
**Union [1]**   39/20
**UNITED [24]**   1/3 1/11 1/14 3/8
4/23 39/13 40/9 42/1 42/8 42/15
42/21 59/10 59/18 60/1 60/8 65/16
65/25 66/8 66/14 71/18 72/3 72/7
72/13
**unlawful [6]**   57/3 60/15 63/25
66/21 69/18 72/19
**unlawfully [3]**   57/2 63/24 69/17
**unless [2]**   11/9 48/21
**unlike [1]**   62/1
**unquote [1]**   18/12
**unsupervised [1]**   41/24
**until [9]**   26/24 33/12 47/13 59/5
60/4 65/12 66/11 71/11 72/10
**untruthful [4]**   27/2 43/8 43/18
44/4
**unusual [1]**   14/2
**unwarranted [2]**   13/16 17/18
**up [41]**   10/10 10/17 11/5 16/25
17/25 18/14 18/15 19/24 21/18
25/14 26/23 28/2 29/23 31/14
31/23 31/24 32/2 32/11 32/16
33/11 33/13 35/4 35/17 36/5 36/7
36/8 36/10 36/13 38/4 38/6 39/6
40/7 40/19 45/18 45/25 51/9 51/10
51/11 51/12 56/4 71/1
**upon [7]**   16/5 19/8 22/3 24/20
60/12 66/18 67/22
**urging [1]**   75/11
**us [31]**   8/7 11/23 13/1 15/1 26/2
26/5 31/12 31/17 31/19 32/1 32/3
32/10 32/14 32/19 33/18 36/2 36/4
39/23 42/5 44/14 44/14 46/5 46/14
47/1 47/4 47/4 47/11 47/15 48/10
48/10 51/21
**USAO [1]**   1/14
**USC [17]**   5/2 6/8 8/13 13/4 56/15
56/19 57/6 60/25 61/17 63/10
63/15 64/4 67/6 69/4 69/8 69/22
73/5
**use [4]**   57/3 58/22 63/25 69/18
**used [5]**   57/17 64/14 64/23 70/7
70/16

**V**

**valid [3]**   60/23 67/4 73/2
**valuable [1]**   44/11
**variety [1]**   55/22

**vehicle [1]**   52/21
**verification [3]**   58/3 65/8 71/6
**versus [5]**   4/24 42/1 42/9 42/15
42/22
**very [21]**   12/22 14/16 15/11 15/22
16/11 16/12 17/14 17/21 22/10
22/19 24/6 28/13 28/16 33/12 43/1
50/6 50/12 51/16 62/5 68/15 73/21
**veteran [2]**   18/22 55/17
**veteran's [1]**   18/23
**via [2]**   29/14 31/2
**vicinity [2]**   38/3 38/7
**victim [2]**   59/19 66/1
**video [4]**   36/21 36/23 37/24 37/25
**videos [8]**   23/18 23/23 24/24
26/13 26/18 26/23 26/25 31/22
**view [1]**   19/22
**views [2]**   48/6 48/8
**vilified [1]**   24/22
**violation [2]**   5/1 8/13
**violence [2]**   16/23 55/3
**violent [1]**   22/22
**visits [3]**   57/22 64/18 70/11
**vividly [1]**   22/7
**voice [1]**   57/16 64/13 70/5
**voluntarily [1]**   20/8
**volunteer [3]**   18/25 19/3 55/17
**votes [1]**   33/19
**vs [1]**   1/5

**W**

**wait [2]**   47/13 51/22
**waited [1]**   27/21
**waiting [1]**   32/24
**waive [4]**   59/15 60/19 66/25 72/23
**waived [6]**   57/13 60/17 64/10
66/23 70/2 72/21
**waiver [3]**   60/22 67/3 73/2
**waivers [3]**   60/21 67/2 73/1
**waives [5]**   60/20 65/23 67/1 71/16
72/25
**walk [3]**   37/6 55/5 56/2
**walked [10]**   17/21 31/10 31/15
31/17 32/9 36/10 55/5 55/11 61/21
68/8
**walking [5]**   32/6 32/18 32/20
32/20 51/16
**wandered [1]**   55/4
**want [39]**   4/1 5/19 10/6 10/13
10/17 11/4 11/7 11/18 11/20 12/23
13/22 14/9 18/19 23/10 23/11
23/16 25/22 28/23 28/25 29/3 31/7
34/6 35/7 37/11 37/12 39/1 43/7
44/13 44/17 45/21 46/4 48/13
48/17 49/3 51/2 53/18 75/4 75/8
75/13
**wanted [11]**   19/17 19/20 20/1 23/9
30/14 39/16 45/7 51/8 51/13 51/19
75/2
**wants [3]**   8/25 23/22 27/25
**warm [1]**   34/24
**warranted [1]**   43/4
**warrants [1]**   71/7
**was [198]**
**was participating [1]**   53/4
**Washington [12]**   1/5 1/19 2/9
39/18 45/3 45/13 59/22 60/2 66/4
66/9 71/22 72/8
**wasn't [15]**   16/9 17/22 19/19
19/19 24/19 30/6 31/16 33/3 34/4
46/11 46/16 47/15 51/15 51/16
53/3
**water [3]**   36/14 36/16 55/19
**way [10]**   4/2 14/8 23/12 28/23
49/21 52/4 52/22 54/23 62/15
70/25
**ways [1]**   62/12
**we [131]**
**weapons [4]**   17/21 55/15 59/4
65/11
**week [5]**   19/7 34/9 35/1 50/12

# W

**week...** **[1]**   58/20

**weigh [1]**   38/22

**weighing [1]**   38/18

**weight [3]**   17/25 62/3 62/23

**welcome [2]**   10/7 28/1

**well [21]**   3/19 5/5 14/21 15/6
27/25 33/9 39/2 39/4 40/17 43/11
43/23 44/5 46/21 51/16 54/9 56/20
63/17 68/13 69/10 74/15 75/14

**went [12]**   16/16 17/1 36/13 39/19
39/22 43/10 46/6 46/9 47/16 49/12
51/12 63/1

**were [103]**

**weren't [1]**   49/25

**west [3]**   1/15 16/11 16/22

**what [70]**   4/3 4/20 5/24 9/2 9/4
9/10 10/5 14/16 16/7 16/12 17/17
18/20 19/2 19/24 20/13 23/5 23/21
24/2 26/3 27/8 27/13 28/4 28/5
28/8 29/4 30/7 32/2 32/6 33/4
33/14 33/15 33/15 34/16 35/3
35/10 36/13 37/1 39/3 39/5 39/17
39/24 40/3 40/6 40/7 44/4 44/21
44/25 44/25 44/25 46/25 48/3 48/6
49/2 49/17 49/24 50/25 51/7 51/17
53/7 54/5 54/15 55/10 58/5 58/8
61/18 61/20 63/6 63/7 68/5 68/8

**whatever [4]**   10/25 27/21 36/23
46/16

**whatnot [1]**   24/16

**when [25]**   3/24 10/8 11/18 22/6
22/8 25/24 27/16 31/24 32/10
33/23 34/5 35/17 36/3 36/6 37/7
41/6 41/17 42/17 43/8 43/17 46/9
49/18 51/21 53/21 62/8

**whenever [1]**   27/25

**where [19]**   15/23 17/13 17/15
21/13 22/5 23/20 24/4 25/5 31/11
31/20 33/22 34/2 37/20 38/5 38/7
45/14 47/3 52/22 58/21

**whereas [1]**   45/23

**whether [10]**   3/20 3/22 4/13 28/2
28/3 29/4 39/12 58/7 58/13 70/25

**which [31]**   3/23 6/8 8/10 8/12
13/1 13/15 15/20 17/6 20/3 20/18
21/19 21/19 24/21 25/2 30/23 42/2
45/13 54/11 56/23 59/5 60/7 60/20
63/19 65/11 66/13 67/1 68/25
69/12 71/11 72/13 75/8

**whichever [1]**   11/7

**while [14]**   12/4 19/9 21/12 28/18
36/15 51/24 54/14 56/19 56/24
58/11 63/16 63/21 69/9 75/5

**who [34]**   3/17 13/17 14/5 15/2
17/12 18/22 18/25 19/1 19/1 19/6
21/11 21/14 21/16 22/22 22/22
23/23 28/13 30/11 33/6 33/9 33/19
33/25 35/21 35/24 36/5 38/9 48/18
49/1 50/2 55/1 55/16 55/17 55/18
55/25

**whole [6]**   3/21 16/8 22/11 44/22
45/12 46/18

**wholeheartedly [1]**   4/11

**whom [1]**   4/25

**why [15]**   4/2 11/15 13/20 13/21
22/20 24/25 27/25 28/1 33/8 34/25
35/2 37/13 47/12 48/23 52/9

**will [42]**   3/5 4/10 6/3 6/9 7/24
8/1 8/2 10/10 11/2 11/5 11/9 12/1
13/22 13/23 31/6 35/4 35/11 39/8
41/21 46/15 48/19 50/21 50/25
51/18 53/20 57/10 57/17 58/1 62/3
64/6 64/14 65/2 65/6 66/7 68/20
69/24 70/7 70/21 71/1 71/4 74/4
74/14

**willfully [1]**   25/14

**WILLIAMS [38]**   1/7 2/3 3/4 3/17
4/25 7/1 7/12 7/21 10/25 11/2
11/6 11/11 15/9 23/20 23/25 24/11
26/19 38/11 38/15 39/9 39/20

40/22 43/17 44/8 48/18 49/4 49/15
50/8 52/3 62/14 65/20 67/3 68/3
68/4 69/5 73/21 74/5 75/3

**Williams' [1]**   16/20

**willing [2]**   25/7 41/14

**Wilson [2]**   67/23 67/25

**wish [1]**   75/14

**withholding [1]**   49/19

**within [24]**   18/3 18/6 19/10 19/10
40/4 57/4 57/18 57/25 59/23 60/3
61/3 61/4 64/1 65/6 66/5 66/9
67/9 69/19 71/4 71/8 71/23 72/9
73/8 73/9

**without [11]**   20/2 20/25 29/1
43/13 52/15 59/12 61/7 65/19
67/13 72/5 73/13

**witness [1]**   30/9

**woman [4]**   47/9 48/1 54/19

**won't [1]**   49/15

**wonder [1]**   9/21

**words [1]**   53/4

**work [11]**   34/9 34/14 35/1 41/2
50/11 52/11 52/13 52/17 55/17
71/2 74/1

**working [6]**   28/13 34/23 40/24
52/10 52/10 55/18

**works [4]**   12/7 19/7 19/8 50/11

**world [4]**   22/25 23/3 54/13 54/15

**would [52]**   3/25 4/13 6/4 6/5
10/16 10/20 11/6 15/19 16/4 16/21
17/14 17/22 19/3 19/11 21/10 22/1
24/17 24/16 25/7 25/11 25/14 26/2
26/2 27/18 28/20 29/7 29/22 30/2
30/8 30/18 31/18 34/8 34/13 35/22
41/22 43/22 44/10 49/14 49/16
50/19 50/19 52/9 52/14 53/7 53/7
55/16 58/14 62/1 67/25 73/24
73/25 75/20

**wouldn't [3]**   19/14 28/11 29/16

**written [3]**   58/3 65/8 71/6

**wrong [1]**   14/15

**wrongdoings [1]**   45/8

**wrote [1]**   22/8

# Y

**yard [1]**   58/19

**yards [1]**   31/21

**yeah [4]**   9/3 10/18 30/2 34/21

**year [8]**   16/4 27/21 34/24 41/11
45/5 46/1 50/22 56/8

**years [8]**   8/15 15/19 28/13 40/25
41/5 45/9 49/6 49/11

**yes [38]**   5/12 6/14 7/7 7/11 7/13
7/16 7/19 7/20 7/23 9/2 9/9 9/10
10/24 11/3 12/2 12/16 12/21 12/24
19/15 21/4 24/2 29/9 29/20 30/4
34/15 35/4 35/15 39/2 44/19 48/25
51/4 51/20 51/22 53/6 68/18 74/11
75/1 75/20

**yet [5]**   24/1 45/1 52/12 58/23
68/8

**you [325]**

**you're [1]**   43/23

**young [3]**   1/17 18/23 45/5

**younger [1]**   41/15

**your [154]**

# Z

**Zoom [3]**   4/14 4/18 4/21