UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )   USDC No. 21-cr-248-03 (RDM) |
| | ) |
| Carrie Williams, and | ) |
| Tyrone McFadden, *defendant*. | ) |

ERRATUM

THE CLERK WILL PLEASE correct the error which appeared in Defendant's previously filed Unopposed Motion for Permission to Appear Remotely (ECF Doc. 122, filed on September 21, 2024). The pleading should have been styled "Joint Motion for Permission to Appear Remotely," as the government joins in the motion.

Respectfully submitted,

/s/

Nathan I. Silver/DC Bar No. 944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189/Fax: (301) 229-3625
email: nisquire@aol.com

I HEREBY CERTIFY that a copy of this Erratum has been served this 21st day of September, 2024, by ECF upon Emily W. Allen, Esq., U.S. Attorney's Office for the District of Alaska and Patrick Holvey, Esq., U.S. Attorney's Office for the District of Columbia, and Allen H. Orenbeg, Esq., attorney for codefendant Tyrone McFaddden.

.

_____/s/_____
Nathan I. Silver